UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | )  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *ex rel.* JON H. OBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:07-CV-960-CMH-JFA |
| | ) |
| NELNET, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Having come to the attention of the Court that, in connection with the submission on June 4, 2010 of four motions by Relator Jon H. Oberg to strike expert testimony (Doc. Nos. 269, 272, 275, 278), certain documents were filed on the public docket that may contain confidential information under this Court's January 25, 2010 Stipulation and Order Governing Confidential Information (Doc. 179), and that Relator wishes to withdraw those motions and remove the motions and their accompanying documents from the public docket to preserve any confidential material in those documents,

It is hereby **ORDERED**, for good cause shown, that the motions are withdrawn.

It is further **ORDERED** that the following filings, along with all attachments and exhibits, shall be stricken from the public docket:

| Docket Number | Description |
|---|---|
| 269 | Motion to Exclude Testimony of Jason Kravitt |
| 270 | Memorandum in Support re Motion to Exclude Testimony of Jason Kravitt (including exhibits) |
| 271 | Notice of Hearing Date re Motion to Exclude Testimony of Jason Kravitt |

| 272 | Motion to Exclude Testimony of David M. Reicher |
| --- | --- |
| 273 | Memorandum in Support re Motion to Exclude Testimony of David M. Reicher (including exhibits) |
| 274 | Notice of Hearing Date re Motion to Exclude Testimony of David M. Reicher |
| 275 | Motion to Exclude Testimony of Justin McLean |
| 276 | Memorandum in Support re Motion to Exclude Testimony of Justin McLean (including exhibits) |
| 277 | Notice of Hearing Date re Motion to Exclude Testimony of Justin McLean |
| 278 | Motion to Exclude Testimony of Sheila Ryan-Macie |
| 279 | Memorandum in Support re Motion to Exclude Testimony of Sheila Ryan-Macie (including exhibits) |
| 280 | Notice of Hearing Date re Motion to Exclude Testimony of Sheila Ryan-Macie |

It is further **ORDERED** that the hearings scheduled on the above-identified motions, scheduled for June 11, 2010, are canceled.

It is further **ORDERED** that Relator's Emergency Motion to Remove Memoranda and Exhibits From the Public Docket and File Them Under Seal (Doc. No 283) is **DENIED** as moot.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Dated: June __, 2010