Date: 6-11-10

Start: 10:47
Finish: 10:55

Judge: John F. Anderson
Reporter: FTR

Civil Action Number: 07-960 CV

Oberg

vs.

Nelnet

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for:
Ds motion to amend answer - Order previously entered
"    "   for leave to document under seal

Granted in part

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
(✗) Order to Follow

8