IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JON H. OBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv0960 (JFA) |
| ) | |
| NELNET, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On Friday, June 11, 2010, counsel appeared before the court and presented argument on the defendants' Joint Motion for Leave to File Documents Under Seal. (Docket no. 281). The court has considered the motion and the plaintiff's response (Docket no. 300). The court finds that allowing the parties to file certain exhibits to their summary judgment motions under seal temporarily would further the ends of due process by allowing those parties and non-parties asserting confidentiality over certain documents the opportunity to move the court to maintain the documents under seal, should they so desire. For these reasons, it is hereby

ORDERED that the motion is granted in part and denied in part. The parties are granted leave to file under seal any exhibits to their memoranda in support of their motions for summary judgment that were designated as confidential under the terms of the protective order. The parties shall file electronically their memoranda and any non-confidential exhibits. Each party filing an exhibit under seal pursuant to this Order shall be responsible for notifying the party or third party designating that document as confidential of the designating party's obligation to file a motion with the court seeking to have that document remain under seal. Any third party shall also be informed of the requirements of Local Civil Rule 5 for the filing of documents under

seal. Any motion to maintain an exhibit under seal shall be filed no later than 5:00 p.m. on Friday, August 20, 2010 and must comply fully with Local Civil Rule 5. Any exhibit that was filed under seal that is not the subject of a motion to maintain under seal shall be filed electronically with the court by the party filing the exhibit under seal by 5:00 p.m. on Wednesday, August 25, 2010.

    Entered this 11th day of June, 2010.

                                                          /s/  
                                         John F. Anderson  
                                         United States Magistrate Judge  
                                         John F. Anderson  
                                         United States Magistrate Judge

Alexandria, Virginia