UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* JON H. OBERG,<br><br>Plaintiff,<br><br>v.<br><br>NELNET, INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL NO. 1:07-CV-960-CMH-JFA<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBMISSION OF EXHIBITS 23 – 87 TO THE DECLARATION OF LINA SONI IN SUPPORT OF RELATOR'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to the Eastern District of Virginia Local Electronic Case Filing Policies and Procedures regarding PDF and Document Size Requirements, Relator Jon H. Oberg ("Relator") respectfully submits Exhibits 23 – 87 to The Declaration of Lina Soni in Support of Relator's Opposition to Defendants' Motions for Summary Judgment.

Respectfully submitted

R. Scott Oswald (VSB #41770)
David Scher (VSB #47634)
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
Phone :  202.261.2806
Fax :  202.261.2835
soswald@employmentlawgroup.com
dscher@employmentlawgroup.com

/s/ Michael L. Sturm
Bert W. Rein (admitted *pro hac vice*)
Thomas W. Queen (admitted *pro hac vice*)
Michael L. Sturm (VSB # 27533)
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
Phone:  202.719.7000
Fax:  202.719.7049
brein@wileyrein.com
tqueen@wileyrein.com
msturm@wileyrein.com

July 12, 2010

Christopher M. Mills (VSB #44358)
WILEY REIN LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA  22102
Phone:  703.905.2800
Fax:  703.905.2820
cmills@wileyrein.com

*Attorneys for Qui Tam Relator Jon H. Oberg*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of July, 2010, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Gerard Mene, Esq.<br>Assistant United States Attorney<br>2100 Jamieson Ave<br>Alexandria, VA 22314<br>*Counsel for the United States* | W. Neil Eggleston, Esq.<br>Debevoise & Plimpton LLP (DC)<br>555 13th Street, NW, Suite 1100 East<br>Washington, D.C. 20004<br>*Counsel for SLM Corporation and Southwest Student Services Corporation* |
| Don Bradford Hardin Jr., Esq.<br>Wilmer Hale LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>*Counsel for Education Loans Inc/SD* | Timothy J. McEvoy, Esq.<br>Christine Crudgington Owen, Esq.<br>Cameron McEvoy, PLLC<br>11325 Random Hills Road, Suite 200<br>Fairfax, VA 22030<br>*Counsel for Panhandle Plains Higher Education Authority* |
| David Michael Kopstein, Esq.<br>Kopstein & Perilman<br>8633 Cross Chase Court<br>Fairfax Station, VA 22039<br>*Counsel for Brazos Higher Education Service Corporation and Nelnet, Inc.* | Sean T. Beller, Esq.<br>Powers Pyles Sutter & Verville PC<br>1501 M Street NW, Seventh Floor<br>Washington, D.C. 20005-1700<br>*Counsel for Brazos Higher Education Service Corporation, Brazos Higher Education Authority, Nelnet, Inc., and Nelnet Education Loan Funding, Inc.* |
| Nathaniel Thomas Connally III, Esq.<br>Hogan & Hartson LLP<br>7930 Jones Branch Drive<br>McLean, VA 22102-3302<br>*Counsel for Arkansas Student Loan Authority* | Jill Marie Dennis, Esq.<br>Hunton & Williams<br>1751 Pinnacle Drive, Suite 1700<br>McLean, VA 22102<br>*Counsel for Pennsylvania Higher Education Assistance Agency* |
| Thomas L. Appler, Esq.<br>Heather Austin Jones, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>8444 Westpark Drive, Suite 510<br>McLean, VA 22102<br>*Counsel for Kentucky Higher Education Student Loan Corporation* | Mark E. Nagle, Esq.<br>Tameka M. Collier, Esq.<br>Troutman Sanders LLP<br>401 9th Street, NW, Suite 1000<br>Washington, D.C. 20004-2134<br>*Counsel for Vermont Student Assistance Corporation* |

| | |
|---|---|
| John Stone West, Esq.<br>Megan Conway Rahman, Esq.<br>Troutman Sanders LLP<br>1001 Haxall Point<br>Richmond, VA 23219<br>*Counsel for Vermont Student Assistance Corporation* | |

/s/ Michael L. Sturm
Michael L. Sturm (VSB # 27533)
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
Phone: 202.719.7000
Fax: 202.719.7049
msturm@wileyrein.com