Exhibit 73

# CONFIDENTIAL

# FILED UNDER SEAL