## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* JON H. OBERG, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No.  1:07-CV-960-CMH-JFA |
| NELNET, INC., *et. al.,* | ) ) | |
| Defendants. | ) ) ) | |

### RELATOR'S DEPOSITION DESIGNATIONS

Relator Jon H. Oberg, by counsel, pursuant to Federal Rule of Civil Procedure 26(a)(3), the Court's Scheduling Order dated January 6, 2010 and the agreement of the parties, provides the enclosed deposition designation for the following witnesses:

| | | | |
|---|---|---|---|
| 1. | Larry Buckmeier | 2. | Michael S. Chesin |
| 3. | John Dean | 4. | Michael S. Dunlap |
| 5. | Terry Joe Heimes | 6. | Lisa Renee Jacobson |
| 7. | Daniel F. Kaplan | 8. | Steve J. Kohles |
| 9. | Saul L. Moskowitz | 10. | Richard W. Nickel |
| 11. | Glenn Parker | 12. | James Parker |
| 13. | Carol Rakatansky | 14. | Vincent Roig |
| 15. | A. Norgrin Sanderson | 16. | Ricky L. Turman |
| 17. | Murray Watson, Jr. | 18. | Jason Wheeler |
| 19. | John Amos Wright, II | | |

Further, that a witness's testimony is designated is not meant as a representation that the witness will not be called at trial nor is it meant as a representation that Relator will use each and every portion designated at trial. Relator reserves the right to rely on Defendants' designated testimony.

**LARRY BUCKMEIER DEPOSITION DESIGNATIONS (MARCH 19, 2010)**

| From | To |
|------|-----|
| 8:21 | 8:22 |
| 9:7 | 9:9 |
| 10:8 | 10:13 |
| 11:2 | 11:17 |
| 14:10 | 15:10 |
| 18:2 | 18:8 |
| 19:2 | 20:10 |
| 26:20 | 27:4 |
| 27:13 | 28:4 |
| 42:17 | 43:17 |
| 43:20 | 43:22 |
| 44:4 | 44:20 |
| 45:8 | 47:17 |
| 48:2 | 48:13 |
| 68:18 | 69:9 |
| 70:18 | 73:4 |
| 75:8 | 76:17 |
| 79:8 | 82:13 |
| 86:5 | 86:13 |
| 87:12 | 88:1 |
| 90:9 | 91:17 |
| 97:10 | 98:14 |
| 104:2 | 104:14 |
| 107:22 | 108:9 |
| 108:14 | 109:17 |
| 127:15 | 127:19 |
| 133:7 | 135:16 |

## LARRY BUCKMEIER DEPOSITION DESIGNATIONS (MARCH 19, 2010)

| From | To |
|------|------|
| 136:8 | 138:11 |
| 143:13 | 151:12 |
| 154:10 | 156:6 |
| 157:15 | 157:21 |
| 166:3 | 167:9 |
| 174:16 | 177:11 |
| 178:11 | 179:1 |
| 181:14 | 181:20 |
| 182:10 | 183:5 |
| 184:9 | 184:21 |
| 188:10 | 188:20 |
| 191:8 | 194:12 |
| 214:3 | 214:7 |
| 215:16 | 216:11 |
| 240:18 | 241:1 |
| 246:17 | 249:5 |

## MICHAEL S. CHESIN DEPOSITION DESIGNATIONS (APRIL 8, 2010)

| From | To |
| --- | --- |
| 10:4 | 10:6 |
| 10:10 | 10:15 |
| 15:3 | 15:6 |
| 19:16 | 19:22 |
| 20:9 | 20:19 |
| 24:1 | 24:8 |
| 27:1 | 27:2 |
| 27:17 | 27:22 |
| 29:15 | 30:3 |
| 30:10 | 30:12 |
| 32:4 | 35:20 |
| 42:12 | 43:2 |
| 43:4 | 43:10 |
| 43:11 | 43:13 |
| 45:17 | 45:21 |
| 75:3 | 75:9 |
| 76:3 | 76:7 |
| 119:21 | 120:1 |
| 150:6 | 151:5 |
| 152:19 | 152:22 |
| 154:20 | 155:14 |
| 156:7 | 157:17 |
| 161:18 | 162:1 |
| 164:10 | 164:14 |
| 168:7 | 169:5 |
| 170:8 | 171:6 |
| 172:6 | 175:1 |

## MICHAEL S. CHESIN DEPOSITION DESIGNATIONS (APRIL 8, 2010)

| From | To |
|------|------|
| 175:3 | 175:5 |
| 176:10 | 179:4 |
| 183:20 | 184:4 |
| 189:9 | 189:11 |
| 191:3 | 194:3 |

## JOHN DEAN DEPOSITION DESIGNATIONS (MAY 12, 2010)

| From | To |
|------|-----|
| 7:15 | 9:10 |
| 12:2 | 22:9 |
| 23:9 | 28:18 |
| 32:9 | 34:5 |
| 43:8 | 46:15 |
| 55:18 | 55:22 |
| 58:18 | 60:1 |
| 60:16 | 61:3 |
| 61:16 | 64:22 |
| 65:21 | 67:10 |
| 69:20 | 70:14 |
| 71:19 | 75:8 |
| 75:17 | 76:20 |
| 77:19 | 81:22 |
| 82:22 | 83:15 |
| 88:16 | 88:20 |
| 89:12 | 91:5 |
| 91:22 | 94:7 |
| 95:8 | 98:4 |
| 102:6 | 102:16 |
| 103:5 | 104:21 |
| 112:14 | 116:5 |
| 124:11 | 126:12 |
| 128:16 | 134:12 |
| 146:19 | 148:14 |
| 151:4 | 151:13 |
| 153:4 | 154:16 |

## JOHN DEAN DEPOSITION DESIGNATIONS (MAY 12, 2010)

| From | To |
|------|-----|
| 155:14 | 156:5 |
| 158:7 | 158:22 |
| 162:15 | 165:22 |
| 167:8 | 167:17 |
| 169:14 | 169:22 |
| 177:10 | 180:14 |
| 181:22 | 183:16 |
| 187:6 | 194:14 |
| 198:20 | 199:12 |
| 219:15 | 223:10 |
| 226:1 | 227:5 |
| 234:10 | 235:3 |
| 235:10 | 235:20 |
| 259:17 | 260:11 |
| 260:22 | 261:18 |
| 268:10 | 269:9 |
| 281:13 | 281:18 |
| 290:10 | 292:3 |
| 301:7 | 301:15 |

## MICHAEL S. DUNLAP DEPOSITION DESIGNATIONS (MAY 19, 2010)

| From | To |
|------|-----|
| 6:2 | 6:14 |
| 7:13 | 8:13 |
| 16:2 | 16:16 |
| 65:9 | 65:22 |
| 66:19 | 74:2 |
| 93:13 | 94:15 |
| 95:17 | 95:22 |
| 96:5 | 98:21 |
| 102:17 | 104:12 |
| 107:19 | 114:7 |
| 121:11 | 121:18 |
| 133:1 | 133:11 |
| 135:22 | 137:3 |
| 141:17 | 142:10 |
| 143:21 | 144:6 |
| 148:15 | 150:15 |
| 176:6 | 176:22 |
| 182:10 | 182:15 |
| 186:19 | 187:5 |
| 195:4 | 197:2 |
| 202:11 | 204:15 |
| 206:2 | 206:14 |
| 207:6 | 209:22 |
| 216:8 | 219:3 |
| 220:2 | 220:8 |
| 223:3 | 226:1 |
| 230:13 | 233:4 |

## MICHAEL S. DUNLAP DEPOSITION DESIGNATIONS (MAY 19, 2010)

| From | To |
|------|-----|
| 235:3 | 237:4 |
| 250:3 | 250:16 |
| 251:3 | 252:9 |
| 252:22 | 253:11 |
| 284:1 | 286:21 |
| 292:18 | 296:22 |
| 297:16 | 301:8 |

### TERRY JOE HEIMES DEPOSITION DESIGNATIONS (MARCH 9, 2010)

| From | To |
|------|-----|
| 8:2 | 8:12 |
| 9:11 | 9:19 |
| 10:2 | 10:8 |
| 10:22 | 11:16 |
| 12:7 | 12:15 |
| 24:5 | 25:10 |
| 26:7 | 27:2 |
| 28:15 | 29:7 |
| 29:17 | 31:1 |
| 41:10 | 42:11 |
| 47:19 | 48:5 |
| 74:3 | 74:11 |
| 74:17 | 75:6 |
| 75:18 | 78:2 |
| 78:17 | 78:22 |
| 80:8 | 80:21 |
| 94:15 | 95:5 |
| 95:13 | 100:21 |
| 101:17 | 103:4 |
| 103:8 | 104:2 |
| 104:9 | 104:13 |
| 106:5 | 107:8 |
| 111:10 | 112:12 |
| 113:1 | 113:7 |
| 116:3 | 122:16 |
| 123:21 | 124:10 |
| 135:17 | 138:1 |

## TERRY JOE HEIMES DEPOSITION DESIGNATIONS (MARCH 9, 2010)

| From | To |
|------|-----|
| 144:20 | 146:9 |
| 147:5 | 147:11 |
| 150:22 | 152:16 |
| 153:3 | 156:19 |
| 160:2 | 161:18 |
| 162:11 | 163:11 |
| 167:7 | 167:18 |
| 169:17 | 170:19 |
| 173:15 | 175:16 |
| 180:7 | 180:18 |
| 181:21 | 184:6 |
| 191:9 | 191:21 |
| 196:3 | 200:4 |
| 201:13 | 202:15 |
| 203:1 | 203:12 |
| 204:14 | 204:21 |
| 205:8 | 205:14 |
| 206:5 | 207:17 |
| 211:14 | 212:6 |
| 213:1 | 213:22 |
| 215:3 | 216:9 |
| 217:3 | 217:8 |
| 220:16 | 220:22 |
| 223:10 | 223:17 |
| 226:20 | 227:15 |
| 230:9 | 230:12 |
| 243:16 | 244:11 |

## TERRY JOE HEIMES DEPOSITION DESIGNATIONS (MARCH 9, 2010)

| From | To |
|------|-----|
| 244:20 | 245:14 |
| 246:14 | 247:2 |
| 248:16 | 249:5 |
| 253:12 | 255:10 |
| 257:20 | 260:21 |
| 261:12 | 261:18 |
| 263:7 | 264:20 |
| 267:18 | 270:6 |
| 272:13 | 273:1 |
| 274:17 | 276:15 |
| 278:4 | 278:20 |
| 279:1 | 280:4 |
| 282:13 | 283:10 |
| 284:16 | 287:13 |
| 288:11 | 288:20 |

## LISA RENEE JACOBSON DEPOSITION DESIGNATIONS (APRIL 9, 2010)

| From | To |
|------|-----|
| 10:4 | 10:6 |
| 10:13 | 10:16 |
| 15:16 | 16:17 |
| 18:9 | 19:3 |
| 21:16 | 21:21 |
| 22:8 | 27:14 |
| 31:2 | 32:22 |
| 33:20 | 34:10 |
| 34:21 | 36:8 |
| 38:4 | 40:9 |
| 40:16 | 41:18 |
| 44:17 | 46:21 |
| 46:18 | 47:6 |
| 48:7 | 48:11 |
| 61:17 | 62:2 |
| 62:7 | 62:9 |
| 78:19 | 79:2 |
| 79:9 | 79:16 |
| 79:21 | 80:21 |
| 82:17 | 83:7 |
| 86:8 | 86:14 |
| 87:7 | 88:12 |
| 89:15 | 91:9 |
| 91:18 | 92:22 |
| 94:21 | 96:16 |
| 97:14 | 97:20 |
| 98:3 | 98:14 |

**LISA RENEE JACOBSON DEPOSITION DESIGNATIONS (APRIL 9, 2010)**

| From | To |
|---|---|
| 98:17 | 100:13 |
| 101:1 | 101:13 |
| 102:7 | 103:16 |
| 105:21 | 107:6 |
| 107:14 | 107:20 |
| 108:20 | 109:21 |
| 110:1 | 110:22 |
| 112:5 | 112:15 |
| 112:20 | 113:3 |
| 113:19 | 116:1 |
| 117:9 | 117:21 |
| 118:16 | 121:15 |
| 125:7 | 125:16 |
| 126:1 | 126:18 |
| 127:19 | 128:4 |
| 128:16 | 128:17 |
| 130:10 | 131:5 |
| 132:15 | 133:3 |
| 133:14 | 134:5 |
| 134:8 | 136:18 |
| 140:15 | 142:20 |
| 148:12 | 149:4 |
| 150:14 | 150:17 |

## DANIEL F. KAPLAN DEPOSITION DESIGNATIONS (MAY 19-20, 2010)

| From | To |
|------|------|
| 6:12 | 6:18 |
| 6:22 | 7:7 |
| 11:9 | 12:12 |
| 13:19 | 14:1 |
| 15:3 | 16:6 |
| 16:14 | 17:20 |
| 35:18 | 35:21 |
| 36:8 | 37:14 |
| 47:20 | 48:6 |
| 60:1 | 61:11 |
| 79:3 | 79:8 |
| 79:14 | 79:18 |
| 80:18 | 81:2 |
| 82:22 | 83:22 |
| 92:21 | 93:6 |
| 93:19 | 95:1 |
| 95:20 | 97:9 |
| 97:20 | 98:6 |
| 106:16 | 107:12 |
| 136:13 | 137:5 |
| 139:5 | 140:11 |
| 144:10 | 145:16 |
| 146:22 | 149:7 |
| 150:9 | 152:6 |
| 170:1 | 170:18 |
| 171:10 | 174:19 |
| 175:1 | 179:16 |

## <u>DANIEL F. KAPLAN DEPOSITION DESIGNATIONS (MAY 19-20, 2010)</u>

| <u>From</u> | <u>To</u> |
|:---:|:---:|
| 198:19 | 199:18 |

**STEVE J. KOHLES DEPOSITION DESIGNATIONS (MAY 11, 2010)**

| From | To |
|------|-----|
| 6:10 | 6:20 |
| 18:5 | 19:14 |
| 36:17 | 37:11 |
| 45:16 | 47:7 |
| 49:16 | 49:21 |
| 51:15 | 52:13 |
| 54:19 | 55:12 |
| 57:14 | 58:9 |
| 60:21 | 61:10 |
| 62:8 | 63:5 |
| 63:17 | 63:21 |
| 64:2 | 64:11 |
| 67:16 | 68:4 |
| 68:17 | 69:12 |
| 71:1 | 72:12 |
| 72:19 | 73:5 |
| 73:13 | 77:9 |
| 77:20 | 78:20 |
| 79:1 | 79:6 |
| 80:14 | 80:17 |
| 83:2 | 83:19 |
| 101:15 | 104:14 |
| 141:14 | 143:21 |
| 144:11 | 145:14 |
| 145:20 | 147:1 |

## SAUL L. MOSKOWITZ DEPOSITION DESIGNATIONS (MAY 14, 2010)

| From | To |
|------|-----|
| 5:11 | 6:3 |
| 8:18 | 10:9 |
| 11:12 | 16:3 |
| 20:9 | 22:6 |
| 41:7 | 42:15 |
| 60:14 | 61:8 |
| 68:13 | 76:18 |
| 83:11 | 84:12 |
| 85:4 | 85:14 |
| 88:18 | 90:13 |
| 91:2 | 93:16 |
| 94:18 | 95:4 |
| 97:3 | 97:19 |
| 98:19 | 101:12 |
| 105:18 | 106:19 |
| 113:7 | 115:13 |
| 118:19 | 119:8 |
| 122:7 | 122:19 |
| 126:12 | 128:13 |
| 129:22 | 130:16 |
| 138:15 | 139:1 |
| 160:14 | 162:16 |
| 167:6 | 172:5 |
| 177:18 | 180:7 |
| 181:8 | 182:8 |
| 203:9 | 204:4 |
| 223:15 | 229:10 |

## SAUL L. MOSKOWITZ DEPOSITION DESIGNATIONS (MAY 14, 2010)

| From | To |
|------|-----|
| 233:12 | 233:22 |
| 246:16 | 246:22 |
| 251:8 | 251:20 |
| 253:20 | 255:3 |
| 256:1 | 258:16 |
| 263:5 | 263:18 |
| 267:12 | 267:14 |
| 268:4 | 268:12 |

## RICHARD W. NICKEL DEPOSITION DESIGNATIONS (MAY 21, 2010)

| From | To |
|------|-----|
| 7:15 | 7:17 |
| 7:21 | 8:11 |
| 10:22 | 11:2 |
| 12:13 | 13:3 |
| 13:18 | 13:21 |
| 16:8 | 16:15 |
| 17:6 | 17:11 |
| 20:3 | 20:8 |
| 20:19 | 22:13 |
| 23:18 | 25:8 |
| 25:12 | 25:15 |
| 26:21 | 27:22 |
| 28:14 | 28:22 |
| 31:11 | 32:18 |
| 41:12 | 42:6 |
| 45:1 | 45:6 |
| 47:14 | 48:17 |
| 48:19 | 49:7 |
| 50:20 | 51:3 |
| 52:15 | 52:17 |
| 56:12 | 56:15 |
| 60:18 | 61:9 |
| 62:7 | 62:9 |
| 62:22 | 63:8 |
| 64:22 | 65:6 |
| 66:1 | 66:21 |
| 70:4 | 70:12 |

## RICHARD W. NICKEL DEPOSITION DESIGNATIONS (MAY 21, 2010)

| From | To |
|------|-----|
| 72:17 | 73:4 |
| 74:2 | 74:12 |
| 75:1 | 75:10 |
| 78:21 | 79:13 |
| 80:3 | 80:17 |
| 81:19 | 82:3 |
| 83:10 | 84:4 |
| 85:3 | 85:16 |
| 86:3 | 86:7 |
| 87:2 | 87:17 |
| 88:2 | 88:5 |
| 88:10 | 88:17 |
| 89:3 | 89:22 |
| 90:9 | 90:11 |
| 90:18 | 90:21 |
| 91:3 | 91:17 |
| 93:12 | 93:19 |
| 93:21 | 94:15 |
| 96:2 | 96:10 |
| 97:7 | 97:13 |
| 98:4 | 99:1 |
| 99:17 | 100:3 |
| 100:14 | 101:14 |
| 105:14 | 107:8 |
| 109:5 | 109:7 |
| 109:11 | 110:11 |
| 111:9 | 114:12 |

## RICHARD W. NICKEL DEPOSITION DESIGNATIONS (MAY 21, 2010)

| From | To |
|------|-----|
| 117:14 | 117:21 |
| 119:8 | 119:22 |
| 120:19 | 120:21 |
| 121:1 | 121:3 |
| 121:19 | 122:7 |
| 122:9 | 122:19 |
| 127:17 | 127:20 |
| 127:22 | 128:13 |
| 129:18 | 130:18 |
| 131:20 | 132:6 |
| 132:8 | 133:18 |
| 134:2 | 134:21 |
| 135:7 | 135:10 |
| 135:17 | 136:3 |
| 138:15 | 139:2 |
| 139:8 | 140:14 |
| 140:16 | 140:22 |
| 141:2 | 141:4 |
| 143:19 | 143:21 |
| 144:6 | 144:15 |
| 145:14 | 146:20 |
| 146:22 | 147:3 |
| 148:10 | 148:19 |
| 149:1 | 149:10 |
| 149:16 | 150:3 |
| 151:11 | 152:4 |
| 162:16 | 162:18 |

## RICHARD W. NICKEL DEPOSITION DESIGNATIONS (MAY 21, 2010)

| From | To |
|------|------|
| 163:1 | 163:21 |
| 164:1 | 164:6 |
| 165:13 | 166:1 |
| 166:3 | 166:16 |
| 167:1 | 167:13 |
| 168:6 | 169:21 |
| 170:1 | 172:20 |
| 179:4 | 179:14 |
| 180:8 | 180:11 |
| 180:19 | 182:9 |
| 183:3 | 183:19 |
| 184:10 | 185:2 |
| 185:16 | 186:3 |
| 186:19 | 187:1 |
| 189:9 | 190:22 |
| 191:13 | 192:11 |
| 193:2 | 193:10 |
| 194:21 | 195:9 |
| 196:2 | 196:5 |
| 197:1 | 199:6 |
| 199:9 | 200:22 |
| 201:16 | 203:5 |
| 203:14 | 204:11 |
| 204:15 | 205:8 |
| 205:10 | 205:12 |
| 205:14 | 205:18 |
| 205:21 | 206:1 |

## RICHARD W. NICKEL DEPOSITION DESIGNATIONS (MAY 21, 2010)

| From | To |
|------|------|
| 206:3 | 207:5 |
| 207:18 | 208:22 |
| 209:9 | 209:15 |
| 210:12 | 211:10 |
| 216:9 | 217:20 |
| 219:2 | 220:6 |
| 222:10 | 223:14 |
| 224:5 | 227:17 |
| 227:20 | 229:9 |
| 230:16 | 232:4 |
| 232:14 | 233:6 |
| 233:8 | 233:15 |
| 239:14 | 241:8 |
| 250:8 | 251:15 |
| 251:22 | 252:4 |
| 253:1 | 253:20 |
| 253:22 | 254:21 |

### GLENN PARKER DEPOSITION DESIGNATIONS (MAY 6, 2010)

| From | To |
|------|-----|
| 6:3 | 6:10 |
| 6:15 | 6:16 |
| 15:15 | 16:21 |
| 19:17 | 20:3 |
| 24:19 | 24:22 |
| 28:5 | 29:4 |
| 31:17 | 33:11 |
| 38:1 | 39:4 |
| 39:25 | 42:9 |
| 48:17 | 50:2 |
| 51:1 | 51:20 |
| 58:16 | 58:18 |
| 62:5 | 63:20 |
| 64:6 | 64:14 |
| 66:10 | 67:1 |
| 68:21 | 69:4 |
| 70:14 | 71:18 |
| 73:21 | 74:6 |
| 77:6 | 78:3 |
| 83:12 | 85:6 |
| 91:1 | 92:12 |
| 93:7 | 93:24 |
| 97:3 | 100:6 |
| 101:15 | 101:19 |
| 103:5 | 106:3 |
| 106:14 | 107:7 |
| 108:18 | 109:20 |

## GLENN PARKER DEPOSITION DESIGNATIONS (MAY 6, 2010)

| From | To |
|------|-----|
| 112:6 | 113:11 |
| 124:23 | 126:2 |

## JAMES PARKER (I) DEPOSITION DESIGNATIONS (MARCH 22, 2010)

| From | To |
| --- | --- |
| 7:2 | 8:4 |
| 13:7 | 13:10 |
| 14:16 | 14:20 |
| 15:14 | 15:20 |
| 16:12 | 17:1 |
| 28:10 | 28:20 |
| 32:14 | 33:7 |
| 39:3 | 40:21 |
| 51:2 | 52:9 |
| 58:21 | 60:11 |
| 69:8 | 71:3 |
| 78:7 | 79:7 |
| 80:1 | 80:12 |
| 93:12 | 96:15 |
| 122:18 | 124:1 |
| 124:6 | 124:17 |
| 132:7 | 133:4 |
| 136:10 | 136:19 |
| 140:13 | 140:22 |
| 147:6 | 148:2 |
| 149:15 | 149:17 |
| 159:19 | 160:13 |
| 164:8 | 169:20 |
| 171:12 | 177:5 |
| 179:2 | 181:10 |
| 182:9 | 187:9 |
| 199:8 | 202:17 |

## JAMES PARKER (I) DEPOSITION DESIGNATIONS (MARCH 22, 2010)

| From | To |
|------|-----|
| 210:14 | 211:12 |
| 232:12 | 233:21 |
| 234:8 | 235:16 |
| 253:2 | 253:16 |
| 275:19 | 277:8 |
| 278:15 | 280:6 |
| 280:22 | 281:5 |

## JAMES PARKER (II) DEPOSITION DESIGNATIONS (MAY 6, 2010)

| From | To |
|------|-----|
| 5:3 | 5:15 |
| 6:21 | 6:24 |
| 8:25 | 9:2 |
| 12:16 | 13:2 |
| 13:21 | 13:22 |
| 16:25 | 18:7 |
| 21:20 | 23:5 |
| 36:6 | 36:12 |
| 36:23 | 37:1 |

**CAROL RAKATANSKY DEPOSITION DESIGNATIONS (JUNE 23, 2010)**

| From | To |
|:---:|:---:|
| 5:10 | 5:20 |
| 6:2 | 6:14 |
| 6:22 | 7:3 |
| 11:5 | 11:10 |
| 14:10 | 14:15 |
| 14:21 | 16:5 |
| 16:13 | 16:19 |
| 16:21 | 16:22 |
| 17:13 | 17:19 |
| 18:5 | 18:14 |
| 18:19 | 19:11 |
| 21:6 | 21:15 |
| 22:16 | 24:1 |
| 24:9 | 26:13 |
| 27:1 | 27:7 |
| 28:2 | 30:9 |
| 31:10 | 32:4 |
| 32:13 | 36:8 |
| 36:21 | 37:11 |
| 38:3 | 38:4 |
| 38:12 | 38:19 |
| 39:8 | 39:11 |
| 39:19 | 40:2 |
| 40:17 | 41:18 |
| 45:6 | 45:11 |
| 49:2 | 49:10 |
| 49:16 | 50:4 |

## CAROL RAKATANSKY DEPOSITION DESIGNATIONS (JUNE 23, 2010)

| From | To |
|------|-----|
| 52:3 | 52:13 |
| 53:2 | 53:14 |
| 55:18 | 57:21 |
| 58:12 | 58:16 |
| 58:22 | 59:6 |

**VINCENT ROIG DEPOSITION DESIGNATIONS (MAY 17, 2010)**

| From | To |
| --- | --- |
| 9:4 | 9:6 |
| 9:10 | 9:14 |
| 12:19 | 13:4 |
| 13:17 | 14:9 |
| 15:12 | 15:19 |
| 15:20 | 16:6 |
| 20:12 | 22:1 |
| 22:21 | 23:4 |
| 23:11 | 24:13 |
| 26:3 | 26:11 |
| 37:11 | 37:15 |
| 37:16 | 38:22 |
| 41:16 | 42:3 |
| 42:9 | 42:21 |
| 52:10 | 52:17 |
| 53:6 | 55:6 |
| 55:7 | 55:11 |
| 63:3 | 63:11 |
| 63:12 | 63:21 |
| 68:21 | 69:5 |
| 78:5 | 79:10 |
| 82:8 | 83:10 |
| 86:11 | 87:3 |
| 94:20 | 96:5 |
| 106:6 | 108:5 |
| 113:7 | 113:15 |
| 114:13 | 115:8 |

## VINCENT ROIG DEPOSITION DESIGNATIONS (MAY 17, 2010)

| From | To |
| --- | --- |
| 117:6 | 117:12 |
| 119:5 | 119:20 |
| 153:3 | 153:13 |

### A. NORGRIN SANDERSON DEPOSITION DESIGNATIONS (APRIL 26, 2010)

| From | To |
|------|------|
| 5:14 | 5:22 |
| 7:20 | 8:9 |
| 9:16 | 9:19 |
| 11:11 | 12:9 |
| 41:11 | 50:1 |
| 53:22 | 54:4 |
| 56:14 | 57:4 |
| 57:19 | 58:7 |
| 59:5 | 59:22 |
| 60:22 | 61:4 |
| 61:19 | 62:4 |
| 62:11 | 62:17 |
| 64:7 | 65:22 |
| 66:21 | 68:20 |
| 70:18 | 72:19 |
| 74:1 | 74:15 |
| 76:17 | 77:1 |
| 87:2 | 89:15 |
| 90:3 | 90:22 |
| 91:8 | 93:22 |
| 94:15 | 98:20 |
| 99:13 | 105:10 |
| 108:9 | 108:16 |
| 108:20 | 109:5 |
| 112:4 | 113:19 |
| 114:5 | 115:13 |
| 118:14 | 118:18 |

### A. NORGRIN SANDERSON DEPOSITION DESIGNATIONS (APRIL 26, 2010)

| From | To |
|------|-----|
| 120:14 | 122:8 |
| 122:12 | 122:17 |
| 123:8 | 123:11 |
| 123:21 | 124:9 |
| 144:6 | 146:9 |
| 148:21 | 149:9 |
| 173:4 | 176:17 |

## RICKY L. TURMAN DEPOSITION DESIGNATIONS (MARCH 24, 2010)

| From | To |
|------|-----|
| 7:16 | 7:17 |
| 7:22 | 8:8 |
| 9:14 | 9:17 |
| 10:22 | 11:1 |
| 12:10 | 12:11 |
| 12:14 | 12:15 |
| 13:11 | 13:16 |
| 14:13 | 14:19 |
| 15:10 | 15:13 |
| 20:3 | 20:7 |
| 21:3 | 21:6 |
| 21:15 | 22:3 |
| 22:10 | 22:12 |
| 23:9 | 23:19 |
| 24:13 | 25:5 |
| 26:1 | 28:5 |
| 31:5 | 31:20 |
| 33:15 | 33:18 |
| 37:21 | 38:12 |
| 42:9 | 42:13 |
| 43:4 | 43:9 |
| 43:18 | 45:2 |
| 46:7 | 46:13 |
| 46:18 | 47:3 |
| 47:7 | 47:9 |
| 57:21 | 58:15 |
| 58:19 | 60:6 |

## RICKY L. TURMAN DEPOSITION DESIGNATIONS (MARCH 24, 2010)

| From | To |
|------|-----|
| 64:14 | 64:17 |
| 65:12 | 65:15 |
| 66:9 | 66:16 |
| 67:18 | 67:22 |
| 68:5 | 68:13 |
| 70:1 | 71:14 |
| 75:2 | 75:9 |
| 77:5 | 77:22 |
| 78:10 | 78:14 |
| 79:2 | 80:12 |
| 80:20 | 81:1 |
| 81:5 | 83:8 |
| 83:12 | 84:13 |
| 85:7 | 86:18 |
| 87:9 | 87:18 |
| 90:10 | 90:18 |
| 90:22 | 91:4 |
| 92:9 | 92:21 |
| 93:17 | 95:2 |
| 95:11 | 95:12 |
| 110:10 | 110:20 |
| 111:2 | 111:14 |
| 115:11 | 116:8 |
| 116:13 | 116:16 |
| 117:3 | 117:12 |
| 118:1 | 119:18 |
| 120:18 | 121:1 |

## RICKY L. TURMAN DEPOSITION DESIGNATIONS (MARCH 24, 2010)

| From | To |
|------|-----|
| 121:19 | 122:5 |
| 123:8 | 123:14 |
| 126:22 | 127:10 |
| 127:20 | 128:13 |
| 129:3 | 130:2 |
| 134:14 | 135:16 |
| 137:9 | 138:2 |
| 138:8 | 139:14 |
| 140:6 | 141:22 |
| 142:9 | 142:12 |
| 143:9 | 143:21 |
| 144:5 | 145:12 |
| 146:6 | 146:21 |
| 153:15 | 154:10 |
| 158:22 | 160:2 |
| 160:8 | 161:3 |
| 165:15 | 166:9 |
| 167:6 | 168:19 |
| 171:5 | 171:8 |
| 171:13 | 172:9 |
| 172:16 | 173:3 |
| 173:14 | 173:17 |
| 180:7 | 181:1 |
| 185:10 | 185:11 |
| 185:19 | 186:3 |
| 186:13 | 187:9 |
| 187:13 | 188:7 |

## RICKY L. TURMAN DEPOSITION DESIGNATIONS (MARCH 24, 2010)

| From | To |
|------|-----|
| 189:1 | 190:11 |
| 196:13 | 196:17 |
| 196:21 | 199:3 |
| 199:10 | 199:21 |
| 200:1 | 200:3 |
| 201:12 | 201:19 |
| 202:1 | 202:8 |
| 202:21 | 203:4 |
| 208:18 | 209:16 |
| 209:20 | 210:1 |
| 212:18 | 213:4 |
| 213:7 | 213:12 |
| 215:13 | 217:6 |
| 218:11 | 218:19 |
| 218:22 | 219:6 |
| 222:3 | 224:3 |
| 224:10 | 225:21 |
| 226:6 | 226:13 |
| 228:21 | 230:1 |
| 230:21 | 231:18 |
| 232:6 | 232:12 |
| 233:8 | 233:11 |
| 233:15 | 234:1 |
| 234:9 | 234:15 |
| 235:5 | 236:5 |
| 237:15 | 240:5 |
| 240:21 | 241:11 |

## RICKY L. TURMAN DEPOSITION DESIGNATIONS (MARCH 24, 2010)

| From | To |
|------|-----|
| 247:19 | 248:12 |
| 248:20 | 249:17 |
| 250:3 | 250:9 |
| 250:20 | 251:9 |
| 251:15 | 252:2 |
| 253:12 | 254:9 |
| 254:14 | 254:18 |
| 273:22 | 274:14 |
| 274:18 | 275:8 |
| 276:17 | 277:10 |
| 278:15 | 279:3 |
| 279:6 | 280:4 |
| 289:21 | 290:1 |
| 290:12 | 290:18 |
| 291:7 | 292:8 |
| 293:6 | 293:15 |
| 302:2 | 302:16 |
| 305:4 | 308:10 |
| 312:17 | 313:4 |
| 324:12 | 324:19 |
| 328:20 | 329:15 |
| 333:5 | 334:17 |
| 335:17 | 335:20 |

## MURRAY WATSON, JR. DEPOSITION DESIGNATIONS (MAY 5, 2010)

| From | To |
|------|-----|
| 4:7 | 4:8 |
| 5:2 | 5:10 |
| 5:22 | 6:2 |
| 8:22 | 9:9 |
| 9:16 | 9:19 |
| 10:3 | 10:8 |
| 10:16 | 10:18 |
| 11:20 | 11:22 |
| 19:19 | 19:22 |
| 21:19 | 22:1 |
| 24:12 | 24:16 |
| 25:8 | 25:12 |
| 29:11 | 30:1 |
| 37:15 | 37:19 |
| 39:9 | 40:7 |
| 48:6 | 48:12 |
| 49:13 | 49:15 |
| 49:22 | 50:2 |
| 50:10 | 51:2 |
| 55:4 | 56:15 |
| 58:1 | 58:21 |
| 59:13 | 60:9 |
| 62:22 | 63:12 |
| 63:17 | 63:21 |
| 64:2 | 64:8 |
| 74:16 | 75:15 |
| 77:16 | 77:20 |

## MURRAY WATSON, JR. DEPOSITION DESIGNATIONS (MAY 5, 2010)

| From | To |
|------|-----|
| 78:2 | 78:9 |
| 78:14 | 79:5 |
| 79:8 | 79:22 |
| 80:2 | 80:5 |
| 81:5 | 81:13 |
| 82:1 | 82:4 |
| 83:16 | 83:19 |
| 84:7 | 84:12 |
| 85:5 | 85:9 |
| 86:16 | 86:22 |
| 87:19 | 88:16 |
| 89:2 | 89:16 |
| 90:13 | 91:6 |
| 92:3 | 92:9 |
| 92:13 | 93:9 |
| 95:4 | 95:12 |
| 112:11 | 112:17 |
| 113:21 | 114:10 |
| 114:18 | 115:8 |
| 116:20 | 118:22 |
| 123:9 | 123:18 |
| 124:6 | 124:9 |
| 127:13 | 127:20 |
| 128:17 | 129:4 |
| 129:9 | 129:15 |
| 137:16 | 138:10 |
| 164:11 | 164:12 |

## MURRAY WATSON, JR. DEPOSITION DESIGNATIONS (MAY 5, 2010)

| From | To |
|------|-----|
| 165:4 | 167:20 |
| 168:4 | 168:9 |

**JASON WHEELER DEPOSITION DESIGNATIONS (JUNE 22, 2010)**

| From | To |
| --- | --- |
| 6:11 | 6:17 |
| 7:8 | 7:20 |
| 8:9 | 8:20 |
| 9:17 | 9:20 |
| 15:12 | 17:16 |
| 18:11 | 23:21 |
| 24:14 | 27:13 |
| 28:20 | 32:3 |
| 46:8 | 48:18 |
| 49:19 | 51:13 |
| 53:4 | 55:19 |
| 56:18 | 59:5 |
| 59:11 | 60:21 |
| 61:1 | 62:2 |
| 62:18 | 64:6 |
| 65:22 | 71:1 |
| 71:18 | 73:21 |
| 83:4 | 84:1 |
| 86:5 | 87:7 |
| 98:3 | 102:16 |
| 104:10 | 105:13 |
| 106:7 | 111:19 |
| 113:10 | 119:20 |
| 125:9 | 132:4 |
| 132:21 | 139:1 |
| 142:9 | 143:8 |
| 143:20 | 144:4 |

### JASON WHEELER DEPOSITION DESIGNATIONS (JUNE 22, 2010)

| From | To |
|------|-----|
| 145:22 | 147:5 |
| 151:5 | 156:14 |
| 157:22 | 161:19 |
| 164:5 | 167:16 |
| 169:16 | 170:3 |
| 170:16 | 170:20 |

## JOHN AMOS WRIGHT, II DEPOSITION DESIGNATIONS (MAY 5, 2010)

| From | To |
|:---:|:---:|
| 6:3 | 6:20 |
| 12:25 | 13:2 |
| 14:5 | 15:8 |
| 16:11 | 16:19 |
| 21:3 | 21:10 |
| 23:24 | 25:12 |
| 35:12 | 36:17 |
| 42:10 | 43:22 |
| 44:17 | 45:9 |
| 45:13 | 46:14 |
| 48:15 | 48:24 |
| 51:18 | 56:2 |
| 61:5 | 64:12 |
| 65:22 | 68:7 |
| 68:25 | 71:12 |
| 73:11 | 74:11 |
| 76:1 | 76:12 |
| 79:9 | 79:16 |
| 80:9 | 81:14 |
| 85:23 | 86:18 |
| 87:2 | 87:12 |
| 89:20 | 90:24 |
| 97:2 | 100:8 |
| 100:21 | 101:14 |
| 101:20 | 102:19 |
| 103:11 | 103:17 |
| 104:16 | 105:10 |

## JOHN AMOS WRIGHT, II DEPOSITION DESIGNATIONS (MAY 5, 2010)

| From | To |
|------|-----|
| 107:12 | 108:21 |
| 112:15 | 119:17 |
| 134:15 | 134:19 |
| 138:17 | 140:15 |
| 145:21 | 150:7 |
| 153:13 | 153:24 |
| 159:9 | 161:14 |
| 166:5 | 166:17 |
| 167:25 | 168:8 |
| 170:5 | 180:10 |
| 188:16 | 189:3 |
| 196:12 | 197:2 |
| 197:25 | 198:12 |
| 199:9 | 200:4 |
| 200:13 | 202:7 |
| 203:1 | 205:5 |
| 208:20 | 209:21 |
| 211:8 | 212:16 |
| 219:17 | 220:6 |
| 221:10 | 221:16 |
| 222:7 | 223:18 |
| 226:15 | 228:19 |

Respectfully submitted,


/s/ Christopher M. Mills_____
Bert W. Rein (admitted *pro hac vice*)
Michael L. Sturm (VSB # 27533)
Thomas W. Queen (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
Phone:  202.719.7000
Fax:  202.719.7049
brein@wileyrein.com
msturm@wileyrein.com
tqueen@wileyrein.com

Christopher Mills (VSB #44358)
WILEY REIN LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA 22102
Phone: 703.905.2800
Fax: 703.905.2820
cmills@wileyrein.com

R. Scott Oswald (VSB #41770)
David Scher (VSB #47634)
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
Phone: 202.261.2806
Fax: 202.261.2835
*Attorneys for Qui Tam Relator Jon H. Oberg*


July 16, 2010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of July 2010, a true and correct copy of the foregoing Relator's Deposition Designations was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Gerard Mene, Esq.<br>Assistant United States Attorney<br>2100 Jamieson Ave<br>Alexandria, VA 22314<br>*Counsel for the United States* | W. Neil Eggleston, Esq.<br>Debevoise & Plimpton LLP (DC)<br>555 13th Street, NW, Suite 1100 East<br>Washington, D.C. 20004<br>*Counsel for SLM Corporation*<br>*and Southwest Student Services*<br>*Corporation* |
| Don Bradford Hardin Jr., Esq.<br>Wilmer Hale LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>*Counsel for Education Loans*<br>*Inc/SD* | Timothy J. McEvoy, Esq.<br>Christine Crudgington Owen, Esq.<br>Cameron McEvoy, PLLC<br>11325 Random Hills Road, Suite 200<br>Fairfax, VA 22030<br>*Counsel for Panhandle Plains*<br>*Higher Education Authority* |
| David Michael Kopstein, Esq.<br>Kopstein & Perilman<br>8633 Cross Chase Court<br>Fairfax Station, VA 22039<br>*Counsel for Brazos Higher Education*<br>*Service Corporation and Nelnet, Inc.* | Sean T. Beller, Esq.<br>Powers Pyles Sutter & Verville PC<br>1501 M Street NW, Seventh Floor<br>Washington, D.C. 20005-1700<br>*Counsel for Brazos Higher Education*<br>*Service Corporation, Brazos Higher*<br>*Education Authority, Nelnet, Inc., and Nelnet*<br>*Education Loan Funding, Inc.* |
| Nathaniel Thomas Connally III, Esq.<br>Hogan & Hartson LLP<br>7930 Jones Branch Drive<br>McLean, VA 22102-3302<br>*Counsel for Arkansas Student*<br>*Loan Authority* | Jill Marie Dennis, Esq.<br>Hunton & Williams<br>1751 Pinnacle Drive, Suite 1700<br>McLean, VA 22102<br>*Counsel for Pennsylvania*<br>*Higher Education Assistance Agency* |
| Thomas L. Appler, Esq.<br>Heather Austin Jones, Esq.<br>Wilson, Elser, Moskowitz, Edelman &<br>Dicker LLP<br>8444 Westpark Drive, Suite 510<br>McLean, VA 22102<br>*Counsel for Kentucky Higher Education*<br>*Student Loan Corporation* | Mark E. Nagle, Esq.<br>Tameka M. Collier, Esq.<br>Troutman Sanders LLP<br>401 9th Street, NW, Suite 1000<br>Washington, D.C. 20004-2134<br>*Counsel for Vermont Student*<br>*Assistance Corporation* |

| John Stone West, Esq. | Andrew A. Nicely |
|---|---|
| Megan Conway Rahman, Esq. | Mayer Brown LLP |
| Troutman Sanders LLP | 1999 K Street, NW |
| 1001 Haxall Point | Washington, D.C. 20006 |
| Richmond, VA 23219 | *Counsel for Nelnet, Inc. and Nelnet* |
| *Counsel for Vermont Student Assistance* | *Education Loan Funding, Inc.* |
| *Corporation* | |

     A copy of the above-referenced document was sent via first class mail, postage prepaid, to the following counsel:

Jay Majors, Esq.
U.S. Department of Justice
Civil Division
601 D Street NW
Room 9550
Washington, D.C. 20004

                    /s/ Christopher M. Mills_____
                    Christopher Mills (VSB #44358)
                    WILEY REIN LLP
                    7925 Jones Branch Drive
                    Suite 6200
                    McLean, VA 22102
                    Phone: 703.905.2800
                    Fax: 703.905.2820
                    cmills@wileyrein.com

                    *Counsel for Qui Tam Relator Jon H. Oberg*