IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JON H. OBERG, ) ) ) ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:07-cv-00960-CMH-JFA |
| v. ) ) | |
| NELNET, INC., *et al.* ) ) | |
| Defendants. ) ) | |

## NOTICE OF CORRECTION

The Clerk of the Court will PLEASE TAKE NOTICE that Nelnet, Inc., Nelnet Education Loan Funding, Inc., Panhandle Plains Higher Education Authority, Inc., Panhandle Plains Management and Servicing Corporation, SLM Corporation, Southwest Student Services Corporation, Education Loans, Inc., Student Loan Finance Corporation, Brazos Higher Education Authority, and Brazos Higher Education Service Corporation (collectively, the "Defendants"), by counsel, inadvertently filed their Memorandum in Support of their Motion to Seal as a motion to seal (Docket No. 471).  The actual motion to seal is Docket No. 473.

Respectfully submitted,

    /s/ Timothy J. McEvoy_____
Timothy J. McEvoy, VSB No. 33277
Christine C. Owen, VSB No. 77161
Respectfully submitted,
Cameron McEvoy, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898

1

(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
*Counsel for Defendants Panhandle Plains*
   *Higher Education Authority, Inc. and*
   *Panhandle Plains Management and*
   *Servicing Corporation*


   /s/ Sean T. Beller
Sean T. Beeler
Robert S. Lavet (pro hac vice)
Larry S. Gondelman (pro hac vice)
Power Pyles Sutter & Verville, P.C.
1501 M Street, NW, 7th Floor
Washington, D.C. 20005
202-466-6550
202-785-1756 (facsimile)
sean.beller@ppsv.com
*Counsel for Brazos Higher Education Service*
   *Corporation, Brazos Higher Education*
   *Authority, Nelnet, Inc., & Nelnet Education*
   *Loan Funding, Inc.*

Donald E. Scott (pro hac vice)
Joseph C. Smith (pro hac vice)
Karma M. Giulianelli (pro hac vice)
Bartlit Beck Herman Palenchar & Scott, LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202-1086
Phone:  (303) 592-3100
Fax:  (303) 592-3140
*Counsel for Nelnet, Inc., & Nelnet Education*
   *Loan Funding, Inc*



   /s/ Warren Neil Eggleston
Warren Neil Eggleston
Virginia Bar No. 18367
Debevoise & Plimpton LLP
555 13th Street NW, Suite 1100E
Washington, DC 20004
Phone:  202-383-8000
Fax:  202-383-8118

2

wneggleston@debevoise.com
*Counsel for Defendants Southwest Student*
  *Services Corporation and SLM Corporation*

   /s/ Don Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No.76812)
Jody Manier Kris (pro hac vice)
Christopher E. Babbitt (pro hac vice)
Laura Moranchek Hussain (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Bradford.Hardin@WilmerHale.com
*Counsel for Education Loans Inc. and*
  *Student Loan Finance Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Bert W. Rein, Esquire
Michael L. Sturm, Esquire
Wiley Rein LLP
1776 K Street, NW
Washington, D.C. 20006
*Counsel for Plaintiff*

Christopher M. Mills, Esquire
Wiley Rein LLP
7925 Jones Branch Drive, Ste. 6200
McLean, VA 22102
*Counsel for Plaintiff*

R. Scott Oswald, Esquire
David Scher, Esquire
The Employment Law Group, P.C.
888 17th Street, NW, Ste. 900
Washington, DC 20006
*Counsel for Plaintiff*

Gerard Mene, Esquire
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
*Counsel for United States*

David M. Kopstein, Esquire
Kopstein & Perilman
8633 Cross Chase Court
Fairfax Station, Virginia 22039
*Counsel for Brazos Higher Education Services Corporation and Nelnet, Inc.*

Jay Majors, Esq. (First-Class Mail Only)
U.S. Dept. of Justice, Civil Division
Box 261, Ben Franklin Station
Washington, D.C. 20044

Andrew A. Nicely, Esquire
Andrew J. Pincus, Esquire
Charles A. Rothfeld, Esquire
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006
*Counsel for Nelnet, Inc., Nelnet Education Loan Funding, Inc.*

Joseph C. Smith, Jr., Esquire
Donald E. Scott, Esquire
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
*Counsel for Nelnet, Inc., Nelnet Education Loan Funding, Inc.*

Robert S. Lavet, Esquire
Larry S. Gondelman, Esquire
Sean Tristan Beller, Esquire
Power Pyles Sutter & Verville, P.C.
1501 M Street, N.W., 7th Floor
Washington, D.C. 20005
*Counsel for Brazos Higher Education Authority, Brazos Higher Education Service Corporation, Nelnet, Inc., Nelnet Education Loan Funding, Inc.*

Don Bradford Hardin, Esquire
Jody Manier Kris, Esquire
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Education Loans Incorporated, Student Loan Finance Corp.*

Warren Neil Eggleston, Esquire
Scott N. Auby, Esquire
Debevoise & Plimpton LLP
555 13th Street, NW, Suite 1100E
Washington, DC 20004
*Counsel for SLM Corporation
and Southwest Student Services Corporation*


/s/_____
Timothy J. McEvoy, VSB No. 33277
Christine C. Owen, VSB No. 77161
Cameron/McEvoy, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
cowen@cameronmcevoy.com
*Counsel for Defendants
Panhandle Higher Education Authority, Inc. and
Panhandle Plains Management and Servicing
Corporation*