IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JON H. OBERG, )
)
      Plaintiff, )
)
v. ) Civil Action No. 1:07cv0960 (JFA)
)
NELNET, INC., *et al.*, )
)
      Defendants. )
)

**ORDER**

The hearings on defendants' Motion for Leave to File Exhibits Under Seal (Docket no. 473), Motion for Relief for Relator's Spoliation of Evidence (Docket no. 468), and Motion Pursuant to Local Rule 47(B) (Docket no. 445) currently scheduled for 10:00 a.m. on Friday, August 6, 2010 are continued to 11:00 a.m. on Friday, August 6, 2010.

Entered this 4th day of August, 2010.

                                                /s/
                               John F. Anderson
                               United States Magistrate Judge

Alexandria, Virginia