IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JON H. OBERG, <br><br> Plaintiff, <br><br> v. <br><br> NELNET, INC., *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No.: 1:07-cv-00960-CMH-JFA ) ) ) ) ) ) |

## MOTION FOR LEAVE TO TEMPORARILY FILE EXHIBITS UNDER SEAL OF DEFENDANTS PANHANDLE PLAINS HIGHER EDUCATION AUTHORITY, INC. AND PANHANDLE PLAINS MANAGEMENT AND SERVICING CORPORATION

COME NOW Defendants Panhandle Plains Higher Education Authority, Inc. and Panhandle Plains Management and Servicing Corporation (collectively "Panhandle"), by counsel, pursuant to Local Rule 5, Paragraph 12 of the Court's Rule 16(b) Scheduling Order (Docket 174), and Paragraph 13 of the Court's January 25, 2010, Stipulation and Order Governing Confidential Information (Docket 179), and move this Honorable Court for leave to file under seal any exhibits to their Memorandum in Support of Their Motion in Limine that have been designated Confidential or Highly Confidential and is still deemed Confidential or Highly Confidential by Panhandle. This motion is being filed due to the necessity of obtaining Court approval for the procedure the parties have agreed to follow. In support of this Motion, Defendants direct the Court to the accompanying Memorandum in Support of this Motion.

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030    TEL 703.273.8898    FAX 703.273.8897

Cameron / McEvoy PLLC

WHEREFORE, Panhandle respectfully request this Honorable Court to grant permission to temporarily file the Exhibits under seal, and for such other and further relief as justice may require.

Respectfully submitted,

/s/
Timothy J. McEvoy, VSB No. 33277
Christine C. Owen, VSB No. 77161
Cameron McEvoy, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
*Counsel for Defendants Panhandle Plains Higher Education Authority, Inc. and Panhandle Plains Management and Servicing Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Bert W. Rein, Esquire
Michael L. Sturm, Esquire
Wiley Rein LLP
1776 K Street, NW
Washington, D.C. 20006
*Counsel for Plaintiff*

Christopher M. Mills, Esquire
Wiley Rein LLP
7925 Jones Branch Drive, Ste. 6200
McLean, VA 22102
*Counsel for Plaintiff*

R. Scott Oswald, Esquire
David Scher, Esquire
The Employment Law Group, P.C.
888 17th Street, NW, Ste. 900
Washington, DC 20006
*Counsel for Plaintiff*

Gerard Mene, Esquire
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
*Counsel for United States*

David M. Kopstein, Esquire
Kopstein & Perilman
8633 Cross Chase Court
Fairfax Station, Virginia 22039
*Counsel for Brazos Higher Education
Services Corporation and Nelnet, Inc.*

Jay Majors, Esq. (First-Class Mail Only)
U.S. Dept. of Justice, Civil Division
Box 261, Ben Franklin Station
Washington, D.C. 20044

Andrew A. Nicely, Esquire
Andrew J. Pincus, Esquire
Charles A. Rothfeld, Esquire
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006
*Counsel for Nelnet, Inc., Nelnet Education
Loan Funding, Inc.*

Joseph C. Smith, Jr., Esquire
Donald E. Scott, Esquire
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
*Counsel for Nelnet, Inc., Nelnet Education
Loan Funding, Inc.*

Robert S. Lavet, Esquire
Larry S. Gondelman, Esquire
Sean Tristan Beller, Esquire
Power Pyles Sutter & Verville, P.C.
1501 M Street, N.W., 7th Floor
Washington, D.C. 20005
*Counsel for Brazos Higher Education
Authority, Brazos Higher Education Service
Corporation, Nelnet, Inc., Nelnet
Education Loan Funding, Inc.*

Don Bradford Hardin, Esquire
Jody Manier Kris, Esquire
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Education Loans Incorporated,
Student Loan Finance Corp.*

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030   TEL 703.273.8898   FAX 703.273.8897

Cameron/McEvoy PLLC

Warren Neil Eggleston, Esquire
Scott N. Auby, Esquire
Debevoise & Plimpton LLP
555 13th Street, NW, Suite 1100E
Washington, DC 20004
*Counsel for SLM Corporation
and Southwest Student Services Corporation*

/s/_____
Timothy J. McEvoy, VSB No. 33277
Christine C. Owen, VSB No. 77161
Cameron/McEvoy, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
cowen@cameronmcevoy.com
*Counsel for Defendants
Panhandle Higher Education Authority, Inc. and
Panhandle Plains Management and Servicing
Corporation*