IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JON H. OBERG, )
)
      Plaintiff, )
)
v. ) Civil Action No. 1:07cv0960 (JFA)
)
NELNET, INC., *et al.*, )
)
      Defendants. )
)

### ORDER

For good cause, it is hereby

ORDERED that all proceedings in this action relating to pending motions and the trial are stayed under further order of the court. The hearing on the various motions currently scheduled for Monday, August 16, 2010 is cancelled and the trial scheduled to begin on Tuesday, August 17, 2010 is cancelled. While this matter is stayed no pleadings shall be filed other than those related to the resolution of claims by the parties. In the event there has not been a resolution of the claims with all the current defendants, the court will have a status conference on Friday, October 1, 2010 at 2:00 p.m. to discuss lifting the stay and scheduling further proceedings.

Entered this 13th day of August, 2010.

                                                /s/
                                      John F. Anderson
                                      United States Magistrate Judge

Alexandria, Virginia