UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| ex rel. Oberg, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO.1:07-cv-960-JFA |
| v. | ) | |
| | ) | |
| NELNET, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

UNITED STATES' STATEMENT REGARDING
STATUS OF SETTLEMENT REVIEW PROCESS

The United States submits this statement in advance of the status hearing scheduled for

October 1, 2010, in order to apprise the Court of the settlement status including the

Government's review of the proposed settlements in this case.

The settlement now includes Panhandle Plains Higher Education Authority.   Thus, the

settlement has been processed to include all active defendants.  Also, the Government and

Relator have reached a tentative agreement on Relator's share of the proposed settlement

amounts under 31 U.S.C. § 3730(d)(2), and the parties and the Relator have also resolved claims

for attorney fees under 31 U.S.C. § 3730(d)(4).  These issues had not been resolved at the time of

the mediation.

As to the terms of the proposed settlements between Relator and the Defendants,

Government counsel has obtained an official recommendation from the Department of

Education, the U.S. Attorney's Office for the Eastern District of Virginia, and the Director,

-2-

Commercial Litigation Branch, U.S. Department of Justice.  However, further approval is required.  Under Department of Justice ("Department") regulations, the official with decision-making authority for the Department with regard to this settlement is the Associate Attorney General, the third-ranking official within the Department.  Undersigned counsel is still in the process of obtaining the decision from that office, which has been apprised of the time frame set by the Court.  Government counsel has been working diligently to secure that decision, but the amount of ongoing business at the higher supervisory levels of Department has been such that it has not been possible to secure action on the settlements in this case at of today, and the undersigned are not certain about a decision by October 1.  Authority to consent to these settlements as to each Defendant has been requested as a group, thus the Government is awaiting one omnibus decision, rather than separate decisions as to each Defendant.

The Department sought internal approval for Relator's share separately, so that the process of reaching agreement on the Relator's share amount would not delay the approval process for the overall settlement.  An official recommendation regarding the Relator's share from the U.S. Attorney's Office for the Eastern District of Virginia has already been obtained.

Government counsel is preparing to circulate the final draft agreements containing the terms and conditions required by the Department in False Claims Act settlements.  Preliminary drafts have been circulated between the parties and the government, and it appears that the terms and conditions contained in those agreements are acceptable to the parties.  The settlement agreement will include a provision for the filing of a Stipulation of Dismissal shortly after consummation of the settlement.

-3-

The Government respectfully requests that the stay of this matter be continued to a date

after October 15.  We are hopeful that the necessary approvals for this process can be obtained by

October 15.

The Government has provided this status report to all parties, and the Government

understands that the parties consent to an extension of time to obtain the required approval.

Dated: September 29, 2010

<div style="margin-left: 45%">

Respectfully submitted,

TONY WEST
Assistant Attorney General
Civil Division

NEIL H. MACBRIDE
United States Attorney


By:     ___/s/_____
        Jay D. Majors
        Joyce R. Branda
        Renée Brooker
        Department of Justice
        Civil Division
        counsel for the United States
        Post Office Box 261
        Ben Franklin Station
        Washington, DC  20044
        Tel:  (202) 307-0264
        Fax:  (202) 514-0280
        Jay.Majors@usdoj.gov

</div>

– 4 –

By:      _____/s/_____
                Gerard Mene
                Assistant U.S. Attorney
                counsel for the United States
                2100 Jamieson Avenue
                Alexandria, Virginia 22314
                Tel: (703) 299-3777
                Fax: (703) 299-2584
                Gerard.Mene@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on the 29th day of September, 2010, I electronically

filed the foregoing UNITED STATES' STATEMENT REGARDING STATUS OF

SETTLEMENT REVIEW PROCESS using the CM/ECF system, which will send a notification

of such filing (NEF) to all counsel of record.


_____/s/_____
Gerard Mene
Assistant U.S. Attorney
counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3777
Fax: (703) 299-2584
Gerard.Mene@usdoj.gov