

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JON H. OBERG, )
)
        Plaintiff, )
)
v. ) Civil Action No. 1:07cv0960 (JFA)
)
NELNET, INC., *et al.*, )
)
        Defendants. )
_____)

## ORDER

For good cause, it is hereby

ORDERED that the stay ordered by the court on August 13, 2010 (Docket no. 558) shall continue until further order of the court. While this matter is stayed no pleadings shall be filed other than those related to the resolution of the claims by the parties. In the event there has not been a final resolution of the claims with all the defendants, the court will have a status conference on Monday, October 18, 2010 at 2:00 p.m. to discuss lifting the stay and scheduling further proceedings.

Entered this 1st day of October, 2010.

                           /s/
                          John F. Anderson
                          United States Magistrate Judge
                          John F. Anderson
                          United States Magistrate Judge

Alexandria, Virginia