IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JON H. OBERG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NELNET, INC., *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:07cv0960 (JFA) |

## ORDER

For the reasons stated during the status conference held in open court on October 18, 2010, it is hereby ORDERED that the stay ordered by the court on August 13, 2010 (Docket no. 558) shall continue until further order of the court. While this matter is stayed no pleadings shall be filed other than those related to the resolution of the claims by the parties.

Having been advised that defendants Education Loans, Inc. and Student Loan Finance Corporation may require payment from the 1998-1 and 1999-1 Indentures of Trust in order to satisfy the payment obligation assumed in a settlement agreement executed on August 18, 2010, it is hereby ORDERED that defendant Education Loans, Inc. immediately submit a formal demand for payment on such trusts, requesting payment to be released from such trusts as soon as possible, and no later than Friday, October 22, 2010.

In the event there has not been a final resolution of the claims with all the defendants, the court will have a status conference with any remaining defendant on Monday, October 25, 2010 at 2:00 p.m. to discuss lifting the stay and scheduling further proceedings.

Entered this 18th day of October, 2010.

                                                                                                   /s/

                                                               John F. Anderson
United States Magistrate Judge

Alexandria, Virginia