IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

UNITED STATES ex rel. Oberg,   )
                                )
         Plaintiffs,            )
                                )
    v.                          )  CIVIL NO. 1:07cv960(JFA)
                                )
NELNET, INC., et al.,           )
                                )
         Defendant.             )

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure that the above captioned action is dismissed with prejudice as against the defendants Nelnet, Inc. and Nelnet Education Loan Funding, Inc., including any claims for attorney's fees, and each party to bear their own costs.

Dated: 10/22/2010

AGREED TO:

_/s/ Bert W. Rein_
Bert W. Rein, Esq.
Thomas W. Queen, Esq.
Michael L. Sturm (VSB #27533)
WILEY REIN, LLP
Counsel for Qui Tam Relator
1776 K Street, N.W.
Washington, D.C. 20006
202-719-7000
Fax: 202-719-7049
brein@wileyrein.com
tqueen@wileyrein.com
msturm@wileyrein.com

Christopher M. Mills (VSB #44358)
WILEY REIN, LLP.
Counsel for Qui Tam Relator
7925 Jones Branch Drive
Suite 6200
McLean, Virginia 22102
Tel: 703-905-2800
Fax: 703-905-2820
cmills@wileyrein.com


_____
R. Scott Oswald, Esq.
The Employment Law Group, P.C.
888 17th Street, NW
Suite 900
Washington, D.C. 20006
Counsel for Qui Tam Relator
Tel: 202-261-2806
Fax: 202-261-2835
soswald@employmentlawgroup.com


AGREED TO:

_____
Jason Kravitt, Esq.
Andrew A. Nicely, Esq. (VSB #41750)
Mayer Brown LLP
1999 K Street, NW
Washington, D.C. 20006-1101
Tel: 202-263-3000
Fax: 202-263-5264
anicely@mayerbrown.com

Counsel for Nelnet, Inc.
 and Nelnet Education Loan Funding

AGREED TO:

TONY WEST
Assistant Attorney General
Civil Division

NEIL H. MACBRIDE
United States Attorney

_____
Joyce R. Branda
Renée Brooker
Jay D. Majors
Department of Justice
Civil Division
counsel for the United States
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-0264
Fax: (202) 514-0280
Jay.Majors@usdoj.gov


_____
Gerard Mene
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3777
Fax: (703) 299-2584
Gerard.Mene@usdoj.gov


IT IS HEREBY SO ORDERED this 25th day of October, 2010.

         /s/
John F. Anderson
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE

- 3 -