IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES ex rel. Oberg, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | CIVIL NO. 1:07cv960 (JFA) |
| NELNET, INC., et al., | ) ) ) | |
| Defendant. | ) | |

F I L E D
OCT 2 5 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure that the above captioned action is dismissed with prejudice as against the defendants Brazos Higher Education Service Corporation and Brazos Higher Education Authority, including any claims for attorney's fees, and each party to bear their own costs.

Dated: 10/22/2010

AGREED TO:

*[signature]*

Bert W. Rein, Esq.
Thomas W. Queen, Esq.
Michael L. Sturm (VSB #27533)
WILEY REIN, LLP
Counsel for Qui Tam Relator
1776 K Street, N.W.
Washington, D.C. 20006
202-719-7000
Fax: 202-719-7049
brein@wileyrein.com
tqueen@wileyrein.com
msturm@wileyrein.com

-2-

Christopher M. Mills (VSB #44358)
WILEY REIN, LLP.
Counsel for Qui Tam Relator
7925 Jones Branch Drive
Suite 6200
McLean, Virginia 22102
Tel: 703-905-2800
Fax: 703-905-2820
cmills@wileyrein.com


*/s/ R. Scott Oswald*
R. Scott Oswald, Esq.
The Employment Law Group, P.C.
888 17th Street, NW
Suite 900
Washington, D.C. 20006
Counsel for Qui Tam Relator
Tel: 202-261-2806
Fax: 202-261-2835
soswald@employmentlawgroup.com


AGREED TO:

*/s/ Sean T. Beller*
Sean T. Beller, Esq.
Powers Pyles Sutter & Veriville PC
1501 M Street, NW
Seventh Floor
Washington, D.C. 20005-1700
Counsel for Brazos Higher Education Service
 Corp and Brazos Higher Education Authority
Tel: 202-872-6768
Fax: 202-785-1756
Sean.beller@ppsv.com

AGREED TO:

TONY WEST
Assistant Attorney General
Civil Division

NEIL H. MACBRIDE
United States Attorney

*/s/ Jay D. Majors by /s/ AUSA*

Joyce R. Branda
Renée Brooker
Jay D. Majors
Department of Justice
Civil Division
counsel for the United States
Post Office Box 261
Ben Franklin Station
Washington, DC  20044
Tel:  (202) 307-0264
Fax:  (202) 514-0280
Jay.Majors@usdoj.gov

Gerard Mene
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3777
Fax: (703) 299-2584
Gerard.Mene@usdoj.gov

IT IS HEREBY SO ORDERED this 25th day of October 2010.

/s/
John F. Anderson
United States Magistrate Judge