IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JON H. OBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:07cv0960 (JFA) |
| v. ) | |
| ) | |
| NELNET, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

FILED
NOV 18 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## FINAL ORDER

On December 1, 2009, District Judge Claude M. Hilton entered an Order granting the motions to dismiss filed by Kentucky Higher Education Student Loan Corporation, Pennsylvania Higher Education Assistance Agency, Vermont Student Assistance Corporation and Arkansas Student Loan Authority. (Docket no. 158). On March 3, 2010, an Order was entered allowing plaintiff to file a second amended complaint. (Docket no. 212). Plaintiff filed his second amended complaint on March 4, 2010 and included Kentucky Higher Education Student Loan Corporation, Pennsylvania Higher Education Assistance Agency, Vermont Student Assistance Corporation and Arkansas Student Loan Authority as defendants in the second amended complaint. (Docket no. 213). On April 16, 2010, plaintiff filed his third amended complaint and also included Kentucky Higher Education Student Loan Corporation, Pennsylvania Higher Education Assistance Agency, Vermont Student Assistance Corporation and Arkansas Student Loan Authority as defendants. (Docket no. 228). No effort was made by plaintiff to serve the previously dismissed parties when the second or third amended complaints were filed and it appears that those dismissed defendants were included in those complaints for the purpose of

preserving any claim plaintiff may have against those entities on appeal. Now that the claims against all remaining defendants have been resolved, it is appropriate for the record to reflect that the claims against Kentucky Higher Education Student Loan Corporation, Pennsylvania Higher Education Assistance Agency, Vermont Student Assistance Corporation and Arkansas Student Loan Authority were dismissed for the reasons set forth in the District Judge's December 1, 2009 Order and that the claims against those defendants be dismissed and this case be placed among the ended causes.

    Entered this 18th day of November, 2010.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia