UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* JON H. OBERG,

    Plaintiff,

v.      CIVIL NO. 1:07-CV-960-CMH-JFA

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY,

    Defendant.

## ORDER

Upon consideration of the parties' Joint Motion to Amend the Scheduling Order, for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED. The pretrial schedule previously set by the Court (Dkt. 764 & 782) is hereby modified as follows:

| Event | Date |
|---|---|
| Pretrial Conference | July 20, 2017 10:00 a.m. |
| Close of discovery | August 4, 2017 |
| Rule 26(a)(3) Disclosures (exhibit and witness lists) | August 17, 2017 |
| Motions for summary judgment / Rule 12(b)(1) motion | August 24, 2017 |
| File and serve objections to Rule 26(a)(3) disclosures | September 1, 2017 |
| Summary judgment / Rule 12(b)(1) oppositions | September 7, 2017 |
| Summary judgment / Rule 12(b)(1) replies | September 14, 2017 |
| Summary Judgment and Rule 12(b)(1) hearing | September 29, 2017 |
| File and serve deposition designations under Rules 26(a)(3)(H) & 32(a)(3), and Local Civil Rule 30(F) | October 5, 2017 |
| File and serve objections to designations and counter-designations under Rule 32(b) & (a)(4) | October 12, 2017 |

| | |
|---|---|
| File *Daubert* motions and motions *in limine* | October 13, 2017 |
| File and serve objections to counter-designations, and file and serve any fairness designations | October 19, 2017 |
| Oppositions to *Daubert* motions and motions *in limine* | October 20, 2017 |
| Replies for *Daubert* motions and motions *in limine* | October 27, 2017 |
| Hearing on *Daubert* and *in limine* motions | November 3, 2017 |

IT IS FURTHER ORDERED that any remaining dispositive motions to be filed by PHEAA shall be combined in a single brief for which the following page limits shall apply:

| PHEAA's Motion | Brief Length |
|---|---|
| Summary Judgment/12(b)(1) | 55 |
| Opposition | 55 |
| Reply | 30 |

IT IS FURTHER ORDERED that any remaining dispositive motions to be filed by Relator shall be governed by the page limits set forth in Local Civil Rule 7(F)(3).

IT IS FURTHER ORDERED that, except as modified herein, the provisions of the Court's prior Scheduling Orders, including the Rule 16(b) Scheduling Order (Dkt. 764) as amended (Dkt. 782), shall remain in full force and effect.

ENTERED this 21 day of July 2017.

Alexandria, Virginia

/s/ Claude M. Hilton
United States District Judge