**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* JON H. OBERG, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:07-CV-960-CMH-JFA |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |

**RELATOR'S LIST OF WITNESSES**

Relator Jon H. Oberg, by counsel, pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's Amended Scheduling Order dated July 21, 2017, files this List of Witnesses:

1. Jason Delisle*
2. Michael Garman
3. Timothy Guenther*
4. John Hayes*
5. Basil Imburgia*
6. Robert Janney
7. Andrew Mehalko*
8. Scott Miller*
9. Jeffrey Nekrasz*
10. Jon H. Oberg*
11. James Preston
12. Mark Schmidt*

13. Larry Weiner*

14. Richard Willey

Witnesses identified by an asterisk are those who are expected to be called.  Relator reserves the right to call any witness listed by the Defendant and to present testimony by deposition by any listed witness, with designations of specific testimony to be exchanged on October 5, 2017.  Relator also reserves the right to call additional witnesses for purposes of impeachment or rebuttal or for good cause shown.

Respectfully submitted,

/s Stephen J. Obermeier
Bert W. Rein (admitted *pro hac vice*)
Michael L. Sturm (VSB # 27533)
Christopher M.  Mills (VSB # 44358)
Stephen J. Obermeier (VSB # 89849)
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
Phone:  202.719.7000
Fax:  202.719.7049
brein@wileyrein.com
msturm@wileyrein.com
cmills@wileyrein.com
sobermeier@wileyrein.com

*Counsel for Relator*
   *Dr. Jon H. Oberg*

August 17, 2017

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 17th day of August 2017, a true and correct copy of the foregoing Relator's List of Witnesses was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Daniel B. Huyett, Esq.
Stevens & Lee P.C.
111 North Sixth Street
Reading, PA 19601

Neil C. Schur, Esq.
Stevens & Lee P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103

Craig C. Reilly, Esq.
The Office of Craig C. Reilly
111 Oronoco Street
Alexandria, Virginia 22314

Edwin John U, Esq.
Judson D. Brown, Esq.
Michael A. Glick, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C. 20005-5793
United States

Matthew T. Regan, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*Counsel for Pennsylvania
Higher Education Assistance Agency*

Gerard Mene, Esq.
Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314

*Counsel for the United States*

                    /s  Stephen J. Obermeier
                    Stephen J. Obermeier (VSB # 89849)
                    WILEY REIN LLP
                    1776 K Street, NW
                    Washington, DC 20006
                    Phone: 202.719.7465
                    Fax:  202.719.7049
                    sobermeier@wileyrein.com
                    *Counsel for Relator Jon H. Oberg*