UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JON H. OBERG, <br><br>          Plaintiff, <br><br>     v. <br><br> PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, <br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 1:07-CV-960-CMH-JFA |

**DEFENDANT PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY'S LIST OF WITNESSES**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Order entered on July 21, 2017 [Doc. No. 789], Defendant Pennsylvania Higher Education Assistance Agency ("PHEAA") submits the following list of witnesses for use at the trial of this case.

**A.   PHEAA expects to present testimony, either live ("L") or by deposition ("D"), or both, of the following witnesses:**

1. Jon Oberg (L or D)
2. Timothy Guenther (L)
3. Kristie Hansen (D)
4. Scott McCullough (L or D)
5. Andrew Mehalko (L)
6. Scott Miller (L)
7. Mark Schmidt (L or D)
8. Terri Shaw (D)
9. Sally Stroup (D)

    10. Patricia Trubia (D)

    11. Jerry Wallace (D)

    12. Jonathan Arnold (L)

    13. Louis Dudney (L)

    14. David Reicher (L)

**B.** **If the need arises, PHEAA may present testimony, either live ("L") or by deposition ("D"), or both, of the following witnesses:**

    15. James Richard Criswell (D)

    16. John Dean (D)

    17. Jason Delisle (D)

    18. John Hayes (D)

    19. Basil Imburgia (D)

    20. Saul Moskowitz (D)

    21. James Preston (L)

    22. Sheila Ryan-Macie (L)

    23. Lawrence Weiner (D)

    24. Richard Willey (L)

    25. Any individual listed by Relator

For witnesses to be presented by deposition, PHEAA will provide designations of specific testimony pursuant to the schedule established by the Court.

PHEAA reserves the right to call any witness listed by Relator, as well as to call any witness in person who is listed as a potential witness by deposition. PHEAA also reserves the right to call additional witnesses for purposes of impeachment or rebuttal or for good cause shown.

Dated:  August 17, 2017  /s/ Craig C. Reilly
Craig C. Reilly (VSB # 20942)
THE OFFICE OF CRAIG REILLY, ESQ.
111 Oronoco Street
Alexandria, Virginia 22314
Phone: 703-549-5354
Fax: 703-549-2604
craig.reilly@ccreillylaw.com

Daniel B. Huyett (admitted *pro hac vice*)
STEVENS & LEE, P.C.
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679
Telephone:  (610) 478-2000
Facsimile: (610) 988-0801
dbh@stevenslee.com

Neil C. Schur (admitted *pro hac vice*)
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone:  (215) 751-1944
Facsimile: (610) 371-7956

Matthew T. Regan, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312)-862-2000
Fax: (312)-862-2200
matthew.regan@kirkland.com

Michael A. Glick  (admitted *pro hac vice*)
Judson D. Brown (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, DC  20002
Telephone: (202)-879-5000
Facsimile: (202)-879-5200
michael.glick@kirkland.com
judson.brown@kirkland.com

*Counsel for Defendant Pennsylvania Higher Education Assistance Agency*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2017, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record:

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
Phone: (703) 549-5354
Fax: (703) 549-5355
craig.reilly@ccreillylaw.com

*Counsel for Defendant Pennsylvania Higher Education Assistance Agency*