IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JON H. OBERG, <br><br>Plaintiff, <br><br>v. <br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, <br><br>Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 1:07-cv-00960 ) ) ) ) ) ) ) |

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Summary Judgment. The Court finds that Defendant's Motion to Dismiss should be denied and that there are issues of material fact in dispute. Accordingly, it is hereby

ORDERED that Defendant's Motions to Dismiss for Lack of Jurisdiction and for Summary Judgment are DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 29, 2017