## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* JON H. OBERG, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 1:07-CV-960-CMH-JFA |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, | ) ) ) ) |
| Defendant. | ) ) |

## RELATOR'S SUPPLEMENTAL LIST OF WITNESSES

Relator Jon H. Oberg, by counsel, pursuant to Federal Rule of Civil Procedure 26(a)(3) files this Supplemental List of Witnesses:

15. Howard Sorensen

Relator reserves the right to call any witness listed by the Defendant and to present testimony by deposition from any listed witness, in accordance with the deposition designations or counter-designations filed by the parties. Relator also reserves the right to call additional witnesses for purposes of impeachment or rebuttal or for good cause shown.

Respectfully submitted,

/s Stephen J. Obermeier
Bert W. Rein (admitted *pro hac vice*)
Michael L. Sturm (VSB # 27533)
Christopher M. Mills (VSB # 44358)
Stephen J. Obermeier (VSB # 89849)
Rebecca L. Saitta (VSB # 65408)

Matthew Gardner (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
Phone:  202.719.7000
Fax:  202.719.7049
brein@wileyrein.com
msturm@wileyrein.com
cmills@wileyrein.com
sobermeier@wileyrein.com
rsaitta@wileyrein.com
mgardner@wileyrein.com

*Counsel for Relator*
*Dr. Jon H. Oberg*

November 20, 2017

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 20th day of November 2017, a true and correct copy of the foregoing Relator's List of Witnesses was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Daniel B. Huyett, Esq.
Stevens & Lee P.C.
111 North Sixth Street
Reading, PA 19601

Neil C. Schur, Esq.
Stevens & Lee P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103

Craig C. Reilly, Esq.
The Office of Craig C. Reilly
111 Oronoco Street
Alexandria, Virginia 22314

Edwin John U, Esq.
Judson D. Brown, Esq.
Michael A. Glick, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C. 20005-5793
United States

Matthew T. Regan, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*Counsel for Pennsylvania*
*Higher Education Assistance Agency*

Gerard Mene, Esq.
Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314

*Counsel for the United States*

    /s  Stephen J. Obermeier
Stephen J. Obermeier (VSB # 89849)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Phone: 202.719.7465
Fax:  202.719.7049
sobermeier@wileyrein.com
*Counsel for Relator Jon H. Oberg*