UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. JON H. OBERG, Plaintiff, v. PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, Defendant. | ) ) ) ) ) ) ) CIVIL NO. 1:07-CV-960-CMH-JFA ) ) ) ) ) ) |

## RELATOR'S FINAL PRE-TRIAL LIST OF TRIAL EXHIBITS

Relator Jon H. Oberg ("Oberg"), by counsel, pursuant to Federal Rule of Civil Procedure 26(a)(3), files this Final Pre-Trial List of Trial Exhibits, except impeachment and rebuttal exhibits, to consolidate and supplement the previously filed Lists of Trial Exhibits (Dkt. 816, 950).  Exhibit Nos. 328 to 336 are the only new exhibit numbers and relate solely to demonstrative exhibits.

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 1* | 5/1/2002 | Memorandum from S. Miller to R. Willey (Bates Nos. PHEAA-OBERG-411961-62; Willey Depo. Ex. 1; Miller Depo. Ex. 2; Guenther Depo. Ex. 11; Schmidt Depo. Ex. 2) |
| 2* | 5/9/2002 | Memorandum from T. Guenther and M. Schmidt to R. Willey (Bates Nos. PHEAA-OBERG-594993-94; Guenther Depo. Ex. 12; Willey Depo. Ex. 2) |
| 3* | 6/10/2002 | Personal To Do List / Notes of T. Guenther (Bates Nos. PHEAA- |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| | | OBERG-1182777-89; Willey Depo. Ex. 4; Schmidt Depo. Ex. 5; Guenther Depo. Ex. 13; Mehalko Depo. Ex. 7) [†1] |
| 4* | | Personal To Do List / Notes of T. Guenther (Bates Nos. PHEAA-OBERG-1250852-57; Guenther Depo. Ex. 14; Mehalko Depo. Ex. 8; Schmidt Depo. Ex. 6) [†] |
| 5* | 8/29/2002 | Memorandum from T. Guenther to R. Willey (Bates Nos. PHEAA-OBERG-368137-38; Willey Depo. Ex. 5; Guenther Depo. Ex. 15) |
| 6* | 10/21/2003 | Memorandum from T. Guenther to R. Willey (Bates Nos. PHEAA-OBERG-368409-10; Willey Depo. Ex. 6) |
| 7* | 7/19/2005 | Memorandum from J. Preston to R. Willey (Bates Nos. PHEAA-OBERG-444629-33; Preston Depo. Ex. 13) |
| 8* | | Plan for 9.5% Loans (Bates No. PHEAA-OBERG-458759; Mehalko Depo. Ex. 9; Schmidt Depo. Ex. 7) |
| 9 | 9/25/1997 | Recommendations for Special Act Cash Awards (Bates Nos. OBERG00008873-74; OBERG00008871-72; OBERG00008875-78; OBERG00008855-58; OBERG00008863-64; OBERG00008879-80; OBERG00008881-82) **CONFIDENTIAL** |
| 10* | 7/3/2003 | Email from J. Oberg to D. Pollard (Bates No. OBERG00006557; Oberg Depo. Ex. 108) |
| 11* | 7/8/2003 | Email from J. Oberg to A. Roca-Baker (Bates No. OBERG00007665; Oberg Depo. Ex. 109) |
| 12* | 7/18/2003 | Email from J. Oberg to D. Pollard, B. Siegel, and A. Roca-Baker (Bates No. OBERGIII_00012701) |
| 13* | 8/7/2003 | ED Inspector General's Hotline Special Complaint Form (Bates Nos. OBERG00005119-21; Oberg Depo. Ex. 4) |
| 14 | 8/26/2003 | Email from J. Oberg to J. Oberg (Bates No. OBERGIII_00000662) |
| 15 | 9/1/2003 | J. Oberg Job Description (Bates Nos. OBERG00000344-45) |
| 16* | 9/11/2003 | Email from J. Oberg to J. Kvaal (Bates Nos. OBERG00007669; |

[1] The † symbol denotes documents subsequently de-designated as non-confidential pursuant to the agreement of counsel.

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| | | Oberg Depo. Ex. 115) |
| 17 | 9/11/2003 | Email from A. Shoop to T. Guenther and C. McGeary (Bates No. PHEAA-OBERG-372339) |
| 18* | 9/15/2003 | Email from T. Guenther to J. Oberg (Bates Nos. PHEAA-OBERG-372346-47; Oberg Depo. Ex. 118) |
| 19 | 10/8/2003 | Congressional Research Service Memorandum from A. Stoll to Senate Health, Education, Labor, and Pensions Committee (Bates Nos. OBERG00004963-68) |
| 20 | 10/21/2003 | Email from T. Skelly to J. Oberg (Bates Nos. OBERG00007670-71) |
| 21 | 10/29/2003 | Email from J. Oberg to T. Guenther (Bates Nos. PHEAA-OBERG-372340-42; Oberg Depo. Ex. 120) **CONFIDENTIAL** |
| 22* | 10/31/2003 | Email from T. Guenther to J. Oberg (Bates Nos. PHEAA-OBERG-372348-50; Miller Depo. Ex. 6; Guenther Depo. Ex. 18; Guenther Depo. Ex. 18; Oberg Depo. Ex. 122) |
| 23* | 11/10/2003 | Letter from J. Oberg to Waste, Fraud, and Abuse Hotline, OIG (Bates No. OBERGIII_00008239) |
| 24* | 11/21/2003 | Memorandum from J. Oberg to Department of Education (Bates Nos. OBERGIII_00012710-11) |
| 25 | 11/24/2003 | Letter from M. Hall to J. Oberg (Bates No. OBERGIII_00012712) |
| 26 | 11/26/2003 | Email from G. Whitehurst to J. Oberg (Bates No. OBERG00000136) |
| 27 | 11/26/2003 | U.S. Office of Special Counsel - Disclosure of Information (Bates Nos. OBERGIII_00012715-20) |
| 28 | 12/8/2003 | Email from J. Oberg to J. Kvaal (Bates No. OBERG00007673; Oberg Depo. Ex. 134) |
| 29* | 12/9/2003 | Letter from J. Oberg to Waste, Fraud and Abuse Hotline, OIG (Bates Nos. OBERGIII_00008240) |
| 30 | 1/11/2004 | Letter from J. Oberg to GAO (Bates Nos. OBERGIII_00000770-71) |
| 31 | 1/15/2004 | Email from J. Appel to J. Oberg (Bates No. OBERGIII_00000772) |
| 32 | 1/15/2004 | Email from K. Santoro to J. Oberg (Bates No. OBERG00005985; |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| | | Oberg Depo. Ex. 136) |
| 33 | 4/14/2004 | Email from R. Rudolph to J. Oberg (Bates No. OBERGIII_00000522) |
| 34 | 4/14/2004 | Email from J. Oberg to R. Rudolph (Bates Nos. OBERG00005980-81) |
| 35 | 4/30/2004 | J. Oberg Job Description (Bates Nos. OBERGIII_00001113-14) |
| 36 | 5/6/2004 | U.S. Department of Education Budget Service Spreadsheet (Bates No. OBERG00007690) |
| 37 | 5/10/2004 | Email from J. Kvaal to J. Oberg (Bates Nos. OBERGIII_00011672-73; OBERGIII_00010061) |
| 38 | 5/14/2004 | Email from J. Oberg to R. Rudolph (Bates No. OBERGIII_00012724) |
| 39 | 6/18/2004 | Email from J. Oberg to J. Higgins (Bates Nos. OBERGIII_00000576-77) |
| 40* | | Email from J. Oberg to T. Guenther (Bates Nos. OBERGIII_00025679-90; Guenther Depo. Ex. 19) |
| 41 | 8/25/2004 | Email from R. Shireman to G. Winter (Bates Nos. OBERG00007719-21; Oberg Depo. Ex. 146) |
| 42* | 9/3/2004 | ED Inspector General's Hotline Special Complaint Form (Bates Nos. OBERGIII_00008234-36) |
| 43 | 9/9/2004 | Email from OIG Hotline to J. Oberg (Bates No. OBERGIII_00000698) |
| 44 | 5/4/2007 | Email from S. Dillon to J. Oberg (Bates Nos. OBERG0006390-91) |
| 45* | 5/7/2007 | New York Times article titled "Whistle Blower on Student Aid is Vindicated" (Bates Nos. OBERG00010280-84) |
| 46 | 5/14/2007 | Email from T. Culligan to J. Oberg (Bates Nos. OBERG00006377-83) |
| 47* | 7/1/2007 | 9.5% SAP Calculations by J. Oberg (Bates No. OBERGIII_00000968) |
| 48* | | 9.5% Loan Spreadsheet (PDF) (Bates No. OBERGIII_00000991) |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 49 | | 9.5% Loan Spreadsheet (Native) (Bates No. OBERGIII_00000991) |
| 50 | | 9.5% SAP Spreadsheet (Bates Nos. OBERG00007702-04) |
| 51* | | 9.5% SAP Spreadsheet (Bates Nos. OBERG00007705-10) |
| 52* | | Edits to "Money for Nothing" Article (Bates Nos. OBERG00006031-42; Oberg Depo. Ex. 144) |
| 53 | | Email from J. Oberg to T. Guenther (Bates Nos. OBERGIII_00003220-27; Oberg Depo. Ex. 124) |
| 54 | | 9.5% SAP Calculations by J. Oberg (Bates Nos. OBERG00007661-64) |
| 55 | 11/17/2010 | DOJ Press Release, "Four Student Aid Lenders Settle False Claims Act Suit for Total of $57.75 Million" |
| 56* | 4/22/2002 | Q1 2002 Signed Lender's Interest and Special Allowance Request and Report (Form 799) (Bates Nos. PHEAA-OBERG-427122-238; Guenther Depo. Ex. 1)† |
| 57* | 5/24/2006 | AES/PHEAA Organization Participation Agreement (Bates Nos. PHEAA-OBERG-417842-46; Guenther Depo. Ex. 2) |
| 58 | | Sample Form Lender's Interest and Special Allowance Request and Report (Form 799) (Bates Nos. PHEAA-OBERG-540406-24) |
| 59 | 3/8/2017 | J. Majors Letter re Document Production from United States |
| 60* | | Sample Organization Participation Agreement Form (Bates Nos. ED-PH-000001-5) |
| 61 | | Appendix H to the FFELP User Guide (Bates Nos. EMAX00001) |
| 62 | 7/24/1997 | Change Request # 97000520 (Bates Nos. PHEAA-OBERG-388221-30; Guenther Depo. Ex. 9) |
| 63 | 3/19/2001 | Letter from S. Fernald to M. Schmidt (Preston Depo. Ex. 1) |
| 64 | 4/23/2002 | Email from J. Specht to B. Hallett, B. Smith, and T. Dundorf (Bates Nos. PHEAA-OBERG-443600-10) |
| 65* | 5/15/2002 | Transfer/Deconversion Request Form (Bates Nos. PHEAA-OBERG- |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| | | 1973056-60) |
| 66 | 6/30/2000 | Internal Financial Report (Bates Nos. PHEAA-OBERG-1188326-71; Garman Depo. Ex. 7) **CONFIDENTIAL** |
| 67 | 7/9/2002 | Charts re PHEAA's 2002 Bonuses for Executive Management (Bates Nos. PHEAA-OBERG-022235-43) |
| 68 | 7/29/2002 | Transfer/Deconversion Request Form (Bates Nos. PHEAA-OBERG-1973061-65; Mehalko Depo. Ex. 24) |
| 69* | 10/24/2002 | PHEAA Board Meeting Minutes (Bates Nos. PHEAA-OBERG-833623-43) |
| 70 | 1/21/2003 | Memorandum from C. Lemmond to Members of the Executive Committee (Bates Nos. PHEAA-OBERG-833653-98; Willey Depo. Ex. 26; Garman Depo. Ex. 8) |
| 71 | 3/11/2003 | Transfer/Deconversion Request Form (Bates Nos. PHEAA-OBERG-1006491-94) |
| 72 | 3/12/2003 | Requisition Form No. ARC-947 (Hayes Depo. Ex. 4) |
| 73* | 7/2/2003 | Email from T. Guenther to A. Mehalko (Bates Nos. PHEAA-OBERG-371229; Miller Depo. Ex. 4; Preston Depo. Ex. 5) |
| 74* | 7/3/2003 | Email from A. Mehalko to T. Guenther (Bates Nos. PHEAA-OBERG-371222-23; Miller Depo. Ex. 5; Schmidt Depo. Ex. 17) |
| 75* | 7/22/2003 | Letter from A. Mehalko to R. Hood (Bates Nos. PHEAA-OBERG-551157; Mehalko Depo. Ex. 19; Hayes Depo. Ex. 5) |
| 76* | 7/31/2003 | PHEAA Loan Originations, Purchases, Rehabilitations as of July 31, 2003 (Bates Nos. PHEAA-OBERG-1031622; Mehalko Depo. Ex. 26) |
| 77* | 1/12/2004 | Bond Swap 1/12/04 (Bates Nos. PHEAA-OBERG-454969; Mehalko Depo. Ex. 17; Hayes Depo. Ex. 2) |
| 78* | 1/13/2004 | PHEAA Revenue Bond Issues & Financings 799 Report (Bates Nos. PHEAA-OBERG-356121; Mehalko Depo. Ex. 16) |
| 79* | 2/17/2004 | Email from T. Guenther to A. Mehalko (Bates Nos. PHEAA-OBERG-372354-60; Miller Depo. Ex. 8; Preston Depo. Ex. 6) |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 80 | 4/26/2004 | Email from A. Mehalko to R. Hood (Bates Nos. PHEAA-OBERG-2038609; Mehalko Depo. Ex. 22) |
| 81 | 4/26/2004 | Student Loan Revenue Bonds 1997 Series ABC (Bates Nos. PHEAA-OBERG-2032533-34) |
| 82* | 4/28/2004 | Commitment and Loan Sale Agreement Between PHEAA and Citizens Bank of PA (Bates Nos. PHEAA-OBERG-844503-588) |
| 83 | 5/20/2004 | Public Finance Guidelines Document M. Schmidt (Bates Nos. PHEAA-OBERG-458761-63) |
| 84 | 6/15/2004 | Email from J. Hayes to A. Mehalko (Bates Nos. PHEAA-OBERG-376810-23) |
| 85* | 6/22/2004 | Bond Swap Spreadsheet (Bates Nos. PHEAA-OBERG-2022448-2022448) |
| 86 | 6/30/2004 | Statement of Account: PHEAA9702TX (Bates Nos. MT_00037491-636; Hayes Depo. Ex. 7) **CONFIDENTIAL** |
| 87* | 7/6/2004 | Email from T. Guenther to A. Mehalko, J. Preston, and M. Schmidt (Bates Nos. PHEAA-OBERG-521042-45; Guenther Depo. Ex. 31; Preston Depo. Ex. 7; Arnold Depo. Ex. 4)) |
| 88* | 7/16/2004 | Email from A. Mehalko to J. Preston (Bates Nos. PHEAA-OBERG-374830-33; Mehalko Depo. Ex. 31; Arnold Depo. Ex. 6) |
| 89 | 7/16/2004 | Email from A. Mehalko to J. Preston (Bates Nos. PHEAA-OBERG-375810-375811) |
| 90* | 7/22/2004 | Transfer/Deconversion Request Form (Bates Nos. PHEAA-OBERG-1973120-23; Mehalko Depo. Ex. 25) |
| 91* | 8/23/2004 | Requisition No. WLB-377 (Bates Nos. PHEAA-OBERG-1991332; Mehalko Depo. Ex. 18) |
| 92* | 8/23/2004 | EDSouth Wire Summary Spreadsheet (Bates Nos. PHEAA-OBERG-2022579) |
| 93 | 9/7/2004 | Transfer/Deconversion Request Form (Bates Nos. PHEAA-OBERG-1973132-35) |
| 94 | 9/28/2004 | Email from A. Mehalko to T. Guenther (Bates Nos. PHEAA- |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| | | OBERG-374734-36) |
| 95 | 1/5/2005 | Memorandum from T. Guenther to R. Willey (Bates No. PHEAA-OBERG-2020542; Willey Depo. Ex. 11) |
| 96 | 2/17/2005 | Transcript of House of Representatives Commonwealth of Pennsylvania Appropriations Committee Budget Hearing (Bates Nos. PHEAA-OBERG-596927-7064; Willey Depo. Ex. 12) |
| 97* | 3/31/2005 | PHEAA - Notes and Bonds Payable Footnote Spreadsheet (PDF) (Bates Nos. PHEAA-OBERG-446531; Mehalko Depo. Ex. 2) |
| 98 | 3/31/2005 | PHEAA - Notes and Bonds Payable Footnote Spreadsheet (Native) (Bates Nos. PHEAA-OBERG-446531; Mehalko Depo. Ex. 2) |
| 99* | 4/28/2005 | Email from A. Mehalko to M. Schmidt (Bates Nos. PHEAA-OBERG-380798; Mehalko Depo. Ex. 10; Schmidt Depo. Ex. 8) |
| 100 | 7/20/2005 | Email from A. Mehalko to X. Gu (Bates Nos. PHEAA-OBERG-402646-50) |
| 101 | 8/25/2005 | Email from A. Mehalko to T. Guenther (Bates Nos. PHEAA-OBERG-520675-76)[†] |
| 102* | 8/29/2005 | Email from M. Quigley to M. Graves, A. Mehalko, C. Wilson, T. Renard, J. Thomas, S. DeVito, and T. Klitsch (Bates No. PHEAA-OBERG-521397-98) |
| 103* | 10/13/2005 | Letter and Program Review Report to M. Schmidt (Bates Nos. PHEAA-OBERG-398132-36; Schmidt Depo. Ex. 18) |
| 104 | 11/17/2005 | Email from M. Schmidt to A. Mehalko (Bates Nos. PHEAA-OBERG-376158-61; Schmidt Depo. Ex. 20) |
| 105 | 11/22/2005 | Email from M. Schmidt to A. Mehalko (Bates Nos. PHEAA-OBERG-521268-521271; Mehalko Depo. Ex. 62) |
| 106* | 11/29/2005 | Email from A. Mehalko to B. Bohner (Bates Nos. PHEAA-OBERG-375250-52; Mehalko Depo. Ex. 1) **CONFIDENTIAL** |
| 107* | 12/14/2005 | E-mail from T. Renard to M. Schmidt and A. Mehalko (Bates Nos. PHEAA-OBERG-376065-67; Mehalko Depo. Ex. 61) |
| 108 | 12/14/2005 | Email from D. Freundel to T. Renard (Bates Nos. PHEAA-OBERG- |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| | | 521424-28; Miller Depo. Ex. 10) |
| 109* | 2/15/2006 | Email from A. Mehalko to J. Frey (Bates Nos. PHEAA-OBERG-380382; Mehalko Depo. Ex. 11) |
| 110* | 2/22/2006 | Email from S. Miller to J. Preston, M. Schmidt and A. Mehalko (Bates Nos. PHEAA-OBERG-376363; Miller Depo. Ex. 13; Schmidt Depo. Ex. 21) |
| 111 | 3/28/2006 | Letter and Program Review Report to M. Schmidt (Bates Nos. PHEAA-OBERG-1341764-71; Schmidt Depo. Ex. 23) |
| 112* | 5/11/2006 | Letter from R. Willey to A.M. Fusco (Bates Nos. PHEAA-OBERG-391216-391218; Mehalko Depo. Ex. 15) |
| 113 | 5/11/2006 | Letter from R. Willey to A. M. Fusco (Bates Nos. PHEAA-OBERG-1341772-74; Willey Depo. Ex. 19)[†] |
| 114 | 5/12/2006 | Email from A. Mehalko to J. Heckman (Bates Nos. PHEAA-OBERG-402445-46; Mehalko Depo. Ex. 23) |
| 115 | 6/14/2006 | Requisition No. S-1707 (Bates No. PHEAA-OBERG-1989481; Mehalko Depo. Ex. 21) |
| 116* | 6/14/2006 | Requisition No. C-1911 (Bates No. PHEAA-OBERG-1989482; Mehalko Depo. Ex. 20) |
| 117 | 6/15/2006 | 2006-2007 Balanced Scorecard Goals and Justifications (Bates Nos. PHEAA-OBERG-369077-87; Preston Depo. Ex. 14) |
| 118 | 8/2/2006 | 2005-2006 E/MIP Recommendations (Bates Nos. PHEAA-OBERG-1189064-67; Willey Depo. Ex. 28; Garman Depo. Ex. 9) **CONFIDENTIAL** |
| 119* | 8/18/2006 | Letter from R. Willey to M. Fontana (Bates Nos. PHEAA-OBERG-1341211-15; Mehalko Depo. Ex. 14) **CONFIDENTIAL** |
| 120 | 8/18/2006 | Letter from R. Willey M. to Fontana (Bates Nos. PHEAA-OBERG-386117-88; Willey Depo. Ex. 20) |
| 121* | 8/31/2006 | Letter from B. Tadley to R. Willey (Bates Nos. PHEAA-OBERG-386267-69; Schmidt Depo. Ex. 24; Guenther Depo. Ex. 25) |
| 122 | 9/14/2006 | Email from D. Madzelan to S. Miller (Bates Nos. PHEAA-OBERG- |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| | | 384606-08; Miller Depo. Ex. 28) |
| 123 | 9/14/2006 | Email from S. Miller to S. Stroup (Bates Nos. PHEAA-OBERG-411792-94; Miller Depo. Ex. 26) |
| 124 | 9/18/2006 | Email from S. Miller to R. Willey (Bates No. PHEAA-OBERG-526238; Willey Depo. Ex. 15) |
| 125* | 9/21/2006 | E-mail from V. Weiser to T. Renard (Bates Nos. PHEAA-OBERG-386349-57; Mehalko Depo. Ex. 48) |
| 126 | 10/30/2006 | Email from T. Guenther to S. Miller (Bates Nos. PHEAA-OBERG-383675-76) |
| 127* | 10/5/2006 | Email from S. Dow-Ford to K. New (Bates Nos. PHEAA-OBERG-718062-64; Miller Depo. Ex. 15; Guenther Depo. Ex. 24) |
| 128 | 10/17/2006 | Email from S. Miller to T. Guenther et al. (Bates Nos. PHEAA-OBERG-369594-95; PHEAA-OBERG369602-03; Miller Depo. Ex. 16) **CONFIDENTIAL** |
| 129 | 10/25/2006 | Email from S. Miller to B. Adams (Bates Nos. PHEAA-OBERG-1304216-17; Miller Depo. Ex. 19) |
| 130 | 10/31/2006 | Email from P. Shelly to K. New, N. Hench, K. Logan, S. Dowford, J. Preston, S. Miller, T. Guenther, V. Racculi, C. Debrot (Bates Nos. PHEAA-OBERG-1185719-25; Preston Depo. Ex. 11; Miller Depo. Ex. 17) |
| 131 | 11/8/2006 | Email from T. Shaw to S. Miller (Bates Nos. PHEAA-OBERG-383819-20; Miller Depo. Ex. 20) |
| 132 | 11/15/2006 | Email from S. Miller to E. Osler (Bates Nos. PHEAA-OBERG-2031289-95; Miller Depo. Ex. 18) |
| 133 | 11/30/2006 | Notes from Meeting re Audit of PHEAA's 9.5% SAP Billings (Bates Nos. PHEAA-OBERG-1342253-57; Schmidt Depo. Ex. 29) **CONFIDENTIAL** |
| 134 | 11/15/2006 | Email from V. Weiser to A. Mehalko (Bates Nos. PHEAA-OBERG-386636-39) |
| 135 | 11/30/2006 | Email from A. Mehalko to J. Nekrasz (Bates Nos. PHEAA-OBERG-411234-37; Mehalko Depo. Ex. 29) |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 136 | 12/1/2006 | Email from J. Nekrasz to V. Weiser (Bates Nos. PHEAA-OBERG-386474-77; Mehalko Depo. Ex. 33) |
| 137* | 1/5/2007 | Email from T. Kitsch to J. Nekrasz (Bates Nos. PHEAA-OBERG-1188033-35; Mehalko Depo. Ex. 34) |
| 138 | 2/12/2007 | Email from S. Miller to T. Hogan (Bates Nos. PHEAA-OBERG-383636; Miller Depo. Ex. 31) |
| 139* | 3/8/2007 | Patriot News article titled "PHEAA 'Housecleaning' Urged" |
| 140 | 3/12/2007 | Email from T. Guenther to R. Willey (Bates No. PHEAA-OBERG-401885; Willey Depo. Ex. 29) |
| 141 | 3/13/2007 | Patriot News article titled "Recreational Expenses" |
| 142 | 3/13/2007 | Patriot News article titled "Why couldn't room and board be enough?" |
| 143* | 3/18/2007 | Patriot News article titled "PHEAA Spending Splurge Nears End" |
| 144 | 3/27/2007 | New America Foundation publication titled "PHEAA's Extravagance Exposed," available at https://www.newamerica.org/education-policy/higher-education/higher-ed-watch/pheaas-extravagance-exposed/ (viewed September 4, 2017) |
| 145 | 4/13/2007 | Wall Street Journal article titled "Did Revolving Door Lead To Student Loan Mess?" (Bates Nos. TICAS 0000313-315) |
| 146 | 4/18/2007 | Patriot News article titled "State auditor to examine student financial aid agency" |
| 147* | 8/2/2007 | Letter from T. Guenther to B. Tadley (Bates No. PHEAA-OBERG-1057896; Guenther Depo. Ex. 27) **CONFIDENTIAL** |
| 148 | 8/3/2007 | Letter from R. Willey to M. Spellings and J. P. Higgins (Bates Nos. PHEAA-OBERG-394826-28; Willey Depo. Ex. 25; Preston Depo. Ex. 21) |
| 149* | 8/9/2007 | Kearney & Company Report on the Examination of Management's Assertions Related to Certain Federal Family Education Loan Program Special Allowance Payments (Bates Nos. ED-PH-012682-705) |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 150 | 8/16/2007 | Email from A. Mehalko to K. New (Bates Nos. PHEAA-OBERG-367227-367231; Schmidt Depo. Ex. 4; Mehalko Depo. Ex. 4) |
| 151 | 8/16/2007 | SAP on 9.50% Loan Billing Spreadsheet (Native) (Bates Nos. PHEAA-OBERG-367230) |
| 152* | 8/23/2007 | Pittsburgh Post-Gazette article titled "PHEAA Bonuses enrage Rendell," available at http://www.post-gazette.com/news/education/2007/08/23/PHEAA-bonuses-enrage-Rendell/stories/200708230260 (last viewed September 19, 2017) |
| 153* | 8/27/2007 | PHEAA Revenue Bond Issues & Financings Spreadsheet (PDF) (Bates Nos. PHEAA-OBERG-356121) |
| 154* | 8/27/2007 | PHEAA Revenue Bond Issues & Financings Spreadsheet (Native) (Bates Nos. PHEAA-OBERG-356121) |
| 155 | 9/2/2007 | Patriot News article titled "Not All at PHEAA are Bonus Babies" (Bates Nos. PHEAA-OBERG-52622729; Garman Depo. Ex. 4) |
| 156 | 9/11/2007 | Email from L. Beers to T. Vera et al. (Bates Nos. PHEAA-OBERG-644697-705; Mehalko Depo. Ex. 27) |
| 157 | 9/26/2007 | Pittsburgh Post-Gazette article titled "PHEAA Director Stepping Down" (Bates Nos. PHEAA-OBERG-221743-44; Garman Depo. Ex. 3) |
| 158* | 9/26/2007 | Pittsburgh Tribune-Review article titled "CEO to Leave Amid Outcry Over Agency Extravagance" (Bates Nos. PHEAA-OBERG-221747-48; Garman Depo. Ex. 5) |
| 159 | 9/26/2007 | Patriot-News article titled "Willey Leaving PHEAA" (Bates Nos. PHEAA-OBERG-221749-50; Garman Depo. Ex. 6) |
| 160 | 9/26/2007 | E-mail from N. Hench to A. Wolfe et al. (Bates Nos. PHEAA-OBERG-253478-83; Willey Depo. Ex. 32; Preston Depo. Ex. 24) |
| 161 | 10/4/2007 | Interim Report of State Special Performance Audit Letter from J. Wagner to R. Willey (Bates Nos. PHEAA-OBERG-100147-52) |
| 162 | 10/11/2007 | S. Miller's Typewritten Notes from October 11, 2007 Meeting with Department of Education (Bates Nos. PHEAA-OBERG-382682-83; Miller Depo. Ex. 40; Guenther Depo. Ex. 28) |

| **EXHIBIT NO.** | **DATE** | **DESCRIPTION** |
|---|---|---|
| 163 | 11/30/2007 | 2006/2007 Executive Incentive Program Payments (Bates Nos. PHEAA-OBERG-941637; Garman Depo. Ex. 10)† |
| 164 | 8/19/2008 | Special Performance Audit (Bates Nos. PHEAA-OBERG-260712-830; Preston Depo. Ex. 23; Garman Depo. Ex. 2; Willey Depo. Ex. 31) |
| 165 | 3/31/2014 | PHEAA Revenue Bond Issues & Financings, Student Loan Premium Summary (Bates Nos. PHEAA-OBERG-1032689; Mehalko Depo. Ex. 28) |
| 166 | 4/12/2017 | Letter from Pennsylvania State Employees' Retirement System (Willey Depo. Ex. 30; Guenther Depo. Ex. 30) |
| 167 | 7/28/2017 | Email from M. Glick to S. Obermeier |
| 168 | 8/4/2017 | Declaration of Jeffrey Nekrasz and Attachments **CONFIDENTIAL**<br><br>• Attachment 1 (08/01/2006): Letter from B. Tadley to R. Willey (Bates Nos. EDOIG-PH-001936-38)<br><br>• Attachment 2 (09/25/2006): Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000599-601)<br><br>• Attachment 3 (9/28/2006): Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000602-05)<br><br>• Attachment 4 (09/19/2006): Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000606-10)<br><br>• Attachment 5 (9/25/2006): Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000611-14)<br><br>• Attachment 6 (9/20/2006): Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000615-18)<br><br>• Attachment 7 (11/30/2006): Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000619-23)<br><br>• Attachment 8 (01/25/2007): Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000624-27)<br><br>• Attachment 9 (10/05/2006): Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000628-30)<br><br>• Attachment 10 (11/30/2006): Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000631-32)<br><br>• Attachment 11 (2006): OIG Log of External Discussions |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| | | with PHEAA (Bates Nos. EDOIG-PH-001320-41) |
| | | • Attachment 12 (9/29/2006): Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-002536-41) |
| | | • Attachment 13 (11/30/2006): Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-2660-62) |
| | | • Attachment 14 (2007): OIG Procedures Report (Bates Nos. EDOIG-PH-002679-2859) |
| | | • Attachment 15 (08/02/2007): Letter from T. Guenther to B. Tadley (Bates No. EDOIG-PH-001875) |
| | | • Attachment 16 (05/01/2002): Memo from S. Miller to R. Willey (Bates Nos. PHEAA-OBERG-411961-62) |
| | | • Attachment 17 (05/09/2002): Memo from T. Guenther and M. Schmidt to R. Willey (Bates Nos. PHEAA-OBERG-594993-94) |
| | | • Attachment 18 (Undated): PHEAA Plan for 9.5% Loans (Bates No. PHEAA-OBERG-458759) |
| | | • Attachment 19 (08/25/2005): Email from A. Mehalko to T. Guenther (Bates Nos. PHEAA-OBERG-520675-76) |
| | | • Attachment 20 (06/10/2002): Executive Staff and Journal Index (Bates Nos. PHEAA-OBERG-1182777-89) |
| | | • Attachment 21 (Undated): T. Guenther To Do List (Bates Nos. 1250852-57) |
| | | • Attachment 22 (10/21/2003): Memo from T. Guenther to R. Willey (Bates No. PHEAA-OBERG-368409) |
| | | • Attachment 23 (01/05/2005): Memo from T. Guenther to R. Willey (Bates No. PHEAA-OBERG-394729) |
| 169* | 8/31/2006 | Letter from B. Tadley to R. Willey (Bates Nos. EDOIG-PH-001936-38) |
| 170 | 9/1/2006 | OIG Final Audit Report of Nelnet (Bates Nos. PHEAA-OBERG-429108-77) |
| 171* | 9/12/2006 | OIG Log of External Discussions with PHEAA (Bates Nos. EDOIG-PH-001320-41) |
| 172* | 9/19/2006 | Notes from Meeting re Audit of PHEAA's 9.5% SAP Billings (Bates |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| | | Nos. EDOIG-PH-000606-10; Schmidt Depo. Ex. 25) |
| 173 | 9/20/2006 | Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000615-18) |
| 174 | 9/25/2006 | Meeting minutes re 799 Reporting (Bates Nos. EDOIG-PH-000611-000614; Mehalko Depo. Ex. 47; Schmidt Depo. Ex. 26) |
| 175* | 9/25/2006 | Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000599-601) |
| 176 | 9/28/2006 | Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000602-05) |
| 177 | 9/29/2006 | Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-002536-41) |
| 178 | 10/5/2006 | Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000628-30; Mehalko Depo. Ex. 32) |
| 179 | | PHEAA's Controls Over 9.5% Floor Funding Sources (Bates Nos. EDOIG-PH-002463-65) |
| 180* | 11/30/2006 | Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-002660-62) |
| 181 | 11/30/2006 | Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000619-23) |
| 182 | 11/30/2006 | Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000631-32) |
| 183* | 1/25/2007 | Notes of Telephone Conference between OIG and PHEAA (Bates Nos. EDOIG-PH-000624-27; Guenther Depo. Ex. 10; Mehalko Depo. Ex. 40) |
| 184* | 8/2/2007 | Letter from T. Guenther to B. Tadley (Bates Nos. EDOIG-PH-001875) |
| 185 | 9/1/2006 | OIG Final Audit Report of Financial Partners' Monitoring and Oversight (Bates Nos. OBERG00000063-113) |
| 186* | 11/19/2007 | OIG Final Audit Report of PHEAA (Bates Nos. PHEAA-OBERG-1054580-650; Arnold Depo. Ex. 8) |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 187 | 11/19/2007 | OIG Final Audit Report of PHEAA (color), available at https://www2.ed.gov/about/offices/list/oig/auditreports/fy2008/a03g0014.pdf (last viewed September 6, 2017) |
| 188 | | OIG Summary of Compliance Testing (Bates Nos. PHEAA-OBERG-1342197-204) **CONFIDENTIAL** |
| 189 | 5/2/2017 | J. Majors Letter re Document Production from United States |
| 190* | | PHEAA SAP 2000-2007 Spreadsheet (Native) |
| 191* | | PHEAA SAP 2000-2007 Spreadsheet (PDF) (Bates Nos. ED-PH-004677-6308) |
| 192 | | PHEAA SAP 2000-2007 Column Headers |
| 193 | 6/8/2017 | Majors Additional Data Transmittal Cover Letter |
| 194* | | PHEAA SAP 1994-1999 Spreadsheet (Native) |
| 195* | | PHEAA SAP 1994-1999 Spreadsheet (PDF) (Bates Nos. ED-PH-013138-538) |
| 196* | 6/30/2009 | PHEAA Revenue Bond Loan Purchases / Sales Spreadsheet (PDF) (Bates Nos. PHEAA-OBERG-452267) |
| 197* | 6/30/2009 | PHEAA Revenue Bond Loan Purchases / Sales Spreadsheet (Native) (Bates Nos. PHEAA-OBERG-452267) |
| 198* | | Bond Issues Summary Spreadsheet (PDF) (Bates Nos. PHEAA-OBERG-411237) |
| 199* | | Bond Issues Summary Spreadsheet (Native) (Bates Nos. PHEAA-OBERG-411237) |
| 200 | | Pre 10/1/1993 Tax-Exempt Bond Issues Spreadsheet (PDF) (Bates Nos. PHEAA-OBERG-803609) **CONFIDENTIAL** |
| 201* | 2002-2006 | CD of LaRS forms from Q1 2002-Q3 2006 (Bates Nos. PHEAA-OBERG-427122-238; PHEAA-OBERG-2033205-340; PHEAA-OBERG-442347-483; PHEAA-OBERG-440459-579; PHEAA-OBERG-441707-850; PHEAA-OBERG-441112-247; PHEAA-OBERG-433848-972; PHEAA-OBERG-436513-658; PHEAA-OBERG-441878-2006; PHEAA-OBERG-434005-137; PHEAA- |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| | | OBERG-432748-917; PHEAA-OBERG-439444-593; PHEAA-OBERG-432271-430; PHEAA-OBERG-433531-736; PHEAA-OBERG-417111-250; PHEAA-OBERG-416881-7029; PHEAA-OBERG-416715-852; PHEAA-OBERG-416396-575; PHEAA-OBERG-433236-423) |
| 202* | 2002-2006 | Quarterly Data Spreadsheets (Bates Nos. PHEAA-OBERG-350917; PHEAA-OBERG-350931; PHEAA-OBERG-350944; PHEAA-OBERG-352785; PHEAA-OBERG-350896; PHEAA-OBERG-350918; PHEAA-OBERG-350933; PHEAA-OBERG-350946; PHEAA-OBERG-350897; PHEAA-OBERG-350919; PHEAA-OBERG-350934; PHEAA-OBERG-356121; PHEAA-OBERG-375622; PHEAA-OBERG-380375; PHEAA-OBERG-380575; PHEAA-OBERG-380714; PHEAA-OBERG-350936) |
| 203* | 4/26/2004; 6/14/2006 | Requisition Forms (Bates Nos. PHEAA-OBERG-2032533-34; PHEAA-OBERG-1989482; PHEAA-OBERG-1989481) |
| 204 | 6/30/2000 | 1999-2000 PHEAA Financial Statement (Bates Nos. PHEAA-OBERG-00003508-22) |
| 205 | 6/30/2000 | 1999-2000 PHEAA Financial Statement, available at https://www.pheaa.org/about/investor-information/financial-reports.shtml (last accessed September 12, 2017) |
| 206 | 6/30/2001 | 2000-2001 PHEAA Financial Statement (Bates Nos. PHEAA-OBERG-00003523-38) |
| 207 | 6/30/2001 | 2000-2001 PHEAA Financial Statement, available at https://www.pheaa.org/about/investor-information/financial-reports.shtml (last accessed September 12, 2017) |
| 208 | 6/30/2002 | 2001-2002 PHEAA Annual Financial Report (Bates Nos. PHEAA-OBERG-00003539-89) |
| 209 | 6/30/2002 | 2001-2002 PHEAA Annual Financial Report (Color), available at https://www.pheaa.org/about/investor-information/financial-reports.shtml (last accessed September 12, 2017) |
| 210 | 6/30/2003 | 2002-2003 PHEAA Annual Financial Report (Bates Nos. PHEAA-OBERG-00003594-642) |
| 211 | 6/30/2003 | 2002-2003 PHEAA Annual Financial Report (Color), available at https://www.pheaa.org/about/investor-information/financial- |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| | | reports.shtml (last accessed September 12, 2017) |
| 212 | 6/30/2004 | 2003-2004 PHEAA Annual Financial Report (Bates Nos. PHEAA-OBERG-00003643-94) |
| 213 | 6/30/2004 | 2003-2004 PHEAA Annual Financial Report (Color), available at https://www.pheaa.org/about/investor-information/financial-reports.shtml (last accessed September 12, 2017) |
| 214 | 6/30/2005 | 2004-2005 PHEAA Annual Financial Report (Bates Nos. PHEAA-OBERG-00003695-747) |
| 215 | 6/30/2005 | 2004-2005 PHEAA Annual Financial Report (Color), available at https://www.pheaa.org/about/investor-information/financial-reports.shtml (last accessed September 12, 2017) |
| 216 | 6/30/2006 | 2005-2006 PHEAA Annual Financial Report (Bates Nos. PHEAA-OBERG-00003748-800) |
| 217 | 6/30/2006 | 2005-2006 PHEAA Annual Financial Report (Color), available at https://www.pheaa.org/about/investor-information/financial-reports.shtml (last accessed September 12, 2017) |
| 218 | 6/30/2009 | 2008-2009 PHEAA Annual Financial Report (Bates Nos. PHEAA-OBERG-00003922-94) |
| 219 | 6/30/2009 | 2008-2009 PHEAA Annual Financial Report (Color), available at https://www.pheaa.org/about/investor-information/financial-reports.shtml (last accessed September 12, 2017) |
| 220 | 6/30/2007 | 2006-2007 PHEAA Annual Financial Report (Color), available at https://www.pheaa.org/about/investor-information/financial-reports.shtml (last accessed September 12, 2017) |
| 221 | 6/30/2008 | 2007-2008 PHEAA Annual Financial Report (Color), available at https://www.pheaa.org/about/investor-information/financial-reports.shtml (last accessed September 12, 2017) |
| 222 | 6/30/2016 | 2015-2016 PHEAA Annual Financial Report (Color), available at https://www.pheaa.org/about/investor-information/financial-reports.shtml (last accessed September 12, 2017) |
| 223 | 3/1/1990 | Indenture of Trust (1990A, B, C) (Bates Nos. PHEAA-OBERG-022257-413) |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 224 | 11/20/2000 | Official Statement, 1995A (Bates Nos. PHEAA-OBERG-038751-86) |
| 225 | 3/18/1997 | Official Statement, 1997A (Bates Nos. PHEAA-OBERG-031602-30) |
| 226 | 11/5/2004 | Official Statement, 1997BB (Bates Nos. PHEAA-OBERG-055994-6188) |
| 227 | 6/24/2002 | Official Statement, 1997NO (Bates Nos. PHEAA-OBERG-045554-85) |
| 228 | 8/1/2002 | Official Statement, 1997RS (Bates Nos. PHEAA-OBERG-047305-34) |
| 229 | 8/30/2002 | Official Statement, 1997T (Bates Nos. PHEAA-OBERG-048266-296) |
| 230 | 10/15/2002 | Official Statement, 1997V (Bates Nos. PHEAA-OBERG-049087-120) |
| 231 | 6/16/2003 | Official Statement, 1997WX (Bates Nos. PHEAA-OBERG-050742-79) |
| 232 | 6/25/2001 | Official Statement, 2001A (Bates Nos. PHEAA-OBERG-041430-84) |
| 233 | 6/23/2003 | Official Statement, 2002B (Bates Nos. PHEAA-OBERG-051765-811) |
| 234 | 2002-2004 | 20 U.S.C. §1087-1 (Guenther Depo. Ex. 7; Mehalko Depo. Ex. 38; Reicher Depo, Ex. 5) |
| 235 | 2002 | 2002 34 C.F.R. § 682.302 (Lexis) |
| 236 | 1//12/2004 | 34 C.F.R. § 682.302 (Bates Nos. PHEAA-OBERG-386256-57; Guenther Depo. Ex. 8; Arnold Depo. Ex. 3) |
| 237 | 2002-2006 | 2002 34 C.F.R. § 682.305 (Westlaw) |
| 238 | 11/1/1993 | Dear Colleague Letter 93-L-161 (Bates Nos. PHEAA-OBERG-815426-45) |
| 239 | 6/1/1995 | Dear Colleague Letter 95-L-181 (Bates Nos. PHEAA-OBERG-1190367-70; Mehalko Depo. Ex. 46) |
| 240 | 4/8/1996 | Dear Colleague Letter 96-L-186 (Bates Nos. PHEAA-OBERG-446088-125; Mehalko Depo. Ex. 37; Mehalko Depo. Ex. 13; |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| | | Guenther Depo. Ex. 6; Miller Depo. Ex. 7) |
| 241 | 1/24/2007 | Letter from T. Shaw to R. Willey, Dear Colleague Letter FP-07-01 (Bates Nos. PHEAA-OBERG-356356-61; Arnold Depo. Ex. 9; Arnold Depo. Ex. 10; McCullough Depo. Ex. 16) |
| 242 | 4/27/2007 | Dear Colleague Letter FP-07-06 with Auditor's Guide, available at https://ifap.ed.gov/dpcletters/FP0706.html (last viewed September 13, 2017) |
| 243* | 3/6/2017 | PHEAA Answer to Interrogatory 1 |
| 244* | 3/22/2017 | PHEAA Supplemental Answer to Interrogatory 3 |
| 245* | 5/5/2017 | PHEAA Supplemental Answer to Interrogatory 6 |
| 246* | 3/6/2017 | PHEAA Answer to Interrogatory 13 |
| 247* | 5/10/2017 | PHEAA Answer to Interrogatory 19 |
| 248* | 5/31/2017 | PHEAA Supplemental Answer to Interrogatory 20 |
| 249* | 8/4/2017 | PHEAA Answer to Interrogatory 21 |
| 250* | 8/4/2017 | PHEAA Answer to Request for Admission 4 |
| 251* | 8/4/2017 | PHEAA Answer to Request for Admission 8 |
| 252* | 8/4/2017 | PHEAA Answer to Request for Admission 20 |
| 253* | 8/4/2017 | PHEAA Answer to Request for Admission 21 |
| 254* | 8/4/2017 | PHEAA Answer to Request for Admission 22 |
| 255* | 8/4/2017 | PHEAA Answer to Request for Admission 25 |
| 256* | 6/22/2017 | Expert Report of Basil Imburgia, dated June 22, 2017, including all Exhibits and Appendices[†] |
| 257* | 6/22/2017 | Expert Report of Basil Imburgia, dated June 22, 2017, excluding all Exhibits and Appendices[†] |
| 258* | 6/22/2017 | Expert Report of Basil Imburgia, Figures 1-5[†] |
| 259* | 6/22/2017 | Expert Report of Basil Imburgia, Appendix I (PDF)[†] |

| **EXHIBIT NO.** | **DATE** | **DESCRIPTION** |
|---|---|---|
| 260* | 6/22/2017 | Expert Report of Basil Imburgia, Appendix I (Native)[†] |
| 261* | 6/22/2017 | Expert Report of Basil Imburgia, Exhibit 3[†] |
| 262* | 6/22/2017 | Expert Report of Basil Imburgia, Exhibit 3.1[†] |
| 263* | 6/22/2017 | Expert Report of Basil Imburgia, Exhibit 4[†] |
| 264* | 6/22/2017 | Expert Report of Basil Imburgia, Exhibit 5[†] |
| 265* | 6/22/2017 | Expert Report of Basil Imburgia, Exhbit 5.1[†] |
| 266* | 6/22/2017 | Expert Report of Basil Imburgia, Exhibit 6[†] |
| 267* | 6/22/2017 | Expert Report of Basil Imburgia, Exhibit 7[†] |
| 268* | 6/22/2017 | Expert Report of Basil Imburgia, Exhibit 8.1[†] |
| 269* | 6/22/2017 | Expert Report of Basil Imburgia, Exhibits 8.2-8.6[†] |
| 270* | 7/20/2017 | Rebuttal Expert Report of Basil Imburgia, dated July 20, 2017, including all Exhibits **CONFIDENTIAL** |
| 271* | 7/20/2017 | Rebuttal Expert Report of Basil Imburgia, dated July 20, 2017, excluding all Exhibits **CONFIDENTIAL** |
| 272* | 7/20/2017 | Curriculum Vitae Basil Imburgia, Rebuttal Expert Report |
| 273* | 6/22/2017 | Expert Report of Larry P. Weiner, dated June 22, 2017, including all Exhibits and Appendices[†] |
| 274* | 6/22/2017 | Expert Report of Larry P. Weiner, dated June 22, 2017, excluding all Exhibits and Appendices[†] |
| 275* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Diagram 1[†] |
| 276* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Diagram 3[†] |
| 277* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Diagram 5[†] |
| 278* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Diagram 6[†] |
| 279* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Diagram 8[†] |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 280* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Diagram 9[†] |
| 281* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Diagram 10[†] |
| 282* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Diagram 11[†] |
| 283* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Graph 1[†] |
| 284* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Graph 2[†] |
| 285* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Graph 3[†] |
| 286* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Graph 4[†] |
| 287* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 1[†] |
| 288* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 2[†] |
| 289* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 3[†] |
| 290* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 4[†] |
| 291* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 5[†] |
| 292* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 6[†] |
| 293* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 7[†] |
| 294* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 8[†] |
| 295* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 9[†] |
| 296* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 10[†] |
| 297* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 11[†] |
| 298* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 12[†] |
| 299* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 13[†] (as amended July 26, 2017) |
| 300* | 6/22/2017 | Expert Report of Lawrence P. Weiner, Table 14[†] |
| 301* | 6/22/2017 | Expert Report of Jason D. Delisle, dated June 22, 2017, including all Exhibits and Appendices |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 302* | 6/22/2017 | Expert Report of Jason D. Delisle, dated June 22, 2017, excluding all Exhibits and Appendices |
| 303* | 6/22/2017 | Expert Report of Jason D. Delisle, Figure 2 |
| 304* | 6/22/2017 | Expert Report of Jason D. Delisle, Figure 3 |
| 305* | 6/22/2017 | Expert Report of Jason D. Delisle, Figure 4 |
| 306* | 6/22/2007 | Curriculum Vitae Jason D. Delisle |
| 307* | 6/22/2017 | Curriculum Vitae Lawrence P. Weiner |
| 308* | 9/19/2006 | Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000606-10) |
| 309* | 1/25/2007 | Notes of Meeting between OIG and PHEAA (Bates Nos. EDOIG-PH-000624-27) |
| 310 | 11/17/2017 | Demonstrative 1 |
| 311 | 11/17/2017 | Demonstrative 2 |
| 312 | 11/17/2017 | Demonstrative 3 |
| 313 | 11/17/2017 | Demonstrative 4 |
| 314 | 11/17/2017 | Demonstrative 5 |
| 315 | 11/17/2017 | Demonstrative 6 |
| 316 | 11/17/2017 | Demonstrative 7 |
| 317 | 11/17/2017 | Demonstrative 8 |
| 318 | 11/17/2017 | Demonstrative 9 |
| 319 | 11/17/2017 | Demonstrative 10 |
| 320 | 11/17/2017 | Demonstrative 11 |
| 321 | 11/17/2017 | Demonstrative 12 |
| 322 | 11/17/2017 | Demonstrative 13 |

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 323 | 11/17/2017 | Demonstrative 14 |
| 324 | 11/17/2017 | Demonstrative 15 |
| 325 | 11/17/2017 | Demonstrative 16 |
| 326 | 9/10/2004 | Email from K. Logan to A. Marsh, B. Lecher, E. Cunningham, G. Varano, J. Preston, J. Specht, K. Ross, E. Osler, and R. Willey (Bates No. PHEAA-OBERG-398207-09) |
| 327 | 9/10/2004 | Student Financial Aid Services Industry: Significant Changes Past and Future (Bates Nos. PHEAA-OBERG-398174-206) |
| 328 | 11/26/2017 | Demonstrative 17 |
| 329 | 11/26/2017 | Demonstrative 18 |
| 330 | 11/26/2017 | Demonstrative 19 |
| 331 | 11/26/2017 | Demonstrative 20 |
| 332 | 11/26/2017 | Demonstrative 21 |
| 333 | 11/26/2017 | Demonstrative 22 |
| 334 | 11/26/2017 | Demonstrative 23 |
| 335 | 11/26/2017 | Demonstrative 24 |
| 336 | 11/26/2017 | Demonstrative 25 |

Exhibits identified by an asterisk are those that are expected to be used. Relator reserves the right to offer at trial, for any purpose, any exhibit listed or offered by PHEAA to which no objections are lodged by the Relator (such reservation being subject to and without waiving any objections to any exhibit offered by PHEAA). Relator reserves the right to offer at trial any exhibit not listed here for the purposes of impeachment and/or rebuttal. Relator reserves the right to introduce blow-ups, compilations, and summaries of the documents referenced herein as demonstrative evidence. Relator

reserves the right to withdraw any listed exhibits at any time prior to trial. Relator reserves the right to use visual aids at trial.

Respectfully submitted,

 /s Stephen J. Obermeier
Bert W. Rein (admitted *pro hac vice*)
Michael L. Sturm (VSB # 27533)
Christopher M.  Mills (VSB # 44358)
Stephen J. Obermeier (VSB # 89849)
Rebecca L. Saitta (VSB # 65408)
Matthew Gardner (admitted *pro hac vice*)

WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
Phone:  202.719.7000
Fax:  202.719.7049
brein@wileyrein.com
msturm@wileyrein.com
cmills@wileyrein.com
sobermeier@wileyrein.com
rsaitta@wileyrein.com
mgardner@wileyrein.com

*Counsel for Relator*
*Dr. Jon H. Oberg*

November 26, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of November 2017, a true and correct copy of the foregoing Relator's List of Witnesses was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Daniel B. Huyett, Esq.
Stevens & Lee P.C.
111 North Sixth Street
Reading, PA 19601

Neil C. Schur, Esq.
Stevens & Lee P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103

Craig C. Reilly, Esq.
The Office of Craig C. Reilly
111 Oronoco Street
Alexandria, Virginia 22314

Edwin John U, Esq.
Judson D. Brown, Esq.
Michael A. Glick, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C. 20005-5793
United States

Matthew T. Regan, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*Counsel for Pennsylvania*
*Higher Education Assistance Agency*

Gerard Mene, Esq.
Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314

*Counsel for the United States*

/s Stephen J. Obermeier
Stephen J. Obermeier (VSB # 89849)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Phone: 202.719.7465
Fax:  202.719.7049
sobermeier@wileyrein.com
*Counsel for Relator Jon H. Oberg*