# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JON H. OBERG, | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:07-CV-960 (CMH/JFA) |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, *et al.*, | ) ) ) |
| Defendant. | ) ) ) |

## PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY'S SECOND SUPPLEMENTAL EXHIBIT LIST

Defendant Pennsylvania Higher Education Assistance Agency ("PHEAA") hereby supplements its list of trial exhibit lists with the documents identified on Exhibit 1, which it expects to offer at trial or may offer if the need arises. PHEAA is also filing herewith as Exhibit 2 a complete version of its updated exhibit list to include these supplemental exhibits.

As with its original exhibit list, by listing an exhibit on this supplemental list PHEAA does not concede that any particular exhibit is admissible if offered by Relator, or is admissible for all purposes. PHEAA reserves the right to further amend or supplement its exhibit list as authorized or permitted by the Federal or Local Rules, Court Order, or as agreed by the parties.

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
Phone: (703) 549-5354
Fax: (703) 549-5355
craig.reilly@ccreillylaw.com

Matthew T. Regan, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312)-862-2000
Fax: (312) 862-2200

Judson D. Brown (admitted *pro hac vice*)
Michael A. Glick (admitted *pro hac vice*)
Tracie L. Bryant (admitted *pro hac vice*)
Thomas P. Weir (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone:  (202) 879-5000

Daniel B. Huyett (admitted *pro hac vice*)
STEVENS & LEE, P.C.
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679
Telephone:  (610) 478-2000

-and-

Neil C. Schur (admitted *pro hac vice*)
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone:  (215) 751-1944

*Counsel for Defendant Pennsylvania Higher
    Education Assistance Agency*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November 2017, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record:

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB #20942)
111 Oronoco Street
Alexandria, Virginia 22314
Phone: (703) 549-5354
Fax: (703) 549-5355
craig.reilly@ccreillylaw.com

*Counsel for Defendant Pennsylvania Higher Education Assistance Agency*

# EXHIBIT 1

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-367 | 10/13/2003 | Letter B. McPherson to W. Wall re DOE Review Report for Alabama Commission on Higher Education | OBERGIII_00015753 | OBERGIII_00015769 |
| DX-368 | 7/14/2004 | Email J. Wallace to M. Halaska re Questionable Tax Exempt Billing with attachment | OBERGIII_00015770 | OBERGIII_00015779 |
| DX-369 | 9/1/2002 | Tax Exempt Issues | OBERGIII_00015780 | OBERGIII_00015795 |
| DX-370 | 7/13/2004 | Email J. Wallace to M. Halaska re Questionable Tax Exempt Initiative | OBERGIII_00015796 | OBERGIII_00015797 |
| DX-371 | 12/15/2001 | Trust Indenture, dated as of December 15, 2001 between PHEAA and Allfirst Bank, Securing $92,925,000 aggregate principal amount of Student Loan Adjustable Rate Revenue Refunding Bonds, 2001 Series B | PHEAA-OBERG-043492 | PHEAA-OBERG-043609 |
| DX-372 | | ED OIG Procedures Report | EDOIG-PH-002679 | EDOIG-PH-002859 |
| DX-373 | | H.R. 5186, Taxpayer-Teacher Protection Act of 2004 (available at https://www.gpo.gov/fdsys/pkg/BILLS-108hr5186enr/pdf/BILLS-108hr5186enr.pdf) | | |
| DX-374 | | PL 109-171, Higher Education Reconciliation Act of 2005 (available at https://www.gpo.gov/fdsys/pkg/PLAW-109publ171/pdf/PLAW-109publ171.pdf) | | |

# EXHIBIT 2

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-001 | 9/20/2004 | GAO Report GAO-04-1070, Federal Family Education Loan Program, Statutory and Regulatory Change Could Avert Billions in Unnecessary Federal Subsidy Payments | | |
| DX-002 | 3/1/1996 | Dear Colleague Letter 96-L-186 Clarification and Interpretative guidance on certain provisions in the Federal Family Education Loan (FFEL) Program regulations published on December 18, 1992 | | |
| DX-003 | 8/27/2003 | Email P. Moran to B. Siegel re Review of proposed response re CRS data request - 9 1/2 % loans (ECF No. 330-12) | EB-B-004567 | EB-D-004568 |
| DX-004 | 11/5/2003 | EFC Exchange, "Stroup Comments on Half SAP / 9.5 Percent Loans" | ISLLC-1 | ISLLC-2 |
| DX-005 | 9/4/1996 | Special Allowance Reporting for Tax-Exempt Obligations, SLSA Interpretation | PHEAA-OBERG-465250 | PHEAA-OBERG-465261 |
| DX-006 | 7/24/1997 | PHEAA Change Request 97000520 re Loans that are originated in a tax exempt bond issues are eligible to keep their tax exempt status for special allowance even if they are transferred to a taxable bond issue | PHEAA-OBERG-444114 | PHEAA-OBERG-444123 |
| DX-007 | 10/30/2002 | Draft Letter E. Crisp to S. McCullough, Iowa Student Loan Liquidity Corporation re Iowa Student Loan Liquidity Corporation (LID: 827825) Federal Family Education Loan (FFEL) program portfolio | ISLLC-15 | ISLLC-21 |
| DX-008 | 12/9/2003 | Letter E. Crisp, US DOE to S. McCullough, Iowa Student Loan Liquidity Corporation re Iowa Student Loan Liquidity Corp FFEL Program Portfolio Review Report | ISLLC-000002 | ISLLC-000008 |
| DX-009 | 10/13/2005 | Letter L. Avery, DOE Management and Program Analyst to M. Schmidt, AES Director of Public Finance re AES FFELP Program Secondary Market Review Report | PHEAA-OBERG-1057775 | PHEAA-OBERG-1057779 |
| DX-010 | 3/28/2006 | Letter L. Avery, Federal Student Aid to M. Schmidt, American Education Services re AES FFELP Program Review Report | PHEAA-OBERG-1019244 | PHEAA-OBERG-1019254 |
| DX-011 | 8/26/2002 | Email G. Harris to K. Turner, et al re Billing of Tax-Exempt Bonds for Special Allowance | ISLLC-000051, ED-B-001141 | ISLLC-000062, ED-B0001149 |
| DX-012 | 7/10/2003 | Email G. Harris to A. Roca-Baker re 9.5% guaranteed | ED-B-001200 | ED-B-001202 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-013 | 10/27/2003 | Morgan Barnett, Big Money on Campus, U.S. News & World Report, Vol 135, Issue 14 (ECF No. 330-14) | OBERG00006104 | OBERG00006113 |
| DX-014 | 1/25/2006 | Email J. Preston to A. Mehalko re Request for Guidance -- 9.5% Floor Issues | PHEAA-OBERG-810665 | PHEAA-OBERG-810668 |
| DX-015 | 9/12/2003 | Memo K. Hansen, Federal Student Aid to S. Holding-Hinton, OIG re IG Hotline Complaint - Special Allowance Payments ED/01990-02 (ECF No. 412-59) | OBERG00005999 | OBERG00005999 |
| DX-016 | 10/21/2003 | Email T. Skelly to J. Oberg re Grant and Loan Issues | OBERG00007670 | OBERG00007671 |
| DX-017 | 4/1/2004 | Letter C. McMullen, US Office of Special Counsel to J. Oberg re OSC File No. DI-04-0440 | OBERGIII_00000773 | OBERGIII_00000773 |
| DX-018 | 8/30/2004 | Money for Nothing:  Skyrocketing Waste of Tax Dollars on Student Loan Companies' Scheme, The Institute of College Access and Success, Inc. (TICAS), | | |
| DX-019 | 9/20/2004 | Email J. Oberg to Ticasdirector, et al re FINAL Iowa Program Review Letter | TICAS 0000517 | TICAS 0000517 |
| DX-020 | 1/24/2007 | Email J. Oberg to M. Dannenberg, S. Burd, R. Shireman, I. Rons re ED Dear Colleague on Nelnet - just posted | NAF0063 | NAF0063 |
| DX-021 | 5/15/2007 | Email J. Oberg to M. Dannenberg re EdNews 5.15 | NAF0066 | NAF0066 |
| DX-022 | 5/17/2007 | Email S. Burd to J. Oberg re ED legal strategy explanation | NAF0067 | NAF0068 |
| DX-023 | 5/17/2007 | Email B. Shireman to J. Oberg re Transferring (ECF No. 331-46) | OBERG00006375 | OBERG00006375 |
| DX-024 | 9/19/2008 | Email J. Oberg to S. Burd re Blog Ideas to Smoke out Lenders | NAF0078 | NAF0085 |
| DX-025 | 12/12/2008 | Email J. Oberg to S. Burd re Facts and 9.5 | NAF0098 | NAF0098 |
| DX-026 | 5/5/2004 | College Access & Opportunity Act Summary, House Education & the Workforce Committee | | |
| DX-027 | 10/6/2004 | Excerpts of 150 Congressional Record H8319, Boehner Kildee Statements re Taxpayer-Teacher Protection Act of 2004 (ECF No. 331-23) | | |
| DX-028 | 9/30/2004 | Letter R. Paige and J. Bolten to Hon. J. Boehner, Chairman, Committee on Education and the Workforce re Special Allowance Payments under the FFELP | OBERGIII_00012708 | OBERGIII_00012708 |
| DX-029 | 10/7/2004 | House Action on Loan Subsidies Right--And Only--Way to Go Say U.S. Secretary of Education Rod Paige, US DOE Press Release | | |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| DX-030 | 11/18/2004 | Letter R. Paige, US DOE to Hon. E. Kennedy, US Senate re Excessive Special Allowance Payments made to certain lenders under the FFELP | | |
| DX-031 | 9/9/2005 | Servicer/Lender Review Guide | ED-X-000006 | ED-X-000011 |
| DX-032 | | Letter J. Oberg to Madam Secretary re Student Loan Scandal | OBERG00003325 | OBERG00003327 |
| DX-033 | | Notes of J. Oberg re US DOE Determination re Payments | OBERG00004504 | OBERG00004505 |
| DX-034 | | Notes of J. Oberg re Concerns about 9.5% guaranteed SAPs, and related issues | OBERG00005075 | OBERG00005076 |
| DX-035 | | Email J. Oberg, Recipient Unknown, re Q's to Anticipate; Devil's Advocate Q's | OBERG00007102 | OBERG00007104 |
| DX-036 | | Email J. Oberg to Unknown Recipient re OIG Where Are You? | OBERG00007112 | OBERG00007113 |
| DX-037 | | Email J. Oberg to B. Jones re Brian Jones and Mark Brenner in on the 9.5 growth scheme | OBERG00007367 | OBERG00007368 |
| DX-038 | | Notes of J. Oberg re OIG Complaint GAO Interest (ECF No. 331-48) | OBERG00007404 | OBERG00007404 |
| DX-039 | | Inputs from Department FOIA Data Chart | OBERG00007785 | OBERG00007786 |
| DX-040 | | Email J. Oberg to Tom re 9.5 Illegal Claims Recovery | OBERG00009752 | OBERG00009754 |
| DX-041 | | Email J. Oberg to D. Williams, SEC re Nelnet investigation | OBERG00009917 | OBERG00009924 |
| DX-042 | | Email J. Oberg to Steve re Some Iowa Documents | OBERG00009958 | OBERG00009959 |
| DX-043 | | Email J. Oberg to D. Piersol, Journal Star re Student Loan Battles Upcoming | OBERG00009969 | OBERG00009972 |
| DX-044 | | Email J. Oberg to Senator C. David, Senator A. Shopen, Senator J. Kilvington re Nelnet; Legislation; Research | OBERG00010061 | OBERG00010063 |
| DX-045 | | Email J. Oberg to Amit re WP article by Nick Anderson re 9.5 scheme | OBERG00010065 | OBERG00010067 |
| DX-046 | | Email J. Oberg to P. Basken, Chronicle re Deal Colleague Letter Posted | OBERG00010103 | OBERG00010105 |
| DX-047 | | Email J. Oberg to M. Schneider re Revolving Door | OBERGIII_00024959 | OBERGIII_00024595 |
| DX-048 | | PHEAA Advertisement (Nurse) | PHEAA-OBERG-12586 | PHEAA-OBERG-12586 |
| DX-049 | | PHEAA Brochure (Pennsylvania Grant Program) | PHEAA-OBERG-12840 | PHEAA-OBERG-12841 |
| DX-050 | 8/7/1963 | Pennsylvania Higher Education Assistance Agency Act of August 7, 1963, P.L. 549, No. 290 | | |
| DX-051 | 3/1/1980 | Congressional Budget Office, State Profits on Tax-Exempt Student Loan Bonds: Analysis and Options | | |
| DX-052 | 8/1/1986 | Congressional Budget Office, The Tax-Exempt Financing of Student Loans | | |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| DX-053 | 2/14/1992 | NCHELP Program Regulation Committee Analysis Second Clearance Draft 11/20/90 NPRM | | |
| DX-054 | 1/13/1993 | Letter S. Ryan, New England Education Loan Marketing Corporation to R. Evans, US DOE re Proposed Changes to Regulations | | |
| DX-055 | 2/16/1993 | Memo S. Ryan, Nellie May to J. Frohlicher et al re Tax-exempt Issues | | |
| DX-056 | 4/16/1993 | Letter S. Ryan of Nellie Mae to R. Evans, US DOE re 19921218 Final regulations | | |
| DX-057 | 5/7/1993 | Letter from US DOE to S. Ryan, Nellie Mae, re Positon in Dear Colleague Letter | | |
| DX-058 | 5/27/1993 | Memo S. Ryan, Nellie Mae to R. Evans, US DOE re Tax-Exempt Issues | | |
| DX-059 | 7/29/1993 | Letter R. Evans, US DOE to S. Ryan, New England Education Loan Marketing Corporation re Tax-exempt issues | | |
| DX-060 | 10/14/1993 | Letter Foley Lardner to R. Madden, FFELP Loans Branch re Payment of Special Allowance on Eligible Loans Financed by Refunding Obligations | ED-D-000019 | ED-D-000021 |
| DX-061 | 11/24/1993 | Letter P. Moran, US DOE to D. Reicher, Foley Lardner re Statutory Special Allowance Rates | ED-D-000041 | ED-D-000041 |
| DX-062 | 8/8/1995 | Memo P. Sheddden to S. Ryan re 1992 Dear Colleague Letter | | |
| DX-063 | 5/23/2001 | Memo F. Ballard to File re PHEAA Refunding Bonds and 95% Floor | PHEAA-OBERG-1304498 | PHEAA-OBERG-1304499 |
| DX-064 | 6/30/2001 | 2001 PHEAA Financial Statements, Years ended June 30, 2001 and 2000 | | |
| DX-065 | 7/1/2001 | 34 CFR Section § 682.301 (7-1-01 Edition) | | |
| DX-066 | 10/8/2001 | Letter S. Ryan-Macie to Southwest Student Services Corporation re Chronological History re 682.302e (ECF No. 336-30) | SLMA_P0027274 | SLMA_P0027347 |
| DX-067 | 10/10/2001 | Email S. Moskowitz to P. Moran re Tax-exempt bond issues (ECF No. 333-44) | MOSKOWITZ_0 00095 | MOSKOWITZ_0 00099 |
| DX-068 | 12/27/2001 | Letter Ballard Spahr to PHEAA re $92,925,000 Pennsylvania Higher Education Assistance Agency Student Loan Adjustable Rate Revenue Refunding Bonds, 2001 Series B Special Allowance Payments by Department of Education | PHEAA-OBERG-398408 | PHEAA-OBERG-398411 |
| DX-069 | 2/7/2002 | Email J. Oberg to D. Pollard, US DOE re PHEAA announces zero-fee Stafford loans with participating lenders forwarding Press Release | OBERGIII_00024 637 | OBERGIII_00024 639 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-070 | 3/15/2002 | PN1411 Sally Stroup, Department of Education Confirmed by the Senate by Voice Vote | | |
| DX-071 | 4/19/2002 | Email T. Guenther to A. Mehalko re Interest Rate Sensitivity | PHEAA-OBERG-371722 | PHEAA-OBERG-371722 |
| DX-072 | 5/1/2002 | Memo R. Wiley to S. Miller re Tax-Exempt Floor Loans | PHEAA-OBERG-411961 | PHEAA-OBERG-411962 |
| DX-073 | 5/9/2002 | Memo R. Willey to T. Guenther and M. Schmidt, AES, PHEAA to R. Wiley re 9.5% Floor Loans | PHEAA-OBERG-398154 | PHEAA-OBERG-398155 |
| DX-074 | 6/30/2002 | 2002 PHEAA Annual Financial Report | | |
| DX-075 | 7/17/2002 | Email R. Foresman, Iowa Student Loan Liquidity Corporation to J. Wallace, US DOE re SAP question | ISLLC-91 | ISLLC-91 |
| DX-076 | 7/19/2002 | Email R. Foresman, Iowa Student Loan Liquidity Corporation to S. McCullough, et al re SAP Issue - CONFIDENTIAL | ISLLC-89 | ISLLC-90 |
| DX-077 | 8/19/2002 | Personal To Do List of T. Guenther | PHEAA-OBERG-1182790 | PHEAA-OBERG-1182805 |
| DX-078 | 8/29/2002 | Memo T. Guenther, AES, PHEAA to R. Wiley re Variable Aspect of 9.5% Floor Loan | PHEAA-OBERG-368137 | PHEAA-OBERG-368139 |
| DX-079 | 9/5/2002 | Email P. Moran to K. Hansen re Billing of Tax-Exempt Bonds for Special Allowance | ISLLC-000043 | ISLLC-000050 |
| DX-080 | 10/31/2002 | Email M. Halaska to G. Hilty, et al re SAP Tax-Exempt Issue (ECF No. 330-09) | ISLLC-000035 | ISLLC-000042 |
| DX-081 | 12/31/2002 | Spreadsheet ED Documentation 9.5% SAP (ECF No. 336-07) | OBERG00007702 | OBERG00007710 |
| DX-082 | 1/3/2003 | Email G. Schleuger to M. Dunlap et al re Tax Exempts Floor Earnings Half-SAP (ECF No. 330-24) | N0124992 | N0124992 |
| DX-083 | 1/5/2003 | Email P. Tone to M. Dunlap et al re 9.5% Floor | ED-D-000224 | ED-D-000225 |
| DX-084 | 4/16/2003 | Email G. Harris to P. Moran re Billing of Tax-Exempt Bonds for Special Allowance | ISLLC-000032 | ISLLC-000034 |
| DX-085 | 4/23/2003 | Memo G. Schleuger to File re Meeting with Hill staff and ED Staff re Floor Income Issues | ED-D-000227 | ED-D-000228 |
| DX-086 | 4/25/2003 | Letter Ballard Sphar re $150,000,000 Pennsylvania Higher Education Assistance Agency Student Loan Adjustable Rate Revenue Bonds, 2003 Series A Special Allowance Payments by Department of Education | PHEAA-OBERG-050276 | PHEAA-OBERG-050278 |
| DX-087 | 4/30/2003 | Email P. Tone to M. Dunlap et al re Floor Earnings Update | ED-D-000229 | ED-D-000230 |
| DX-088 | 5/1/2003 | Draft Letter M. Dunlap to K. Smith, House Committee on Education and the Workforce re Nelnet HEA reauthorization | ED-D-000219 | ED-D-000219 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-089 | 5/5/2003 | March 31, 2003 PHEAA Quarterly Financial Report | PHEAA-OBERG-349571 | PHEAA-OBERG-349613 |
| DX-090 | 5/8/2003 | Memo S. McCullough, Iowa Student Loan to K. Hansen re Update Iowa Student Loan Review Report | ISLLC-38 | ISLLC-38 |
| DX-091 | 5/29/2003 | Letter T. Heimes, Nelnet Education Loan Funding, Inc. to A. Roca-Baker, US DOE re LaRS Billing Statement Confirmation (ECF No. 330-32) | N0003047 | N0003049 |
| DX-092 | 6/6/2003 | Email M. Schmidt to T. Guenther re Floor Income | PHEAA-OBERG-594929 | PHEAA-OBERG-594930 |
| DX-093 | 6/30/2003 | 2003 PHEAA Annual Financial Report | | |
| DX-094 | 6/30/2003 | PHEAA Presentation, Annual Financial Review June 30, 2003 | PHEAA-OBERG-368362 | PHEAA-OBERG-368393 |
| DX-095 | 7/1/2003 | Email J. Oberg to B. Siegel re #2 FDSLP school leaving program | OBERG00006558 | OBERG00006563 |
| DX-096 | 7/2/2003 | Email A. Mehalko to T. Guenther re 9.5% loans | PHEAA-OBERG-371220 | PHEAA-OBERG-371221 |
| DX-097 | 7/3/2003 | Email J. Oberg to D. Pollard re 9.5% | OBERG00006557 | OBERG00006557 |
| DX-098 | 7/3/2003 | Email A. Mehalko to T. Guenther re 9.5% loans | PHEAA-OBERG-371222 | PHEAA-OBERG-371223 |
| DX-099 | 7/8/2003 | Email J. Oberg to A. Roca-Baker re 9.5% Guaranteed | OBERG00007665 | OBERG00007665 |
| DX-100 | 7/21/2003 | Email D. Pollard to G. Harris re 9.5% guarantee SAP | ED-B-000195 | ED-B-000195 |
| DX-101 | 7/24/2003 | Email M. Halaska to J. Wallace re Tax exempt nature of bonds | ISLLC-000029 | ISLLC-000031 |
| DX-102 | 7/24/2003 | Proposed Amendments to the Higher Education Act of 1965 Section 438 | PHEAA-OBERG-383373 | PHEAA-OBERG-383373 |
| DX-103 | 8/7/2003 | J. Oberg Complaint to IG Hotline (ECF No. 331-34) | OBERG00000027 | OBERG00000028 |
| DX-104 | 8/13/2003 | Email A. Stoll to A. Clough re data request (ECF No. 330-11) | ED-B-004570 | ED-B-004570 |
| DX-105 | 8/20/2003 | Email E. Crisp to S. McCullough re 1/2 SAP 9.5% Floor Loans | ISLLC-28 | ISLLC-29 |
| DX-106 | 8/25/2003 | Dear Colleague Letter ANN-03-09 | | |
| DX-107 | 5/25/2003 | Email re Annual FSA all hands meeting (ECF No. 330-53) | OBERG00006974 | OBERG00006974 |
| DX-108 | 8/27/2003 | Email G. Harris to D. Madzelen and P. Moran re data request - 9 1/2 % loans | ED-B-000226 | ED-B0000229 |
| DX-109 | 9/11/2003 | Document produced by J. Oberg pasting email to finmgr@pheaa.org re Quarterly Report Question (ECF No. 311-30) | OBERG00004491 | OBERG00004494 |
| DX-110 | 9/11/2003 | Email J. Oberg to J. Kvaal re Your questions about PHEAA's growing 9.5% portfolio | OBERG00007669 | OBERG00007669 |
| DX-111 | 9/11/2003 | Email from A. Shoop to T. Guenther and C. McGeary re Quarterly Report Question | PHEAA-OBERG-372339 | PHEAA-OBERG-372339 |
| DX-112 | 9/15/2003 | Email from T. Guenther to J. Oberg re Quarterly Report Question | PHEAA-OBERG-372346 | PHEAA-OBERG-372347 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---|---|---|---|---|
| DX-113 | 9/23/2003 | Consumer Bankers Association Insights & Issues The Week Ahead Sept 22-26 2003 | CBA00000259 | CBA00000262 |
| DX-114 | 10/2/2003 | Email G. Harris to D. Madzelan re Growth of volume receiving 9.5% return | ED-B-000239 | ED-B-000240 |
| DX-115 | 10/3/2003 | Memo D. Blakely, Attorney to D. Dunn and H. Kuzmich re Follow-up to September 23rd discussion regarding the practice of FFEL Providers of Transferring FFEL loans | JED297 | JED301 |
| DX-116 | 10/8/2003 | Memo A. Stoll, Congressional Research Service, Domestic Social Policy Division to M. Dannenberg, Senate Health, Education, Labor and Pensions Committee re 9.5% Floor Loans | OBERG00005993 | OBERG00005998 |
| DX-117 | 10/17/2003 | Letter Representative D. Kildee and Representative C. Van Hollen to D. Walker, General Accounting Office | OBERGIII_00009 639 | OBERGIII_00009 640 |
| DX-118 | 10/24/2003 | Draft Notes College Quality Affordability Diversity Improvement Act | PHEAA-OBERG-382864 | |
| DX-119 | 10/27/2003 | Email L. Gipe to A. Foster, et al re EFC Weekly October 24 2003 | PHEAA-OBERG-594970 | PHEAA-OBERG-594992 |
| DX-120 | 10/28/2003 | EFC Exchange, Today's second EFC Exchange with Senator Edward Kennedy (D-MA) press release, Statement of Senator Edward M. Kennedy on the Introduction of the College Quality, Affordability, and Diversity Improvement Act of 2003. | PHEAA-OBERG-1045554 | PHEAA-OBERG-1045591 |
| DX-121 | 10/29/2003 | Email from J. Oberg to T. Guenther re Quarterly Report Question | PHEAA-OBERG-372340 | PHEAA-OBERG-372342 |
| DX-122 | 10/31/2003 | Email from T. Guenther to J. Oberg re Quarterly Report Question | PHEAA-OBERG-372348 | PHEAA-OBERG-372350 |
| DX-123 | 11/7/2003 | Email S. Stroup to S. McCullough re Iowa Student Loans Review Report | ISLLC-30 | ISLLC-31 |
| DX-124 | 11/8/2003 | Email M. Halaska to K. Hansen et al re Iowa Student Loan Review Report (ECF No. 330-16) | ISLLC-000018 | ISLLC-000019 |
| DX-125 | 11/10/2003 | Draft Letter Crisp to McCullough re Iowa Student Loan Liquidity Corp FFEL Program Portfolio Review Report | ISLLC-000011 | ISLLC-000017 |
| DX-126 | 11/10/2003 | J. Oberg OIG Hotline Complaint Follow-up | Oberg00005010 | Oberg00005010 |
| DX-127 | 11/21/2003 | Letter J. Oberg to US DOE re Eliminating Waste in DOE Student Loan Programs (ECF No. 331-35) | OBERG00000024 | OBERG00000025 |
| DX-128 | 11/26/2003 | Email G. Whitehurst to J. Oberg re Two Items of Concern | OBERG00000136 | OBERG00000136 |
| DX-129 | 11/26/2003 | U.S. Office of Special Counsel, Disclosure of Information by J. Oberg | OBERGIII_00012 715 | OBERGIII_00012 720 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-130 | 12/8/2003 | Email J. Oberg to J. Kvaal re Your question about 9.5% Dear Colleague | OBERG00007673 | OBERG00007673 |
| DX-131 | 12/9/2003 | Draft Letter E. Crisp, US DOE to S. McCullough, Iowa Student Loan Liquidity Corporation re re Iowa Student Loan Liquidity Corp FFEL Program Portfolio Review Report | OBERG00004992 | OBERG00004998 |
| DX-132 | 12/9/2003 | Letter J. Oberg to OIG re Complaint Tracking No ED/01990-02 | OBERG00005118 | OBERG00005118 |
| DX-133 | 1/11/2004 | Memo J. Oberg IES/NCER to GAO re Eliminating Waste in DOE Student Loan Program (ECF No. 331-36) | OBERG00003757 | OBERG00003758 |
| DX-134 | 1/15/2004 | Email K. Santoro to J. Oberg re Waste Issues | OBERG00005985 | OBERG00005985 |
| DX-135 | 1/15/2004 | Email C. Appel, GAO to J. Oberg re 9.5% SAP | OBERG00010147 | OBERG00010147 |
| DX-136 | 1/16/2004 | Email K. Santoro to J. Oberg re update | OBERGIII_00000796 | OBERGIII_00000796 |
| DX-137 | 2/16/2004 | Email S. Miller to J. Preston and T. Guenther re Letter on 9.5% loans | PHEAA-OBERG-398104 | PHEAA-OBERG-398110 |
| DX-138 | 2/17/2004 | Talking Points for Meeting | PHEAA-OBERG-367555 | PHEAA-OBERG-367565 |
| DX-139 | 4/2/2004 | Email G. deMota to C. Conway, D. DeMuth, J. Farha, J. Stipoich, J. Acocella, K. Bryan, M. Powden, R. Kosanovich, R. Willey, S. McCullough, T. Hollin, W. Farber re Board Conference Call | PHEAA-OBERG-445214 | PHEAA-OBERG-445221 |
| DX-140 | 4/20/2004 | Email D. Pollard to P. Moran et al re Fitch on 9.5% floor loans (ECF No. 331-27) | ED-B-000265 | ED-B-000266 |
| DX-141 | 4/28/2004 | Email T. Guenther to A. Sykes, GAO re GAO Study on FFEL Program | PHEAA-OBERG-381148 | PHEAA-OBERG-381149 |
| DX-142 | 5/6/2004 | Tax-Exempt lender volume outstanding (ECF No. 333-07) | OBERG00007690, OBERG00008352 | |
| DX-143 | 5/20/2004 | Email R. Shireman to J. Oberg re Legislation | OBERG00007691 | OBERG00007693 |
| DX-144 | 5/21/2004 | Email E. Bannon to J. Kvaal, J. Oberg, T. Butts, R. Shireman, M. Dannenberg re Legislation | TICAS 0000504 | TICAS 0000505 |
| DX-145 | 5/24/2004 | Email P. Moran to G. Harris re Alleged waste in student loan program | ED-B-000271 | ED-B-000272 |
| DX-146 | 5/24/2004 | Email J. Oberg to jkvaal@yahoo.com, et al re Legislation | TICAS 0000506 | TICAS 0000506 |
| DX-147 | 5/24/2004 | Email J. Oberg to T. Butts, R. Shireman, J. Kvaal re Legislation | TICAS 0000507 | TICAS 0000508 |
| DX-148 | 6/10/2004 | Email T. Guenther to A. Sykes, GAO re GAO request for data from PHEAA with attached GAOHQ-#1083260-v1-DATA REQUEST FROM LENDERS THAT HOLD TE LOANS.xls | PHEAA-OBERG-381410 | PHEAA-OBERG-381412 |
| DX-149 | 6/18/2004 | Email J. Oberg to J. Higgins re Concern about Waste (ECF No. 331-37) | OBERG00005965 | OBERG00005965 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-150 | 6/24/2004 | Email A. Mehalko to T. Guenther, J. Preston, M. Schmidt re AES/PHEAA 3 Year Tax Exempt SPA | PHEAA-OBERG-380759 | PHEAA-OBERG-380761 |
| DX-151 | 6/30/2004 | 2004 AES/PHEAA Annual Financial Report | | |
| DX-152 | 7/1/2004 | Email P. Tone re Summary of Phone Conversation with T. Cameron, FSA DOE | ED-D-000231 | ED-D-000231 |
| DX-153 | 7/14/2004 | Email M. Halaska to M. Sutphin re Tax Exempt Initiative with attachments | OBERG0000129 OBERGIII_00015 753 | OBERG0000130 OBERGIII_00015 797 |
| DX-154 | 7/16/2004 | Email A. Mehalko to J. Preston re AES/PHEAA 3 Year Tax Exempt SPA | PHEAA-OBERG-374830 | PHEAA-OBERG-374833 |
| DX-155 | 7/20/2004 | Email J. Oberg to H. Cordes re Nelnet Breaking News | OBERG00010448 | OBERG00010449 |
| DX-156 | 7/22/2004 | Memo T. Guenther to R. Willey re Increase in 9.5% Floor Loans | PHEAA-OBERG-398152 | PHEAA-OBERG-398153 |
| DX-157 | 8/1/2004 | Draft of article entitled Money for Nothing (ECF No. 331-29) | OBERG00006031 | OBERG00006042 |
| DX-158 | 8/15/2004 | Principal balance of 9.5 percent loans by various lenders December 2002 to January 2004 | OBERG00007702 | OBERG00007704 |
| DX-159 | 8/15/2004 | Principal balance of 9.5 percent loans by various lenders December 2002 to January 2004 | OBERG00007705 | OBERG00007710 |
| DX-160 | 8/25/2004 | Email R. Shireman to Greg Winter, NY Times re deep background source | OBERG00007719 | OBERG00007721 |
| DX-161 | 8/26/2004 | Draft Letter Senator E. Kennedy, Congressmen D. Kildee and C. Van Hollen to Hon. R. Paige, US DOE re DOE loophole (ECF No. 331-21) | OBERG00003450 | OBERG00003451 |
| DX-162 | 8/27/2004 | Greg Winter, A Windfall a Student Loan Program, The New York Times | | |
| DX-163 | 8/27/2004 | Press Release from the Office of Senator Kennedy re Nearly $1 Billion in Student Aid Lost to Bank Subsidy Payments | OBERG00006011 | OBERG00006012 |
| DX-164 | 8/27/2004 | Email J. Baker to J. Oberg re fyi today's NYTimes (ECF No. 331-38) | OBERG00006786 | OBERG00006789 |
| DX-165 | 8/27/2004 | TICAS Press Release entitled Loan Firms Reap Billions from Program Congress Ended in 1993 | PHEAA-OBERG-601342 | PHEAA-OBERG-601342 |
| DX-166 | 9/1/2004 | Special Allowance on Loans Financed with Tax-Exempt Debt, NCHELP | PHEAA-OBERG-815562 | PHEAA-OBERG-815563 |
| DX-167 | 9/1/2004 | Nelnet Department of Education Exit Conference Report (ECF No. 330-47) | ED-D-000232 | ED-D-000234 |
| DX-168 | 9/3/2004 | Email J. Oberg to P. Howard re Ongoing OIG Audit | OBERG00007577 | OBERG00007579 |
| DX-169 | 9/3/2004 | J. Oberg Special Complaint Form ED IG Hotline (ECF No. 331-39) | OBERG00007726 | OBERG00007728 |
| DX-170 | 9/3/2004 | Email J. Oberg to P. Howard re Ongoing OIG Audit | OBERG00010152 | OBERG00010153 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-171 | 9/6/2004 | Katy Kristof, Student Loan Subsidies Questioned: Some lenders are using a loophole that will cost the government billions in interest, a report says, Los Angeles Times by Kathy M. Kristof (ECF No. 331-30) | NCHELP-00199 | NCHELP-00201 |
| DX-172 | 9/9/2004 | Excerpts of Congressional Record, Kildee Remarks, H6932 (CREC-2004-09-09-pt1-PgH6932-2) | | |
| DX-173 | 9/10/2004 | Student Loan Scandal, washingtonpost.com, Editorial Section | | |
| DX-174 | 9/13/2004 | Draft Letter S. McCullough to T. Harkin re actions for 9.5% Floor subsidies in FFELP | OBERGIII_00006222 | OBERGIII_00006223 |
| DX-175 | 9/21/2004 | Press Release from the Office of Congressman Kildee re Kildee Introduces New Bill to End $1 Billion Student Loan Loophole | NCHELP-000018 | NCHELP-000019 |
| DX-176 | 9/21/2004 | Stephen Burd, Critics Fault Bush Administration for Failing to Close the Loophole Worth Billions to Lenders, The Chronicle of Higher Education (ECF No. 331-31) | NCHELP-00208 | NCHELP-00210 |
| DX-177 | 9/21/2004 | Draft Email J. Oberg re Clearance Procedures | OBERG00001540 | OBERG00001542 |
| DX-178 | 9/22/2004 | Excerpts of Congressional Record, Debate on Student Loan Scandal, S9482 (CREC-2004-09-22-pt1-PgS9482) | | |
| DX-179 | 9/22/2004 | Morgan Stanley, Concerns Over 9.5% Loans Appear Unwarranted | | |
| DX-180 | 9/22/2004 | Greg Winter, Legal Loophole Inflates Profits in Student Loans, The New York Times | | |
| DX-181 | 9/22/2004 | Email J. Oberg to B. Siegal re new article on Nelnet issue | OBERG00007546 | OBERG00007550 |
| DX-182 | 9/22/2004 | Email J. Oberg to T. Weko re GAO report | OBERG00008357 | OBERG00008357 |
| DX-183 | 9/28/2004 | GAO Report Supports AES PHEAA Position on 9.5% Loans | PHEAA-OBERG-412132 | PHEAA-OBERG-412133 |
| DX-184 | 10/4/2004 | Student Loans (cont'd), Washington Post, Editorial 2 | | |
| DX-185 | 10/5/2004 | Email P. Moran to G. Harris re 9.5% form letter and reply (ECF No. 330-50) | ED-B-000309 | ED-B-000310 |
| DX-186 | 10/9/2004 | Senate Debate re Taxpayer-Teacher Protection Act of 2004, H.R. 5186 (ECF No. 331-24) | | |
| DX-187 | 10/18/2004 | Congressional Budget Office Cost Estimate of Taxpayer-Teacher Protection Act of 2004, H.R. 5186 | | |
| DX-188 | 10/18/2004 | Brian W. Jones, Closing a Loan Loophole, The Washington Post | | |
| DX-189 | 11/15/2004 | Email D. Pollard to J. Oberg re Reporting Tax-exempt obligations 603 | OBERG00007745 | OBERG00007746 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-190 | 12/2/2004 | Letter R. Paige, US DOE to D. Walker, GAO re written statement on Report entitled Federal Family Education Loan Program: Statutory and Regulatory Changes Could Avert Billions in Unnecessary Federal Subsidy Payments | ED-G-000899 | ED-G-000900 |
| DX-191 | 12/9/2004 | Email J. Oberg to H. Himelbarb re Reminder - Transportation Consulting Firms | OBERG00007380 | OBERG00007387 |
| DX-192 | 1/5/2005 | Memo R. Willey, AES to T. Guenther re 9.5% Floor | PHEAA-OBERG-721247 | PHEAA-OBERG-721247 |
| DX-193 | 1/6/2005 | Dear Colleague Letter FP-05-01 re Statutory Changes to Special Allowance Payment Calculations | | |
| DX-194 | 2/2/2005 | PHEAA press release re PHEAA's Higher Education Gifts Initiative to benefit hundreds of thousands of Pennsylvania students | PHEAA-OBERG-100826 | PHEAA-OBERG-100828 |
| DX-195 | 2/3/2005 | Memo T. Shaw, US DOE to D. Dowd, OIG re Comments Draft Audit Report of the New Mexico Educational Assistance Foundation (Control Number: ED-OIG/A05-E0017 | OBERG00003444 | OBERG00003445 |
| DX-196 | 3/15/2005 | TICAS Briefing Paper, Student Loan Costs Rise Despite New Law: 9.5% Loophole Payments Higher than Before Reform | OBERG00006179 | OBERG00006182 |
| DX-197 | 4/7/2005 | Email A. Mehalko to V. Bertoty re Floor interpretation | PHEAA-OBERG-375544 | PHEAA-OBERG-375544 |
| DX-198 | 4/29/2005 | Email J. Oberg to J. Oberg re Ongoing OIG Audit Again for the Record (ECF No. 330-34) | OBERG00004976 | OBERG00004984 |
| DX-199 | 5/31/2005 | Email J. Oberg to Unknown Recipient re NMEAF files lawsuit in response to OIG findings | OBERG00007097 | OBERG00007099 |
| DX-200 | 6/1/2005 | Draft Letter J. Oberg to Madam Secretary re DOE Waste | OBERG00003408 | OBERG00003409 |
| DX-201 | 6/10/2005 | Letter J. Oberg to Madam Secretary re DOE Waste (ECF No. 331-40) | OBERG00000061 | OBERG00000062 |
| DX-202 | 6/13/2005 | Letter Board of Directors (J. Stipcich, D. DeMuth, J. Farha, W. Farber) of the Education Finance Council to Hon. M. Spellings, US DOE re OIG Report Special Allowance Payment to New Mexico | ED-B-005205 | ED-B-005206 |
| DX-203 | 6/14/2005 | Brian Faler, Student Loan Loophole Cost Millions, The Washington Post | | |
| DX-204 | 6/22/2005 | Email J. Oberg to M. Dannenberg re Two Items of Concern | OBERG00007039 | OBERG00007041 |
| DX-205 | 6/30/2005 | 2005 AES/PHEAA Annual Financial Report | | |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-206 | 7/8/2005 | Secretary Spellings, Chairman Boehner Urge End to Special Allowance Provision for Student Loan Lenders, Press Release ED.gov | | |
| DX-207 | 7/8/2005 | Email S. Miller to J. Preston, M. Schmidt, T. Guenther and R. Schmidt re New Mexico | PHEAA-OBERG-373286 | PHEAA-OBERG-373286 |
| DX-208 | 7/15/2005 | Email M. Sutphin to G. Harris re Tax Exempt Review Guide | ED-B-000062 | ED-B-000064 |
| DX-209 | 7/19/2005 | Memo J. Preston to R. Willey re Minimum 9.5% | PHEAA-OBERG-444629 | PHEAA-OBERG-444633 |
| DX-210 | 7/20/2005 | Email C. Wilson to A. Mehalko re AES August 8th Review | PHEAA-OBERG-1185808 | PHEAA-OBERG-1185809 |
| DX-211 | 7/26/2005 | LoanStar Program Review Report, US DOE (ECF No. 330-58) | ED-B-001447 | ED-B-001455 |
| DX-212 | 9/9/2005 | Email M. Sutphin to M. Rigo re Lender/Servicer Guide | ED-X-000006 | ED-X-000011 |
| DX-213 | 11/7/2005 | Excerpts of House of Representatives Report 109-276, Deficit Reduction Act of 2005, H.R. 4241 | | |
| DX-214 | 12/22/2005 | GAO Questions for Study on Several FFELP Provisions - LENDERS | PHEAA-OBERG-417857 | PHEAA-OBERG-417860 |
| DX-215 | 12/22/2005 | GAO Questions for Interview Re: Study on Several FFELP Provisions | PHEAA-OBERG-417861 | PHEAA-OBERG-417862 |
| DX-216 | 12/30/2005 | Nick Anderson, Lawmakers Again Target Maligned Student Loan Subsidy, The Washington Post | | |
| DX-217 | 2/9/2006 | US DOE Federal Student Aid Financial Partner Services Special Allowance Billing Review Program (ECF No. 330-59) | ED-B-001541 | ED-B-001596 |
| DX-218 | 2/16/2006 | Notes re 9.5% Floor Loans | PHEAA-OBERG-372510 | PHEAA-OBERG-372510 |
| DX-219 | 2/24/2006 | J. Oberg Merrill Lynch CMA Statement (ECF No. 331-42) | OBERG00009750 | OBERG00009750 |
| DX-220 | 5/11/2006 | Draft Letter R. Criswell, US DOE to J. Stewart, Kentucky Higher Education Student Loan Corporation re Tax-Exempt Review Report (ECF No. 331-01) | ED-B-001437 | ED-B-001446 |
| DX-221 | 6/12/2006 | Email A. Mehalko to T. Guenther re Dept of Ed - 9.50% Audit 08/05 & 02/06 | PHEAA-OBERG-374768 | PHEAA-OBERG-374768 |
| DX-222 | 6/30/2006 | 2006 PHEAA Annual Financial Report | | |
| DX-223 | 7/12/2006 | CollegeInvest Review Report, Start Here Go Further, Federal Student Aid, US DOE (ECF No. 331-02) | ED-A-000937 | ED-A-000949 |
| DX-224 | 8/16/2006 | Email C Appel to J. Oberg re 9.5 | OBERG00005972 | OBERG00005972 |
| DX-225 | 8/18/2006 | Letter from R. Willey to M. Fontana, DOE re Supplement to May 11, 2006 Formal Appeal | PHEAA-OBERG-864337 | PHEAA-OBERG-864475 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-226 | 9/1/2006 | Draft Memo T. Shaw, Federal Student Aid to H. Lew, OIG re Draft Audit Report - Special Allowance Payments to Nelnet for Loans Funded by Tax-Exempt Obligations, Control Number ED-OIG/A07-F0017 (ECF No. 331-07) | | |
| DX-227 | 9/5/2006 | Email D. Dunn to K. Conlin re Nelnet Next Steps | ED-E-000424 | ED-E-000427 |
| DX-228 | 9/5/2006 | Letter R. Willey to G. McLarnon, DOE re Interim Final Regulations | EFC2017_000000 1693 | EFC2017_000000 1693 |
| DX-229 | 9/5/2006 | Letter K. Smith and B. Lief to G. McLarnon, DOE re Interim Final Regulations | EFC2017_000000 1866 | EFC2017_000000 1871 |
| DX-230 | 9/7/2006 | Email E. McNeece to T. Shaw re Nelnet Edits | ED-X-000001 | ED-X-000003 |
| DX-231 | 9/8/2006 | Memo T. Shaw, Federal Student Aid to H. Lew, OIG re Draft Audit Report - Special Allowance Payments to Nelnet for Loans Funded by Tax-Exempt Obligations, Control Number ED-OIG/A07-F0017 | ED-A-002945 | ED-A-002946 |
| DX-232 | 9/19/2006 | US ED OIG Audit of AES/PHEAA's 9.5% SAP Billings A03G0014 Discussion dtd 09/19/06 | PHEAA-OBERG-1342097 | PHEAA-OBERG-1342101 |
| DX-233 | 9/20/2006 | Jon H. Oberg Text of Remarks to New America Foundation Forum, September 20, 2006 | OBERG00000131 | OBERG00000135 |
| DX-234 | 9/27/2006 | Notes re September 27, 2004 Audit Review Committee Meeting | PHEAA-OBERG-373133 | PHEAA-OBERG-373133 |
| DX-235 | 9/29/2006 | Final Audit Report - Special Allowance Payments to Nelnet for Loans Funded by Tax-Exempt Obligations, Control Number ED-OIG/A07-F0017, https://www2.ed.gov/about/offices/list/oig/auditreports/a07f0017.pdf | | |
| DX-236 | 9/30/2006 | Spreadsheet Senate Federal Fin Management (ECF No. 333-09) | OBERG00007772 | OBERG00007773 |
| DX-237 | 10/5/2006 | Notes re Financial and Audit Discussion Related to 9.5% Floor Loan, October 2006 | PHEAA-OBERG-372511 | PHEAA-OBERG-372512 |
| DX-238 | 10/6/2006 | Dear Colleague Letter FP-06-15, Payment of Special Allowance on Loans Made or Acquired with Funds From a Tax-Exempt Obligation | | |
| DX-239 | 10/9/2006 | Letter A. Gish, Kutak Rock LLP to T. Shaw, Chief Operating Officer, Federal Student Aid, US Department of Education re Nelnet OIG Report | ED-G-000802 | ED-G-000803 |
| DX-240 | 10/9/2006 | Email K. Smith to K. Smith et al re Floor Loan Summary updated attaching document entitled Summary of Bonds and Loans Subject to Half SAP/9.5% Floor Rates | EFC_EMAIL000 00044 | EFC_EMAIL000 00045 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-241 | 10/10/2006 | Letter from W. Hough, RBC Capital Markets to K. Talbert, US DOE re 95 SAF loans | ED-A-002747 | ED-A-002747 |
| DX-242 | 10/10/2006 | Email S. McCullough to K. Smith re Your part in the meeting | EFC-EMAIL00000063 | EFC-EMAIL00000064 |
| DX-243 | 10/11/2006 | Email D. Dunn to S. Walter re My call with Terri (ECF No. 331-13) | ED-E-000329 | ED-E-000329 |
| DX-244 | 10/12/2006 | Email J. Hershey to S. Shaw re TBMA Letter on IG Report Nelnet | ED-A-001883 | ED-A-001885 |
| DX-245 | 10/12/2006 | Letter G. Miller and T. Deutsch of American Securitization Forum to T. Shaw, Federal Student Aid re DOE OIG Nelnet audit | PHEAA-OBERG-712761 | PHEAA-OBERG-712762 |
| DX-246 | 10/30/2006 | Email T. Guenther to S. Miller re 9.5% Floor Charts | PHEAA-OBERG-383675 | PHEAA-OBERG-383676 |
| DX-247 | 11/8/2006 | Email T. Guenther to R. Willey, AES, S. Miller, J. Preston, M. Schmidt re Interest Subsidy and Special Allowance Payment | PHEAA-OBERG-383734 | PHEAA-OBERG-383734 |
| DX-248 | 11/14/2006 | New America Foundation Higher Watch Blog post by Michael Dannenberg, "Bond Market Ass'n Tries to Defend Nelnet" | ED-A-002748 | ED-A-002750 |
| DX-249 | 12/1/2006 | Email J. Nekrasz to V. Weiser, AES to T. Klitsch, AES, R. Janney, DOE re ED OIG Confirmation of Understanding Request for Information | PHEAA-OBERG-719868 | PHEAA-OBERG-719872 |
| DX-250 | 12/11/2006 | Change Requests Folder | PHEAA-OBERG-418537 | PHEAA-OBERG-418583 |
| DX-251 | 12/21/2006 | Email T. Shaw to S. Tucker, et al re Follow-up Yesterday's Staff Meeting (ECF No. 331-15) | ED-A-003342 | ED-A-003342 |
| DX-252 | 1/5/2007 | Email T. Kiltsch to J. Nekrasz, DOE re Information for Thursday Meeting attaching executed Confirmation of Understanding | PHEAA-OBERG-369728 | PHEAA-OBERG-369730 |
| DX-253 | 1/18/2007 | Email T. Shaw to K. Conklin re Nelnet q's | ED-F-000944 | ED-F-000951 |
| DX-254 | 1/19/2007 | Settlement Agreement between Nelnet, Inc. and US DOE (ECF No. 331-16) | ED-A-003533 | ED-A-003542 |
| DX-255 | 1/23/2007 | Dear Colleague Letter FP-07-01 re FFELP Loans Eligibility for 9.5 Percent Minimum Special Allowance Rate | | |
| DX-256 | 1/24/2007 | Letter T. Shaw, Federal Student Aid to R. Willey re Requests for Special Allowance Payments | PHEAA-OBERG-356356 | PHEAA-OBERG-356361 |
| DX-257 | 1/25/2007 | Email E. Rollings to K. Talbert re Higher Ed Watch Blog | ED-A-003520 | ED-A-003520 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-258 | 1/25/2007 | Email S. Tucker to D. Dunn re Question related to: If these 3rd generation and later loans were never eligible for 9.5 under HEA regs, why was the dept paying them in the first place? | ED-E-001010 | ED-E-001011 |
| DX-259 | 1/30/2007 | Memo T. Guenther, American Education Services to D. Willey re 9.5% Floor Background | PHEAA-OBERG-414287 | PHEAA-OBERG-414291 |
| DX-260 | 2/6/2007 | Letter T. Carper and T. Coburn, US Senate re Nelnet DOE Settlement | ED-A-002785 | ED-A-002789 |
| DX-261 | 2/15/2007 | Email B. Lief to K. Smith, EFC.org re Have You Seen This? with Testimony of Dr. Jon H. Oberg before the U.S. Senate Committee on Health, Education, Labor and Pensions | PHEAA-OBERG-382063 | PHEAA-OBERG-382085 |
| DX-262 | 2/16/2007 | Letter J. Noordhoek, Nelnet, Inc. to Hon. E. Kennedy and Hon. M. Enzi re Nelnet response Oberg testimony | ED-A-002359 | ED-A-002359 |
| DX-263 | 2/22/2007 | Letter C. Cooper, Cooper & Kirk to J. Manning, US DOE re Dear Colleague Letter FP-07-01 | PHEAA-OBERG-444863 | PHEAA-OBERG-444868 |
| DX-264 | 3/15/2007 | Email M. Dannenberg to J. Oberg re Nelnet Question | NAF0316 | NAF0317 |
| DX-265 | 3/22/2007 | Email T. Guenther to K. New re Dick's presentation, Financial History Presentation to the Board of Directors March 22, 2007 | PHEAA-OBERG-401250 | PHEAA-OBERG-401264 |
| DX-266 | 4/26/2007 | Email R. Shireman to D. Sillion re greetings | TICAS 0000001 | TICAS 0000002 |
| DX-267 | 5/7/2007 | Sam Dillon, Whistle-Blower on Student Aid is Vindicated, New York Times | | |
| DX-268 | 5/7/2007 | AES/PHEAA Presentation Financial Meeting, Town Hall Meeting, May 7, 2007 | PHEAA-OBERG-594562 | PHEAA-OBERG-594562 |
| DX-269 | 5/9/2007 | Letter from T. Halaska, Assistant Secretary Department of Education to G. Miller, Chairman Committee on Education and labor re Nelnet settlement | EFC2017-0000000839 | EFC2017-0000000842 |
| DX-270 | 5/10/2007 | Written Statement of U.S. Secretary of Education Margaret Spellings, U.S. House of Representatives Committee on Education and Labor, Thursday May 10, 2007 | | |
| DX-271 | 5/14/2007 | On Point with Tom Ashbrook, WBUR Boston, May 14, 2007, 11:00 am, Recording | | |
| DX-272 | 5/14/2007 | Partial transcript of On Point with Tom Ashbrook, WBUR Boston, May 14, 2007, 11:00 am | | |
| DX-273 | 5/16/2007 | Email J. Oberg to B. Shireman, TICAS re Good Work on Student Loans | OBERG00006376 | OBERG00006376 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-274 | 5/18/2007 | Internal and Deliberative 9.5% Tax-Exempt SAP Basken FSA FOIA Timeline | ED-G-000456 | ED-G-000474 |
| DX-275 | 6/7/2007 | Email A. Paley to J. Oberg re 2004 internal ED e-mail | OBERG00006371 | OBERG00006372 |
| DX-276 | 6/14/2007 | Email A. Mehalko to M. White, et al re Public: Audit for 9.50% SAP billing | PHEAA-OBERG-445134 | PHEAA-OBERG-445146 |
| DX-277 | 6/15/2007 | United States Senate Committee on Health, Education, Labor, and Pensions, Letter Senator Edward Kennedy re Conduct of Nonprofit Guaranty Agencies, AES Responses to Questions | | |
| DX-278 | 6/30/2007 | 2007 PHEAA Annual Financial Report | | |
| DX-279 | 7/1/2007 | 2001-2006 9.5 SAP Summary | OBERG00007760 | OBERG00007771 |
| DX-280 | 7/6/2007 | Letter T. Halaska, US DOE to Hon. G. Miller re Secretary Spelling Response to May 16 and May 24 Written questions (ECF No. 331-17) | ED-E-000001 | ED-E-000038 |
| DX-281 | 7/25/2007 | Notes of J. Oberg, False Claims on 9.5 Percent Guaranteed Student Loans | OBERGIII_0001087 | OBERGIII_0001094 |
| DX-282 | 8/1/2007 | Chart of alleged Estimates of Illegal 9.5 Floor SAP Claims Forgiven by US Department of Education | OBERG00007780 | OBERG00007780 |
| DX-283 | 8/2/2007 | Notes re OIG - 9.5% Floor | PHEAA-OBERG-464914 | PHEAA-OBERG-464914 |
| DX-284 | 9/1/2007 | DOE Notes re Questions related to 9.5% SAP | ED-E-000706 | ED-E-000708 |
| DX-285 | 9/7/2007 | Lenders Pulled $3.5 Billion Through Loophole, The Chronicle, Paul Basken | | |
| DX-286 | 10/15/2007 | Letter T. Guenther, PHEAA to J. Manning, US DOE re Additional information audit of AES PHEAA generation loans | PHEAA-OBERG-382916 | PHEAA-OBERG-382917 |
| DX-287 | 10/20/2007 | Amit R. Paley, Confusion Cited In Overpayments To Student Lenders: Subsidy Loophole Cost U.S. Government Millions, The Washington Post | | |
| DX-288 | 1/25/2008 | Letter P. Trubia, Acting Director, Finance Partner Edibility & Oversight Program Compliance to J. Preston re OIG PHEAA Final Audit Report ED-OIGA03G0014 | PHEAA-OBERG-338815 | PHEAA-OBERG-338826 |
| DX-289 | 1/26/2008 | Email J. Oberg to T. Culligan re PHEAA and Nelnet | OBERG00009872 | OBERG00009872 |
| DX-290 | 3/31/2008 | US DOE, Office of Inspector General Semiannual Report to Congress: No. 56, October 1, 2007 - March 31, 2008 | | |
| DX-291 | 9/13/2008 | Email J. Oberg to S. Burd re Hearing; Dean Letter | OBERGIII_0025672 | OBERGIII_0025672 |
| DX-292 | 1/7/2009 | Email J. Oberg to S. Burd re Lenders that did not grow 9.5 | NAF0100 | NAF0101 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-293 | 1/9/2009 | Letter J. Manning, US DOE to J. Preston, American Education Services re reviewed the audit report related to the eligibility of Federal Family Education Loan (FFEL) Program loans | PHEAA-OBERG-413721 | PHEAA-OBERG-413731 |
| DX-294 | 4/23/2009 | Email J. Oberg to S. Burd re PHEAA audit | NAF0240 | NAF0241 |
| DX-295 | 8/11/2009 | Email A. Mehalko to A. Roca-Baker re Public: PHEAA 828924- 9.50% Supplemental Billing Files for qtrs ended 12/06 thru 03/31/09 and 06/30/09 | PHEAA-OBERG-2040174 | PHEAA-OBERG-2040185 |
| DX-296 | 11/9/2009 | Excerpt of Preliminary Official Statement for Iowa Student Loan Liquidity Corporation Series 2009-1 to 2009-3 Bonds | | |
| DX-297 | 4/12/2010 | Relator's Responses to Defendant Panhandle Plains Higher Education Authority's First Set of Interrogatories and Request for Production of Documents | | |
| DX-298 | 4/30/2010 | Relator's Responses to Defendant Education Loans Inc.'s First Set of Interrogatories and Second Request For Production of Documents | | |
| DX-299 | 5/3/2010 | Relator's Responses to Defendant Southwest Student Services Corporation's First Set of Document Requests and First Set of Interrogatories | | |
| DX-300 | 5/11/2010 | Relator's Responses to Defendant Brazos Higher Education Service Corporation and Brazos Higher Education Authority's Combined First Set of Interrogatories and Second Set of Document Requests | | |
| DX-301 | 5/11/2010 | Relator's Responses to Defendant Nelnet, Inc. and Nelnet Education Loan Funding, Inc.'s Combined First Set of Interrogatories and Second Set of Document Requests | | |
| DX-302 | 5/25/2010 | Relator's Responses to Defendant Student Loan Finance Corporation's Combined First Requests For Admissions and First Set of Interrogatories | | |
| DX-303 | 5/28/2010 | Relator's Supplemental Responses to Defendant Brazos Higher Education Service Corporation and Brazos Higher Education Authority's First Set of Interrogatories | | |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-304 | 5/28/2010 | Relator's Supplemental Responses to Defendant Nelnet, Inc. and Nelnet Education Loan Funding, Inc.'s First Set of Interrogatories | | |
| DX-305 | 5/28/2010 | Relator's Supplemental Responses to Defendant Panhandle Plains Higher Education Authority's First Set of Interrogatories | | |
| DX-306 | 6/10/2010 | Relator's Responses to Defendant SLM Corporation's First Set of Interrogatories and Document Requests | | |
| DX-307 | 6/10/2010 | Relator's Responses to Southwest Student Services Corporation's Second Set of Interrogatories and Document Requests | | |
| DX-308 | 7/6/2013 | PHEAA Overview brochure | PHEAA-OBERG-12587 | PHEAA-OBERG-12610 |
| DX-309 | 1/1/2014 | Department of Education, Student Loans Overview, Fiscal Year 2014 Budget Proposal | | |
| DX-310 | 3/18/2014 | Anna Merod, Daily Orange: Inconvenient Truth – Government Whistleblowers to Visit SU as Part of Nationwide Tour to Discuss Value of Diligence, GAP | | |
| DX-311 | 3/26/2014 | PHEAA Student Aid Handbook for Legislators brochure | PHEAA-OBERG-110877 | PHEAA-OBERG-110962 |
| DX-312 | 10/21/2014 | Partial transcript of American Whistleblowers Live at Baruch | | |
| DX-313 | 10/21/2014 | American Whistleblowers Live at Baruch, video (https://vimeo.com/110412275) | | |
| DX-314 | 11/19/2015 | PHEAA 2014-15 Annual Report | | |
| DX-315 | 8/26/2016 | PHEAA 2015-16 Pennsylvania State Grant Program, Year-by-Year & Institutional Statistics Report | | |
| DX-316 | 12/20/2016 | PHEAA 2015-16 Annual Report | | |
| DX-317 | 3/6/2017 | PHEAA's Answers to Relator's First Set of Interrogatories | | |
| DX-318 | 3/8/2017 | Relator's Responses to PHEAA's Third Set of Interrogatories | | |
| DX-319 | 3/8/2017 | PHEAA Pennsylvania State Grant Program Outcomes Study, A Six Year Analysis of the 2009-10 State Grant Cohort | | |
| DX-320 | 5/2/2017 | PHEAA Student Aid Handbook for Legislators, 2017 | | |
| DX-321 | 8/22/2017 | 3-Month Treasury Bill: Secondary Market Rate, 1965 to 2010, https://fred.stlouisfed.org/ | | |
| DX-322 | 7/19/2017 | Affidavit of Sheila Ryan-Macie with Exhibits | | |
| DX-323 | 7/19/2017 | Ex. 2 to Affidavit of Sheila Ryan-Macie, page 54 with handwritten notes | | |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-324 | 7/19/2017 | Ex. 2 to Affidavit of Sheila Ryan-Macie, pages 5-52 consisting of a letter to W. Moran, DOE, re Preliminary Analysis of December 18, 1992 final regulations | | |
| DX-325 | 7/19/2017 | Ex. 3 to Affidavit of Sheila Ryan-Macie, pages 56-85 consisting of Section 682.100 Response to Comments of NCHELP Regulations Committee | | |
| DX-326 | 7/19/2017 | Ex. 3 to Affidavit of Sheila Ryan-Macie, page 87 with handwritten notes | | |
| DX-327 | 7/24/2017 | Relator's Responses to PHEAA's First Set of Request For Admissions | | |
| DX-328 | 7/24/2017 | Relator's Responses to PHEAA's Fourth Set of Interrogatories | | |
| DX-329 | 7/28/2017 | About PHEAA page of PHEAA Website (capture on July 28, 2017), http://www.pheaa.org/about/ | | |
| DX-330 | 8/4/2017 | Relator's Responses to PHEAA's Fifth Set of Interrogatories | | |
| DX-331 | 8/4/2017 | Relator's Supplemental Responses to PHEAA's Third Set of Interrogatories | | |
| DX-332 | 6/22/2017 | Declaration of David M. Reicher [marked for reference only] | | |
| DX-333 | 7/20/2017 | Supplemental Declaration of David M. Reicher [marked for reference only] | | |
| DX-334 | 6/22/2017 | Expert Report of Louis G. Dudney, CPA, CFF [marked for reference only] | | |
| DX-335 | 7/20/2017 | Response Expert Report of Louis G. Dudney, CPA, CFF [marked for reference only] | | |
| DX-336 | 6/22/2017 | Expert Report of Jonathan I. Arnold, Ph.D. [marked for reference only] | | |
| DX-337 | 7/20/2017 | Rebuttal Expert Report of Jonathan I. Arnold, Ph.D. [marked for reference only] | | |
| DX-338 | 7/6/2017 | Email Obermeier to Majors re Oberg: outline of OIG material | US-NNT-00000988 | US-NNT-00000992 |
| DX-339 | 7/21/2017 | Email Majors to Obermeier re Oberg: outline of OIG materials | | |
| DX-340 | 7/28/2017 | Email Sturm to Majors re OIG--Confidential | US-NNT-00000001 | US-NNT-00000001 |
| DX-341 | 7/28/2017 | Draft Declaration of Jeffrey Nekrasz | US-NNT-00000002 | US-NNT-00000008 |
| DX-342 | 8/2/2017 | Email Majors to Sturm re Revised draft Nekrasz declaration | US-NNT-00001816 | US-NNT-00001820 |
| DX-343 | 8/3/2017 | Email Howard to Obermeier re Revised draft Nekrasz declaration | US-NNT-00000305 | US-NNT-00000306 |
| DX-344 | 8/3/2017 | Draft Declaration of Jeffrey Nekrasz | US-NNT-00000307 | US-NNT-00000310 |
| DX-345 | 9/19/2006 | Entrance Conference Discussion - PHEAA/AES | EDOIG-PH-000736 | EDOIG-PH-000737 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-346 | 9/27/2006 | Email Weiser to Nekrasz re Floor Eligibility Document | PHEAA-OBERG-387769 | PHEAA-OBERG-387771 |
| DX-347 | 9/00/2006 | PHEAA Floor Eligibility Criteria Prepared in Response to OIG Review | EDOIG-PH-000827 | EDOIG-PH-000828 |
| DX-348 | 9/29/2006 | Email Weiser to Nekrasz re Information Request | PHEAA-OBERG-387183 | PHEAA-OBERG-387184 |
| DX-349 | 11/29/2006 | Email Nekrasz to Weiser re Information from Thursday Meeting | PHEAA-OBERG-386451 | PHEAA-OBERG-386453 |
| DX-350 | 1/30/2007 | Email Trubia to Howard re Results - Market Research Inquiry | ED-I-001285 | ED-I-001290 |
| DX-351 | 00/00/2013 | GAO at a Glance | | |
| DX-352 | 9/7/2017 | Relator's Brief in Opposition to PHEAA's Motions to Dismiss and for Summary Judgment, Dkt. 810 | | |
| DX-353 | 11/19/2004 | ED Organization Chart | | |
| DX-354 | 5/24/2005 | Special Allowance Payments to New Mexico Educational Assistance Foundation for Loans Funded by Tax-Exempt Obligations, Final Audit Report, ED-OIG/A05E0017 MAY 2005 | | |
| DX-355 | 4/27/2007 | Dear Colleague Letter FP-07-06, Audit Requirements for 9.5 Percent Minimum Special Allowance Payment Rate | | |
| DX-356 | 11/21/2003 | Letter J. Oberg to US DOE re Eliminating Waste in DOE Student Loan Programs (ECF No. 331-35) | PHEAA-OBERG-382079 | PHEAA-OBERG-382080 |
| DX-357 | 11/25/2003 | Letter C. Fagnori to P. Link re Higher Education Provisions Related to the Federal Family Education Loan Program (FFELP) - JOb Code 130347 | OBERG00006114 | OBERG00006115 |
| DX-358 | 7/31/2006 | Lenders Receiving Tax Exempt Special Allowance Payments for the Period 10/1/02 Through 6/30/2006 | EFC PROD 000361 | EFC PROD 000363 |
| DX-359 | 3/15/2017 | DOE Privilege Log (ED-A) | | |
| DX-360 | 3/15/2017 | DOE Privilege Log (ED-B part 1) | | |
| DX-361 | 3/15/2017 | DOE Privilege Log (ED-B part 2) | | |
| DX-362 | 3/15/2017 | DOE Privilege Log (ED-D to ED-I) | | |
| DX-363 | 12/18/1980 | Bulletin FR-109, New Provision Affecting Entities Make or Purchase Guaranteed Loans | | |
| DX-364 | 9/28/1990 | GAO Report Guaranteed Student Loans Profits of Secondary Market Lenders Vary Widely GAO/HRD-90-130BR | | |
| DX-365 | 9/24/2002 | SalomonSmithBarney, Student Loan ABS Primer | | |
| DX-366 | 10/22/1977 | Fitch Research, A Primer on Rating Student Loan Bonds | | |
| DX-367 | 10/13/2003 | Letter B. McPherson to W. Wall re DOE Review Report for Alabama Commission on Higher Education | OBERGIII_00015753 | OBERGIII_00015769 |
| DX-368 | 7/14/2004 | Email J. Wallace to M. Halaska re Questionable Tax Exempt Billing with attachment | OBERGIII_00015770 | OBERGIII_00015779 |

| Ex. No. | Date | Description | Beginning Bates | Ending Bates |
|---------|------|-------------|-----------------|--------------|
| DX-369 | 9/1/2002 | Tax Exempt Issues | OBERGIII_00015780 | OBERGIII_00015795 |
| DX-370 | 7/13/2004 | Email J. Wallace to M. Halaska re Questionable Tax Exempt Initiative | OBERGIII_00015796 | OBERGIII_00015797 |
| DX-371 | 12/15/2001 | Trust Indenture, dated as of December 15, 2001 between PHEAA and Allfirst Bank, Securing $92,925,000 aggregate principal amount of Student Loan Adjustable Rate Revenue Refunding Bonds, 2001 Series B | PHEAA-OBERG-043492 | PHEAA-OBERG-043609 |
| DX-372 | | ED OIG Procedures Report | EDOIG-PH-002679 | EDOIG-PH-002859 |
| DX-373 | | H.R. 5186, Taxpayer-Teacher Protection Act of 2004 (available at https://www.gpo.gov/fdsys/pkg/BILLS-108hr5186enr/pdf/BILLS-108hr5186enr.pdf) | | |
| DX-374 | | PL 109-171, Higher Education Reconciliation Act of 2005 (available at https://www.gpo.gov/fdsys/pkg/PLAW-109publ171/pdf/PLAW-109publ171.pdf) | | |