UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

DEC -5 2017

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ex rel. JON H. OBERG ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | VERDICT |
| ) | |
| PENNSYLVANIA HIGHER EDUCATION ) | Civil Action No. 07cv960 |
| ASSISTANCE AGENCY ) | |
| Defendant. ) | |

WE THE JURY, FIND:

__X__ in favor of the defendant.

OR

_____ in favor of the plaintiff and award damages in the amount of _____.

12/5/2017
Date

REDACTED