# United States District Court

EASTERN DISTRICT OF VIRGINIA

FILED
DEC - 5 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* JON H. OBERG ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PENNSYLVANIA HIGHER EDUCATION ) <br> ASSISTANCE AGENCY ) <br> Defendant. ) <br> _____) | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: 1:07-cv-960 |

[X]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Defendant, Pennsylvania Higher Education Assistance Agency.

This Judgment is entered in accordance with the jury verdict dated December 5, 2017.

December 5, 2017
Date

FERNANDO GALINDO
Clerk

(By) Deputy Clerk