740

```
 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF VIRGINIA
 2                      ALEXANDRIA DIVISION

 3
    UNITED STATES OF AMERICA,      )
 4  EX REL. JON H. OBERG           )
                                   )
 5      VS.                        )  1:07-CV-960   CMH/JFA
                                   )
 6                                 )  ALEXANDRIA, VIRGINIA
                                   )    December 5, 2017
 7  PENNSYLVANIA HIGHER EDUCATION  )
    ASSISTANCE AGENCY              )
 8  _____)

 9

10

11

12

13  _____

14              TRANSCRIPT OF TRIAL
        BEFORE THE HONORABLE CLAUDE M. HILTON
15            UNITED STATES DISTRICT JUDGE
                      AND A JURY
16
                  VERDICT - VOLUME 5
17  _____

18

19

20

21

22

23

24  Proceedings reported by stenotype, transcript produced by

25  Tonia M. Harris.
```

                                  Tonia M. Harris OCR-USDC/EDVA 703-646-1438

741

**A P P E A R A N C E S**

FOR THE RELATOR, DR. JON H. OBERG:
    WILEY REIN LLP
    By:  MR. BERT W. REIN
    MR. MICHAEL L. STURM
    MR. CHRISTOPHER M. MILLS
    MR. STEPHEN J. OBERMEIER
    MS. REBECCA L. SAITTA
    MR. MATTHEW J. GARDNER
    MR. SAVERIO S. ROMEO
    MR. SHANE B. KELLY
    1776 K Street, NW
    Washington, D.C.  20006
    202.719.7000
    brein@wileyrein.com
    msturm@wileyrein.com
    cmills@wileyrein.com
    rsaitta@wileyrein.com
    mgardner@wileyrein.com

FOR THE DEFENDANT:
    THE OFFICE OF CRAIG C. REILLY, ESQ.
    By:  MR. CRAIG C. REILLY
    111 Oronoco Street
    Alexandria, Virginia  22314
    703.549.5354
    craig.reilly@ccreillylaw.com

    KIRKLAND & ELLIS LLP
    By:  MR. MATTHEW T. REGAN
    300 North LaSalle
    Chicago, Illinois  60654
    312.862.2000
    mregan@kirkland.com

    KIRKLAND & ELLIS LLP
    By: MR. MICHAEL A. GLICK
    MS. TRACIE L. BRYANT
    MR. THOMAS P. WEIR
    MR. TERENCE J. MCCARRICK, JR.
    655 Fifteenth Street, NW
    Washington, D.C.  20005
    202.879.5000
    michael.glick@kirkland.com
    tracie.bryant@kirkland.com
    tom.weir@kirkland.com
    terence.mccarrick@kirkland.com

742

**A P P E A R A N C E S (Continued)**

```
STEVENS & LEE, P.C.
By:  MR. DANIEL B. HUYETT
111 North Sixth Street
P.O. Box 679
Reading, Pennsylvania  19603
610.478.2000
dbh@stevenslee.com

STEVENS & LEE, P.C.
By:  MR. NEIL C. SCHUR
1818 Market Street
29th Floor
Philadelphia, Pennsylvania  19103
215.751.1944
ncsc@stevenslee.com
```

OFFICIAL U.S. COURT REPORTER:
```
    MS. TONIA M. HARRIS, RPR
    United States District Court
    401 Courthouse Square
    Alexandria, Virginia  22314
    703.646.1438
```

```
                                                          743
 1                           INDEX

 2    (DECEMBER 5, 2017 ~ DAY 5)

 3                                                       PAGE

 4   Verdict................................................ 005

 5

 6   Court Reporter Certification........................... 007

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
Verdict                                                    744
```

**P R O C E E D I N G S**

        THE COURT:  Good morning.

        THE PARTIES:  Good morning.

        THE COURT:  Bring in the jury.

        (Jury present.)

        THE COURT:  Mr. Foreman, has the jury reached a verdict?

        THE FOREPERSON: Yes, we have.

        THE COURT:  Please give it to the marshal.

        All right.  You all may have a seat.

        THE DEPUTY CLERK:  Civil Action 2007-960.  United States of America, ex rel. John Oberg versus Pennsylvania Higher Education Assistance Agency, we the jury find in the favor of the defendant.  Signed by the foreperson.  Dated, December 5, 2017.

        Ladies and gentlemen of the jury, is this your unanimous verdict?

        THE JURY:  Yes, it is.

        THE COURT:  I thank you very much for your service in this case.  You're excused until you're next scheduled to appear.

        (Jury dismissed.)

        THE COURT:  All right.  The judgment will be entered on the verdict.  I've already entered a verdict for you all.

```
Verdict                                                          745
```

1  Take your exhibits back, if you will.  Thank you and we'll
2  adjourn until tomorrow morning at 9:30.
3
4                **(Proceedings adjourned at 10:58 a.m.)**

Verdict

746

UNITED STATES DISTRICT COURT )

EASTERN DISTRICT OF VIRGINIA )

    We, TONIA M. HARRIS, Official Court Reporter for the United States District Court, Eastern District of Virginia, do hereby certify that the foregoing is a correct transcript from the record of proceedings in the above matter, to the best of our ability.

    We further certify that we are neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken, and further that we are not financially nor otherwise interested in the outcome of the action.

    Certified to by us this 7TH day of DECEMBER, 2017.

```
        __/s/_____
        TONIA M. HARRIS, RPR
        Official U.S. Court Reporter
        401 Courthouse Square
        Ninth Floor
        Alexandria, Virginia  22314
```

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

12/5/2017 - VOL. 5