UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JON H. OBERG, <br><br> Plaintiff, <br><br> v. <br><br> PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, <br><br> Defendant. | ) ) ) ) ) ) ) CIVIL NO. 1:07-CV-960-CMH-JFA ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Relator Jon H. Oberg in the above-captioned case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Final Order dated December 5, 2017 (Dkt. 976), entering judgment in favor of the Defendant, the Pennsylvania Higher Education Assistance Agency, including all adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, subsumed in, impacting within, identified within, or included within that Final Order.

/ / /

Respectfully submitted,

/s/ Stephen J. Obermeier
Bert W. Rein (admitted *pro hac vice*)
Michael L. Sturm (VSB # 27533)
Christopher M. Mills (VSB # 44358)
Stephen J. Obermeier (VSB # 89849)
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
Phone:  202.719.7000
Fax:  202.719.7049
brein@wileyrein.com
msturm@wileyrein.com
cmills@wileyrein.com
sobermeier@wileyrein.com

January 4, 2018                                                    *Counsel for Relator Jon H. Oberg*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 4th day of January, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Daniel B. Huyett, Esq.
Stevens & Lee P.C.
111 North Sixth Street
Reading, PA 19601

Neil C. Schur, Esq.
Stevens & Lee P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103

Craig C. Reilly, Esq.
The Office of Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314

*Counsel for Pennsylvania Higher Education Assistance Agency*

Gerard Mene, Esq.
Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
*Counsel for the United States*

Edwin John U, Esq.
Michael A. Glick, Esq.
Judson Brown, Esq.
Thomas P. Weir, Esq.
Tracie L. Bryant, Esq.
Terence J. McCarrick, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C. 20005-5793
United States

Matthew T. Regan, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

    /s/ Stephen J. Obermeier
Stephen J. Obermeier (VSB # 89849)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Phone: 202.719.7465
Fax:  202.719.7049
sobermeier@wileyrein.com
*Counsel for Relator Jon H. Oberg*