IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* JON H. OBERG, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | No. 1:07cv960-CMH-JFA |
| NELNET, INC., *et al.*, | )<br>)<br>) | |
| Defendants. | ) | |

NOTICE OF FILING DOCUMENTS UNDER SEAL
IN COMPLIANCE WITH
ORDER ENTERED OCTOBER 2, 2024

PLEASE TAKE NOTICE that pursuant to Order entered October 2, 2024 and Local Rule 5C, the United States electronically files under seal the following:

(1) an unredacted version of Docket No. 408;

(2) an unredacted version of Docket No. 414;

(3) exhibits 51, 52, 54, 55, 58-69, 72-77, 80-86, 88, 91-107, 114-118, 122-126, 130, 131, 134, 137, 138, 142, 144, 149-155, 158-162, 167-171, 173-175, 179-182 and 184-200 of (Docket Nos 411, 412 and 413).[1]

---

[1] Because of the voluminous size of the exhibits and the electronic filing limits, the exhibits have been regrouped.

PLEASE TAKE FURTHER NOTICE that parties and any interested non-parties who intend to file a response to this filing are to comply in the manner described in the Order entered October 4, 2024.

JESSICA D. ABER
United States Attorney

/s/Gerard Mene
Gerard Mene
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3777
Fax: (703) 299-2584
Gerard.Mene@usdoj.gov

/s/ Jay D. Majors
Jay D. Majors
Department of Justice
Civil Division
Counsel for the United States
Post Office Box 261
Ben Franklin Station
Washington, DC   20044
Tel:   (202) 307-0264
Fax:   (202) 514-0280
Jay.Majors@usdoj.gov