UNDER SEAL

UNREDACTED VERSION OF DOCKET NO. 408