## SEALED EXHIBITS  (Batch 1)

**Exhibits 051 – 088** Contains exhibits: 51, 52, 54, 55, 58-69, 72-77, 80-86, 88.

**Exhibits 091 – 107** Contains exhibits: 91-107.

**Exhibits 114 – 144** Contains exhibits: 114-118, 122-126, 130, 131, 134, 137, 138, 142, 144.