## SEALED EXHIBITS (Batch 2)

**Exhibits 149 – 154** Contains exhibits: 149-154.

**Exhibits 155 – 182** Contains exhibits: 155, 158-162, 167-171, 173-175, 179-182.

**Exhibits 184 – 200** Contains exhibits: 184-200.